## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:22-cr-00183-TSC** |
| | : | |
| | : | **(JUDGE CHUTKAN)** |
| **v.** | : | |
| | : | |
| **BRIAN KORTE,** | : | |
| **LYNWOOD NESTER,** | : | |
| **and MICHAEL POMEROY** | : | |
| **Defendants** | : | |

## <u>ORDER OF COURT</u>

**AND NOW,** this _____ day of _____, 2022, upon consideration

of the Motion to Continue the Status Conference until _____,

___, 2022, at 9:00 AM, said motion is GRANTED.

Under the Speedy Trial Act, delay resulting from any pretrial motion,

from the filing of the motion through the conclusion of the hearing, or other

prompt disposition of such motion, shall be excluded in computing the time

within which trial must be commenced. See 18 U.S.C. § 3161(h)(1)(D).

BY THE COURT:

_____
JUDGE CHUTKAN