UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-cr-183 (TSC) |
| | : | |
| LYNNWOOD NESTER, | : | |
| | : | |
| Defendant. | : | |

JOINT PRE-TRIAL STATEMENT OF THE CASE

The parties, by and through their undersigned counsel and in compliance with this Honorable Court's Pretrial Scheduling Order, Doc. 69, respectfully submit their Joint Pretrial Statement of the Case, including proposed voir dire questions, proposed jury instructions and proposed verdict form.

1. **Parties and Counsel**

   Counsel for United States:

   Brian Morgan
   Trial Attorney
   601 D Street, N.W.
   Washington, D.C. 20530
   (202) 591-5513

   Katherine Boyles
   Assistant United States Attorney
   601 D Street, N.W.
   Washington, D.C. 20530
   (203) 931-5088

   Defendant: Lynnwood Nester of Dillsburg, Pennsylvania

   Counsel for the Defendant:

   Jonathan W. Crisp
   CRISP AND ASSOCIATES, LLC
   4031 North Front Street
   Harrisburg, PA 17110
   (717) 412-4676

2. **Nature of the Case**

The parties have agreed that the following is an appropriate statement of the case:

This is a criminal case. The government has charged the defendant, Lynnwood Nester, with violating four separate federal criminal laws based on his presence and conduct on the grounds of and inside the United States Capitol in Washington, D.C., on January 6, 2021.

Count One charges the defendant with unlawfully and knowingly entering or remaining in a restricted area within the United States Capitol building and grounds.

Count Two charges the defendant with engaging in disorderly or disruptive conduct in and within such proximity to a restricted area within the United States Capitol building and grounds.

Count Three charges the defendant with willfully and knowingly engaging in disorderly or disruptive conduct in the Capitol building and grounds.

Count Four charges the defendant with willfully and knowingly parading, demonstrating or picketing in the United States Capitol building and grounds.

Mr. Nester denies each and every charge.

3. **Estimated Length of Trial**

The Government expects to call five witnesses at trial and accordingly expects its case-in-chief to last approximately two days. Counsel for the defendant estimates the trial will last 3-4 days.

4. **Proposed Voir Dire Questions**

The parties' proposed voir dire questions are attached as Attachment A.

5. **Proposed Jury Instructions**

The proposed jury instructions are attached to this pleading as Attachment B.

## 6. Verdict Form

The parties have agreed upon a proposed verdict form which is attached to this pleading as Attachment C.

                                              Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| LYNNWOOD NESTER | MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052 |
| /s/ Jonathan Crisp<br>Jonathan W. Crisp<br>CRISP AND ASSOCIATES, LLC<br>4031 North Front Street<br>Harrisburg, PA 17110<br>(717) 412-4676 | By: /s/ Brian Morgan<br>BRIAN MORGAN<br>NY Bar No. 4276804<br>Trial Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Brian.morgan@usdoj.gov<br>(202) 305-3717 |
| | /s/ Katherine E. Boyles<br>Katherine E. Boyles<br>Assistant U.S. Attorney<br>D. Conn. Fed. Bar No. PHV20325<br>United States Attorney's Office<br>601 D Street NW<br>Washington, D.C. 20001<br>Phone: 203-931-5088<br>Email: Katherine.Boyles@usdoj.gov |