UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-183 (TSC) |
| | : | |
| **LYNNWOOD NESTER,** | : | |
| | : | |
| Defendant. | : | |

## STATUS REPORT

The United States of America files this status report in advance of the status conference scheduled for February 5, 2024, to inform the Court that parties are available for trial during the week of March 25, 2024.

1. This case was originally scheduled for trial on October 16, 2023. However, the trial date was continued when the defendant requested to plead guilty nolo contendere on October 15. *See* 10/17/23 Minute Entry. The Court subsequently denied the defendant's request after full briefing. *See* Order Denying Motion to Plead Nolo Contendere, Doc. 113.

2. At a status conference on December 18, 2023, the Court re-scheduled the case for trial on August 4, 2024. *See* 12/20/23 Minute Entry. The trial could not be re-scheduled earlier because of defense counsel's trial schedule.

3. Since then, several of defense counsel's other trials have been continued, including two trials that were scheduled during March.

4. Accordingly, the parties have conferred and are available to conduct the trial in this case during the week of March 25, 2024, to the extent the Court is also available.

5. The government notes that it is also available to try this case the weeks of March 4 or March 11.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ Brian Morgan
BRIAN MORGAN
Trial Attorney

KATHERINE BOYLES
Assistant U.S. Attorney

United States Attorney's Office
601 D St. NW
Washington, D.C. 20004
Phone: (202) 252-7566