UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 22-CR-183 (TSC) |
| | : | |
| LYNNWOOD NESTER, | : | February 22, 2024 |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S EXHIBIT LIST**

| Exhibit No. | Description | Witness | Objection | Admitted |
|---|---|---|---|---|
| *CAPITOL BUILDING AND GROUNDS* | | | | |
| 001 | USCP CCTV Video Montage | | | |
| 002 | Capitol photo | | | |
| 003 | Restricted Perimeter | | | |
| 004 | Capitol Building – 3D Map | | | |
| 005 | Capitol Building – 3D Image of West Front | | | |
| 006 | Photograph of the Capitol | | | |
| 007 | Photograph of "Area Closed" signs | | | |
| 008 | Photograph of "Area Closed" sign | | | |
| 009 | Photograph of "Area Closed" sign | | | |

| | | | | |
|---|---|---|---|---|
| 010 | Photograph of "Area Closed" sign | | | |
| 011 | Second Floor Map | | | |
| 012 | Third Floor Map | | | |
| 013 | City Map | | | |
| 014 | Physical Restricted Area Sign | | | |
| *LEGAL AUTHORITY* | | | | |
| 101 | U.S. Constitution, Amendment XII | | | |
| 102 | 3 U.S.C. § 15 | | | |
| 103 | 3 U.S.C. § 16 | | | |
| 104 | 3 U.S.C. § 17 | | | |
| 105 | 3 U.S.C. § 18 | | | |
| 106 | Concurrent Resolution | | | |
| *U.S. SECRET SERVICE MATERIALS* | | | | |
| 201 | Hawa Email | | | |
| 202 | Head of State Worksheet | | | |
| 203 | CCTV Evacuation of Mike Pence | | | |
| 204 | Motorcade Video | | | |

| THIRD PARTY VIDEOS & PHOTOGRAPHS | | | | |
|---|---|---|---|---|
| 301 | Photo in van | | | |
| 302 | Video in van | | | |
| 303 | Video West Front | | | |
| 304 | Photo with Sign | | | |
| 305 | Photo East Front | | | |
| 306 | Video East Front 2 | | | |
| 307 | Video East Front 3 | | | |
| 308 | Video East Front 4 | | | |
| 309 | Video East Front 5 | | | |
| 310 | Video East Front 6 | | | |
| 311 | Video East Plaza | | | |
| 312 | Video Steps 1 | | | |
| 313 | Video Steps 2 | | | |
| 314 | Photo Steps | | | |
| 315 | Video Steps 3 | | | |
| 316 | Video Steps 4 | | | |

| | | | | |
|---|---|---|---|---|
| 317 | Video Steps 5 | | | |
| 318 | Video Terrace 1 | | | |
| 319 | Video Terrace 2 | | | |
| 320 | Video Foyer 1 | | | |
| 321 | Video Foyer 2 | | | |
| 322 | Video Rotunda Door 1 | | | |
| 323 | Video Rotunda Door 2 | | | |
| 324 | Video Rotunda Door 3 | | | |
| 325 | Video Rotunda Door 4 | | | |
| 326 | Video Rotunda Door 5 | | | |
| 327 | Video Third Floor | | | |
| 328 | Video Foyer 3 | | | |
| 329 | Video Foyer 4 | | | |
| 330 | Video Foyer 5 | | | |
| 331 | Video Terrace 3 | | | |
| 332 | Photo Terrace | | | |
| 333 | Weyer FB compilation | | | |
| 334 | Trump Speech | | | |

| | | | | |
|---|---|---|---|---|
| 335 | Video Terrace 4 | | | |
| 336 | Video Terrace 5 | | | |
| *PHONE EVIDENCE* | | | | |
| 401 | Text messages 1 | | | |
| 402 | Text messages 2 | | | |
| 403 | Text messages 3 | | | |
| 404 | Text messages 4 | | | |
| 405 | Text messages 5 | | | |
| 406 | Instant Message | | | |
| *USCP CCTV* | | | | |
| 501 | East Front Time Lapse | | | |
| 502 | East Front Regular Speed | | | |
| 503 | 0933 – Elevator Tower North | | | |
| 504 | 7029 – Rotunda Door interior | | | |
| 505 | 686 – Foyer facing Rotunda | | | |
| 506 | 959 – Rotunda | | | |
| 507 | 686 – Foyer facing Rotunda | | | |
| 508 | 7029 – Foyer facing East Front | | | |

| | | | | |
|---|---|---|---|---|
| 509 | 7218 – Interior Stairwell | | | |
| 510 | 362 – Interior hallway | | | |
| 511 | 7218 – Interior stairwell | | | |
| 512 | 686 – Foyer looking toward Rotunda | | | |
| 513 | 7029 – Foyer facing East Front | | | |
| 514 | 7029 - Foyer Facing East Front 2 | | | |
| *FACEBOOK EVIDENCE* | | | | |
| 601 | FB thread 1 | | | |
| 602 | FB thread 2 | | | |
| *STIPULATIONS* | | | | |
| 701 | The Capitol Building and Grounds | | | |
| 702 | The Certification of the Electoral College Vote | | | |
| 703 | House and Senate Compilation Video | | | |
| 704 | Nester's Presence in and around the U.S. Capitol Building | | | |
| 705 | United States Capitol Police Closed Circuit Video Monitoring | | | |
| 706 | Metropolitan Police Department Body Worn Camera | | | |
| 707 | Lynnwood Nester's Cell Phone | | | |

| | | | | |
|---|---|---|---|---|
| 708 | Lynnwood Nester's Facebook Account | | | |
| 709 | U.S. Capitol Police Montage Video | | | |
| ***MISCELLANEOUS*** | | | | |
| 801 | Side by side at Rotunda door | | | |
| 802 | Side by side in Foyer | | | |
| 803 | Elevator Tower South clip with circle | | | |
| 804 | Nester movement compilation | | | |
| 804.3 | Nester movement compilation clip | | | |
| 804.9 | Nester movement compilation clip | | | |
| 804.13 | Nester movement compilation clip | | | |
| 804.15 | Nester movement compilation clip | | | |
| 804.16 | Nester movement compilation clip | | | |
| 804.19 | Nester movement compilation clip | | | |

                    Respectfully submitted,
                    MATTHEW M. GRAVES
                    United States Attorney
                    DC Bar No. 481052

By:   /s/ *Brian Morgan*
                    BRIAN MORGAN
                    NY Bar No. 4276804
                    Trial Attorney
                    601 D Street, N.W.
                    Washington, D.C. 20530
                    Brian.morgan@usdoj.gov
                    (202) 305-3717

                    /s/ *Katherine E. Boyles*
                    Katherine E. Boyles
                    Assistant U.S. Attorney
                    D. Conn. Fed. Bar No. PHV20325
                    United States Attorney's Office
                    601 D Street NW
                    Washington, D.C. 20001
                    Phone: 203-931-5088
                    Email: Katherine.Boyles@usdoj.gov