1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
2

   UNITED STATES OF AMERICA,
3                                      Criminal Case
                    Plaintiff(s),     No. 22-00183-2 TSC
4         v.
                                       Washington, D.C.
5  LYNNWOOD NESTER,
                                       March 6, 2024
6                   Defendant(s).

7  ------------------------------------------------------------

8     EXCERPT OF JURY TRIAL – TESTIMONY OF LYNNWOOD NESTER
          BEFORE THE HONORABLE TANYA S. CHUTKAN
9                UNITED STATES DISTRICT JUDGE

10  APPEARANCES:

11  FOR THE PLAINTIFF(S):  Brian Morgan, Esquire
                           Katherine E. Boyles, Esquire
12                         United States Attorney's Office
                           District of Columbia
13                         601 D Street Northwest
                           Washington, DC 20004
14

15
   FOR THE DEFENDANT(S):  Jonathan W. Crisp, Esquire
16                        Crisp and Associates, LLC
                          4031 North Front Street
17                        Harrisburg, Pennsylvania 17110

18

19

20  REPORTED BY:           Tammy Nestor, RMR, CRR
                           Official Court Reporter
21                         333 Constitution Avenue Northwest
                           Washington, D.C. 20001
22                         tammy_nestor@dcd.uscourts.gov

23

24

25

1                        I-N-D-E-X

2

   WITNESS                DIRECT    CROSS   REDIRECT   RECROSS
3

4    LYNNWOOD NESTER

5     BY MR. CRISP            5                 98

6     BY MR. MORGAN                   58

7

8    DEFENDANT'S EXHIBITS                        PAGE

9     2                                          42

10    3                                          28

11    4                                          28

12    6                                          25

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          * * * * *

 2           (A recess was taken at 12:17 p.m.)

 3           THE COURT:  Please be seated and come to order.

 4           All right.  Government has rested.  Are we ready for

 5      the jury and for the defense case?

 6           MR. CRISP:  We are, Your Honor.  Real quick

 7      housekeeping matter.  My client will be testifying.  I do

 8      also intend to ask for a mistake of fact instruction that

 9      is not presently captured on the jury instructions.

10           THE COURT:  I don't even have it.  Mr. Crisp, you

11      could have emailed chambers during the lunch break so I

12      could have taken a look at it.

13           MR. CRISP:  Okay.  I will --

14           THE COURT:  Do you have a proposed instruction, or

15      is it in the Redbook?

16           MR. CRISP:  It is not in the Redbook.  I will get

17      one based on D.C. circuit law, and I will have it done.

18           THE COURT:  I give a lot of leeway about a lot of

19      things, but I really don't like being asked to make

20      decision on the fly without notice when I could have been

21      given notice.  Enough things arise during a trial that I

22      have to deal with on the fly, and this is not how I like to

23      proceed.

24           You know, I will take a look at it, but it is really

25      not a good way to do things.  The government hasn't seen
```

```
 1      it.  I haven't seen it.  We have a jury waiting, and the
 2      possibility of instructions this afternoon.  So you need to
 3      get something to the government and to me soon.
 4              MR. CRISP:  Yes, Your Honor.
 5              THE COURT:  All right.
 6              THE COURTROOM DEPUTY:  Your Honor, the jury panel.
 7              THE COURT:  Thank you.
 8              (The jury entered the courtroom at 1:28 p.m.)
 9              THE COURT:  Good afternoon again, members of the
10      jury.
11              The government has rested.  And, therefore,
12      Mr. Crisp, do you intend to put on any evidence or
13      witnesses?
14              MR. CRISP:  Yes, Your Honor.  The defense calls
15      Lynnwood Nester to the stand.
16              THE COURT:  All right.  Mr. Nester, come on up.
17              THE COURTROOM DEPUTY:  Mr. Nester, if you could
18      remain standing and raise your right hand.
19                              LYNNWOOD NESTER
20      Having been first duly sworn on oath, was examined and
21      testified as follows:
22              THE COURTROOM DEPUTY:  Thank you.  You can be seated
23              THE COURT:  All right.
24      Mr. Crisp.
25              MR. CRISP:  May I proceed, Your Honor?
```

```
1              THE COURT:  Yes.

2              MR. CRISP:  Thank you.

3                         DIRECT EXAMINATION

4    BY MR. CRISP:

5    Q    Mr. Nester, if you would, please state your full name

6    and city and state of residence.

7    A    Lynnwood Nester, Dillsburg, Pennsylvania.

8    Q    Is Dillsburg just outside of Harrisburg, Pennsylvania?

9    A    Yes.

10   Q    Approximately how old are you?

11   A    57.

12   Q    What is your educational background?

13   A    High school.

14   Q    Do you have a high school degree?

15   A    Yes.

16   Q    And how are you currently employed?

17   A    I'm an archery technician and sales technician for

18   Bowhunters Superstore.

19   Q    As a technician, do you make bows, arrows, things of

20   that nature or repair them?

21   A    No.  We assemble them, and we set people up with

22   archery equipment.

23   Q    How long have you been doing that?

24   A    I have been employed at that location since 2015.

25   Q    Prior to that, what was your employment?
```

```
1    A    I worked for a family-owned business.

2    Q    Which was?

3    A    Welding and fabrication.

4    Q    How long did you do that?

5    A    About 30 years.

6    Q    Okay.  I want to talk with you a little bit about the

7    year 2020.  Were you employed in your current employment at

8    that time?

9    A    Yes.

10   Q    Did something happen that caused you to lose employment

11   for a period of time?

12   A    Yes.

13   Q    What was that?

14   A    Due to the COVID pandemic, the governor closed all

15   nonessential businesses.

16   Q    And what effect did that have on the business in which

17   you were working?

18   A    It made me unemployed.

19   Q    Okay.  And how did that affect you individually?

20   A    Sorry.  Could you --

21   Q    How did that affect you individually?

22   A    Aside from being unemployed, I thought that it was an

23   overreach by the governor.

24   Q    Okay.  So let's talk about that at that point.  In

25   April of 2020, would you have considered yourself
```

1    politically active?

2    A    No.

3    Q    Okay.  What effect did losing your job for a period of

4    time have on you in terms of your political involvement?

5    A    I started to become more aware of the governor's orders

6    and I started to attend some rallies.

7    Q    Okay.  Prior to April of 2020, had you ever attended

8    any political rallies?

9    A    No.

10   Q    Had you ever worked at polls?

11   A    No.

12   Q    Had you ever supported, you know, actively -- you know,

13   spent your spare time supporting a particular candidate?

14   A    No.

15   Q    Did you have any political involvement whatsoever?

16   A    I was registered and I voted in most primary and

17   general elections.

18   Q    Would that have been the extent of your involvement?

19   A    Yes.

20   Q    After losing your employment, did you come to work at

21   any polls?

22   A    Yes.

23   Q    How did that come about?

24   A    I learned at a rally that there was a shortage of poll

25   workers.

1    Q    Okay.  So what did you do in response to that?

2    A    I signed up to be a poll worker.

3    Q    So what does a poll worker do?

4    A    I didn't know at the time, but everything to do with

5    in-person voting to running the voters through the election

6    process in person.

7    Q    So let's talk about that.  So a voter comes in, excuse

8    me, and wants to vote.  What is your role in that process

9    as a poll worker?

10   A    I was I think it's called a clerk where I would find

11   the person's name in the poll book and open it to them.

12   They would sign, and I would give them the appropriate

13   ballot.

14   Q    Okay.  As a result of your work as a poll worker --

15   well, which poll did you work, do you remember?  Which

16   election, I should say.

17   A    I'm not recollecting right now.  It was at the Living

18   Word Church in New York.  I don't remember the --

19   Q    I'm sorry.  That was a poorly phrased question.  Was it

20   a primary, or was it a general election?

21   A    It was a primary.

22   Q    Was that in June of 2020?

23   A    Yes.

24   Q    All right.  So between April and June of 2020, I

25   believe you had said you had started to attend various

```
1    rallies.
2    A    Yes.
3    Q    What were those rallies centered on?
4    A    Primarily the business closures, but it also included
5    masks a little bit later on.
6    Q    Okay.  Did it have anything to do with elections at
7    that time?
8    A    I'm sorry.  Could you give me the date range.
9    Q    April 2020 to June of 2020.
10   A    I don't think any of those were focused on elections.
11   Q    Okay.  Was your focus on elections during that time
12   period to your recollection?
13   A    No, I didn't have a focus on it.
14   Q    After working as a poll worker, did your focus start to
15   change?
16   A    Yes.
17   Q    Why?
18   A    Because what I observed as a poll worker.
19   Q    And what did you observe that was -- well, was it
20   problematic in your opinion?
21   A    Yes.
22   Q    What did you observe that was problematic?
23   A    There were several issues, the first being that when
24   the polls opened, one of the poll books for our precinct
25   was for a different precinct.
```

1    Q    And to those who may not know, what does a poll book

2    contain or what is the purpose of a poll book?

3    A    So all the registered voters are listed in the poll

4    book, their party affiliation, whether they received or

5    requested mail-in ballots, and a signature line for each

6    voter.

7    Q    And when you say all the registered voters, registered

8    voters for that precinct?

9    A    Yes.

10   Q    And the precinct is a locality in York County?

11   A    Yes.

12   Q    And York County is a county in Pennsylvania?

13   A    Yes.

14   Q    And it goes from the Maryland border up to just south

15   of Harrisburg?

16   A    Yes.

17   Q    Do you know how many precincts there are in York County

18   off the top of your head roughly?

19   A    I think it's either 120 or 170 something.

20   Q    Over a hundred?

21   A    Yes.

22   Q    So you said you saw probably there was -- you were

23   missing a poll book, right?  How many poll books were you

24   supposed to have?

25   A    Two.

1    Q    So of the two you were supposed to have, you were

2    missing 50 percent?

3    A    Yes.

4    Q    And what problems did you see as a result of -- or what

5    concerns did you have as a result of not having a poll

6    book?

7    A    Well, half the voters that came in, if their name began

8    with a letter in the second half of the alphabet, weren't

9    able to sign the poll books and we couldn't verify their

10    eligibility.

11    Q    So what did you do?

12    A    We had a verification form that if a voter assures us

13    that they are in the right precinct but they are just not

14    in the book for some reason, then they sign a verification

15    form and are issued a ballot.

16    Q    Okay.  So those individuals who signed verifications,

17    does it also ensure that they are still registered voters

18    living in that region?

19    A    No, it doesn't.

20    Q    What does it tell you then?

21    A    It's just a form for them to sign to say who they are.

22    There's no way for us --

23    Q    I'm sorry.  The poll book itself, is that supposed to

24    tell you who is a registered voter in that precinct?

25    A    Yes.

Q    And so did you essentially just have to take the
individual's word on the verification form that they lived
there and they are a registered voter there?

A    I'm sorry.  I'm a little hard of hearing.  Could you
repeat the question.

Q    Sure.  Did you have to simply take the individual's
word that they were a registered voter in that precinct if
they were not in the poll book, you didn't have the poll
book, and they were in the book that was missing?

A    Right.  We had no way to verify.

Q    What about the mail-in ballots, was there anything
problematic from your perspective as a poll worker there as
well?

A    Yes.

Q    What was that?

A    So this was the first time Pennsylvania did mail-in
balloting, and they were -- got a loyal bit behind the
8-ball and got the mail-in ballots sent out very late.  So
we had a significant number of people come in to vote on
election day who had requested a mail-in ballot.

Q    So why was that a concern to you?  What did that
indicate to you potentially?

A    That voters could have voted multiple times.

Q    Okay.  Are you aware of whether or not the verification
forms were ever cross-referenced with the missing poll

```
1    book?
2    A    I'm not aware.
3    Q    Did you inquire?
4    A    No.
5    Q    Okay.  So after discovering some of these concerns, did
6    you raise these concerns with anybody?
7    A    Yes.
8    Q    With whom did you raise them?
9    A    Friends and some local politicians that I became aware
10   of by attending rallies.
11   Q    I believe you also said at one point the judge of
12   elections?
13   A    Certainly the judge of elections was aware, yes.
14        THE COURT:  I'm going to ask you not to lead.
15        MR. CRISP:  Okay.
16   BY MR. CRISP:
17   Q    Anybody else that you can recall?
18   A    No.  Those three categories.
19   Q    So you said local politicians.  What concerns did you
20   bring to them?  Was it consistent with what you had said
21   now, or was it something else?
22   A    Yes.  I had raised the issue of the missing poll books,
23   the mail-in voting -- or the mail-in ballots.  I think that
24   was probably the primary.
25   Q    So from June of 2020 to the general election in
```

1    November, what did you do aside from what you have already

2    discussed, if anything, to raise awareness about the issues

3    you had observed?

4    A    I continued to tell people that were interested in what

5    it was like to be a poll worker my experience.  I told

6    them, and I continued to raise the issue with politicians

7    anytime I saw them.

8    Q    To your knowledge, was anything done to address the

9    concerns that you had raised?

10   A    No.

11   Q    So in the general election of 2020, did you work at any

12   polls?

13   A    No.

14   Q    Did you do anything at any polls?

15   A    Yes.

16   Q    What did you do?

17   A    I was an advocate for one of the candidates.

18   Q    Okay.  And who was that?

19   A    Doug Mastriano.

20   Q    And what did you do as an advocate, if anything?

21   A    I just stood outside the polling place and advocated

22   for him for people that were coming to the -- told them

23   information about him.

24   Q    Okay.  So after the election, general election, of 2020

25   in November, did you have similar concerns about the

1    election in Pennsylvania at that time?

2    A    Yes.

3    Q    Why?

4    A    All the issues that I observed during the primaries

5    seemed to be unaddressed.

6    Q    Okay.

7    A    Assumed that they persisted.

8    Q    And what, if anything, did you do at that point?

9    A    I don't think I did anything specific that I wasn't

10   doing prior.

11   Q    Did you attend any rallies after the general election

12   in 2020?

13   A    Yes.

14   Q    Which ones?

15   A    They were almost weekly.  There was one on November 7.

16   Q    And where was that?

17   A    Harrisburg, Pennsylvania.

18   Q    Okay.  And what was of the purpose of that rally?

19   A    To raise concerns about the way that Pennsylvania

20   election was conducted.

21   Q    Okay.

22        THE COURT:  Mr. Crisp, can you go to the phone,

23   please.

24        (The following was heard sidebar.)

25        THE COURT:  Just so we're clear here, we spent some

 1    time litigating motions in limine related to Mr. Nester's
 2    attendance at those rallies.  You asked me to keep that
 3    out.  I kept it out.  You are blowing those doors right
 4    open.  So if the government wants to go into his attendance
 5    at those rallies, they can.
 6            MR. CRISP:  No.  I am aware of that, Your Honor.  It
 7    depends on whether or not he was going to testify is what
 8    drove that.  It was prophylactic.
 9            THE COURT:  Okay.  Thank you.
10            (The following was heard in open court.)
11            THE COURT:  Thank you.  You may resume, Mr. Crisp.
12            MR. CRISP:  Thank you, Your Honor.
13    BY MR. CRISP:
14    Q    What did that November 7 rally pertain to?  You said, I
15    think it was --
16    A    It had to do with the 2020 general election.
17    Q    In Pennsylvania?
18    A    My focus was on Pennsylvania.  It was a general concern
19    about the way elections were conducted.
20    Q    Did you attend a rally on November 12 in D.C. -- I'm
21    sorry, November 14, excuse me.
22    A    Yes.
23    Q    And what was that?
24    A    It was a rally with the same subject matter.  It was
25    for election concerns.

```
1    Q    And who to your understanding is the one who put that

2    protest together?

3    A    Women for America First.

4    Q    Okay.  How did you become aware of that protest?

5    A    Friends, Facebook posts.

6    Q    Okay.  And what was your purpose in going down and

7    attending?

8    A    Just to support anybody who had similar concerns about

9    the election.

10   Q    I want to ask the same question about December 12.  Was

11   there a rally that you attended in D.C. there as well?

12   A    Yes.

13   Q    And what was the purpose of that rally to your

14   understanding?

15   A    It was the same thing that was to concerns about the

16   2020 election.

17   Q    In December, November-December of 2020, were there

18   other rallies besides the 7th of November that were held in

19   Pennsylvania?

20   A    Yes.

21   Q    And what was the focus of those rallies?

22   A    I think in November and December, all the rallies were

23   central to the idea of the way the elections were

24   conducted.

25             THE COURT:  Could you pull the microphone just a
```

1    little bit closer to you, Mr. Nester.

2          THE WITNESS:  Sure.

3          THE COURT:  Thank you.  That's great.

4    BY MR. CRISP:

5    Q   Was there a concern about how the certification of the

6    election occurred in Pennsylvania?

7    A   Not how it occurred, I don't believe.

8    Q   Did you have concerns about the certification process

9    in Pennsylvania?

10   A   I was concerned that it was certified before the

11   questions had been addressed.

12   Q   When you say it, what is it?

13   A   I was concerned that the election results in

14   Pennsylvania were certified while there were so many

15   ongoing questions.

16   Q   Do you know how the certification process works in

17   Pennsylvania?

18   A   I do now.

19   Q   Did you in December of 2020?

20   A   No.

21   Q   Did you know when the certification of Pennsylvania

22   election took place in the November-December time frame of

23   2020?

24   A   I think -- I think that it occurred late November, and

25   I would have seen that probably on the news because there

1    were some issues being talked about with the election.  I'm
2    sure that the news reported Pennsylvania election has been
3    certified.
4    Q    Okay.  So if you didn't understand how the
5    certification process worked in Pennsylvania, what was your
6    objections to how it was conducted?
7    A    The concerns that I had about primarily mail-in voting
8    at that point -- the poll books could have been a fluke;
9    although, it could have been a common occurrence as well.
10   Primarily the mail-in voting, there was a lot of questions
11   about how that was conducted.  I think I'm rambling.  Could
12   you repeat the question.
13   Q    The purpose of these rallies was to do what in your
14   opinion?
15   A    To raise awareness of the issues for anybody that was
16   interested or could provide a remedy, and specifically I
17   would say lawmakers.
18   Q    Okay.  What did you want lawmakers to do?
19   A    I don't know exactly what I wanted them to do other
20   than generally I thought they were the only person -- only
21   body that could fix the problems with the election.
22   Q    Okay.  So when did you become aware that there was
23   going to be a protest on January 6?
24   A    Middle of December.
25   Q    Okay.  How did you become aware of that?

1    A    Friends or Facebook posts.

2    Q    Okay.  And why did you decide to attend?

3    A    It was another rally pertaining to election concerns,

4    so I was going to every one that was available for me to go

5    to.

6    Q    When do you recall being aware that then President

7    Trump was going to be speaking?

8    A    The morning of January 6.

9    Q    Okay.  On your drive down or beforehand?

10   A    On the drive down.

11   Q    Okay.  So did you attend his speech?

12   A    No.

13   Q    So let's talk about when you arrived in D.C.  Do you

14   roughly remember what time?

15   A    About 9:00 a.m.

16   Q    Do you know where you parked?

17   A    It was on the east side of D.C. somewhere.  We weren't

18   able to park at the place we planned.

19   Q    Okay.

20   A    So it was -- parking -- we got parked.  It took us

21   almost 45 minutes to get parked.

22   Q    After you parked, where did you go?

23   A    We followed the crowd and ended up near the Washington

24   Monument.

25   Q    All right.  And do you roughly remember what time it

1    was when you got to the Washington Monument?

2    A    10:00 or slightly before, 10:00 a.m. or slightly

3    before.

4    Q    And what do you remember observing at the time you

5    arrived?

6    A    A massive crowd.

7    Q    Do you recall speakers?

8    A    No.

9    Q    All right.  How long do you recall staying at the

10   monument area?

11   A    30 or 40 minutes, 30 or 45, possibly.

12   Q    Why did you leave that area?

13   A    People were saying that it was too full to get into the

14   stage area, so we started looking for the location for

15   secondary speakers, a secondary stage.

16   Q    Were there particular speakers in whom you had an

17   interest in hearing that day?

18   A    Yes.

19   Q    Who were there?  Who was that?

20   A    Pennsylvania Senator Douglas Mastriano.

21   Q    Okay.  And did you have -- did you carry any items that

22   day on your person?

23   A    I had a Doug Mastriano campaign sign.

24   Q    Okay.  So from the monument, do you know where you went

25   next?

1    A    We made our way around that area and ended up at

2    Freedom Plaza.

3    Q    Okay.  How long -- do you remember what time it was

4    when you arrived there?

5    A    Left Freedom Plaza or the Washington Monument?

6    Q    Freedom Plaza.

7    A    11:30 to 11:40.

8    Q    Okay.  Did you stay -- how long did you stay there?

9    A    At Freedom Plaza?

10   Q    Uh-huh.

11   A    As I said, we were wandering around.  We had trouble

12   finding Freedom Plaza.  We just kind of ended up there,

13   realized there wasn't anything there, and then we just

14   moved on.

15   Q    What time do you recall -- a government exhibit shows a

16   text message where you were communicating with a guy by the

17   name of Zook.  Do you remember that?

18   A    I remember several.

19   Q    Do you remember indicating where you were going and

20   telling people where you were heading at one point?

21   A    I told Zook that we were headed to the Capitol.

22   Q    Do you remember roughly what time that was?

23   A    About 11:40.

24   Q    So why were you going to the Capitol?  What made you to

25   decide to go there?

1    A    Some people in the group that I was traveling with got

2    some information that that's where Doug Mastriano would be

3    speaking.

4    Q    Did you have a specific locale at the Capitol or just

5    the Capitol in general?

6    A    Could you repeat the question.

7    Q    Did you have a specific location orientation in terms

8    of direction at the Capitol or just the Capitol in general?

9    A    I think it was just the Capitol in general at that

10   point.

11   Q    All right.  And then I want to talk about your journey

12   from Freedom Plaza to, we'll say, the west side of the

13   Capitol.  About how long did it take you to get there?

14   A    45 minutes.

15   Q    Why so long?

16   A    We stopped at some temporary restrooms part way up

17   Pennsylvania Avenue.

18   Q    So, Mr. Nester, as part of -- you were charged -- do

19   you know roughly when you were first charged in this case?

20   A    May of 2022.

21   Q    Okay.  And up to that point, had you been watching

22   videos and doing your own research about the event?

23   A    Yes.

24   Q    And in preparation for trial, did you prepare any

25   documents for me to review?

1    A    Yes.

2    Q    Mr. Nester, I am going to show you what's been marked

3    as Defense Exhibit 6.  Do you recognize that?

4    A    Yes.

5    Q    How do you recognize that?

6    A    That's an image I prepared and gave to you.

7    Q    Okay.  And how did you obtain that image?

8    A    I ran across a video and thought that I might be in it,

9    and I searched that video until I found -- located myself

10   in it.

11   Q    Okay.  And is this in the same condition it was in

12   which you prepared this document?

13   A    Yes.

14   Q    Is it a fair and accurate representation of the

15   document that you have identified?

16   A    Yes.

17   Q    And were you -- how were you able to determine whether

18   or not that was you in this particular image?

19   A    The number of people in my group, the other people in

20   my group, the clothing they were wearing, and kind of a

21   distinctive walk or gait of two of the individuals, that

22   helped clarify.

23   Q    So this is obviously a screen capture.  Was this taken

24   from a video?

25   A    Yes.

1    Q    Okay.  And so were you able to observe people's

2    movements in the video?

3    A    Yes.

4    Q    And how did you actually do a screen capture from that

5    video?

6    A    I believe I did an alt print screen from Windows, and I

7    drew a circle in Microsoft Paint.

8         MR. CRISP:  Your Honor, at this point I would offer

9    as Defense Exhibit 6 Defense Exhibit 6 for admission.

10        MR. MORGAN:  No objection.

11        THE COURT:  It will be admitted.

12        (Defendant's 6 received in evidence.)

13   BY MR. CRISP:

14   Q    So the time stamp that's listed at the bottom right of

15   Defense Exhibit 6, to your knowledge, is that an accurate

16   time stamp?

17   A    That's the time stamp that was on the video.

18   Q    Does that accurately represent the time that you were

19   at that location to your understanding?

20   A    That would be consistent with the time I was there.

21   Q    And how do you know that?

22   A    Subsequent to this, one of my friends took a picture on

23   First Street, which is just to the right of where we are

24   located in that picture.  And there's the time stamp on

25   that image that would be about the right time after.

```
 1    Q    Okay.  I will take away Defense Exhibit 6 for now.
 2         So from there, where you were in that location, where
 3    do you end up going?
 4    A    To the east side.
 5    Q    Okay.  Before you get to the east side, did you --
 6    well, what part of the Capitol did you first walk up to
 7    first?
 8    A    The west side.
 9    Q    Okay.  What did you see?
10    A    A small number of people, green snow fence, area closed
11    signs, construction equipment, scaffolding, material
12    handlers.
13    Q    Okay.  So why not stick around that area?
14    A    It was obvious to me that that would not be the area
15    that Senator Mastriano would be speaking in.
16    Q    So from that point, how do you get to the east side?
17    Which direction do you take?
18    A    We went south on First Street until we got to
19    Independence Avenue, and then we turned left, which would
20    be headed east, and walked on the sidewalk until we got to
21    the east side.  And after, I think, we crossed New Jersey,
22    we cut in -- cut across the road and ended up on the
23    east -- around southeast plaza.
24    Q    So when you arrived at the east plaza area, did you see
25    bike rack barricades?
```

```
 1    A    Yes.

 2    Q    And did you see, were there police to your

 3    recollection?

 4    A    Yes, there were some.

 5    Q    Okay.  And did you see area closed signs in conjunction

 6    with the bike racks?

 7    A    No.

 8    Q    Mr. Nester, I am going to show you what's now been

 9    marked as Defense Exhibit 3.  Do you recognize that image?

10    A    Yes.

11    Q    How do you recognize that?

12    A    That's an image that I sent to you.

13    Q    Okay.  And from where did you obtain that?

14    A    Open source.

15    Q    Is that image consistent with or look similar to the

16    image that you found on open source?

17    A    Yes.

18    Q    And does that image look consistent with what you saw

19    on January 6?

20    A    Yes.

21         MR. CRISP:  Your Honor, at this point the defense

22    offers Defense Exhibit 3 for identification and ask for

23    admission.

24         MR. MORGAN:  No objection.

25         THE COURT:  It will be admitted.
```

```
 1              (Defendant's 3 received in evidence.)
 2     BY MR. CRISP:
 3     Q   I will also show just you -- same series of questions
 4     for Defense Exhibit 4.  Again, where did you find this?
 5     A   From an open source video.
 6     Q   And did you take a screen capture of that?
 7     A   Yes.
 8     Q   Does it consistently and accurately portray the screen
 9     capture you took?
10     A   Yes.
11     Q   And is that also a fair and accurate representation of
12     what you recall the east side looking like on the 6th of
13     January?
14     A   Yes.
15              MR. CRISP:  Your Honor, I will offer that for
16     admission as well.
17              MR. MORGAN:  No objection.
18              THE COURT:  It will be admitted.
19              (Defendant's 4 received in evidence.)
20     BY MR. CRISP:
21     Q   So when you arrived on the east side plaza --
22              THE COURT:  I'm sorry.  That's No. 4.  Okay.
23              MR. CRISP:  Yes, Your Honor.  I have done 3 and 4
24     recently.
25              THE COURT:  Okay.
```

```
 1              MR. CRISP:  And I also did 6 earlier.
 2              THE COURT:  Yes.
 3    BY MR. CRISP:
 4    Q    When you arrived at this plaza area, where did you
 5    first stand or stay?
 6    A    We stayed at the southeast plaza near a skylight.
 7    Q    Okay.  The point at which you ultimately went through
 8    the bike racks, about how far away were you from that when
 9    you first arrived?
10    A    250 or 300 feet.
11    Q    Okay.  And do you remember roughly what time it was
12    that you arrived there?
13    A    Around 1:00.
14    Q    All right.  What was your intent in being there?
15    A    To hear the speakers, specifically Douglas Mastriano.
16    Q    Okay.  Where did you think Mr. Mastriano was going to
17    be speaking?
18    A    At the Capitol steps.
19    Q    Why did you think that?
20    A    He had responded to a text from my friend stating that
21    he would be speaking at the Capitol steps.
22    Q    Do you remember when exactly?
23    A    He said between 1:00 and 3:00.
24    Q    Okay.  So we saw a number of videos --
25    A    Could I clarify?  I believe I misspoke.  I believe I
```

 1   said it was a text.  I believe it was a Facebook message.

 2   Q   Okay.  Some form of electronic communication, fair to

 3   say?

 4       Some form of electronic communication?

 5   A   Yes.

 6   Q   We saw a number of videos of what was going on at the

 7   very front of the barricades.  Do you remember seeing them?

 8   A   Yes.

 9   Q   All right.  Through the course of the trial.

10       Just for the jury's understanding, you are how tall?

11   A   5-foot 3 with my shoes on.

12   Q   And are you hard of hearing?

13   A   Yes.

14   Q   So how close do you remember getting to the front of

15   the barricades before the barricades came down?

16   A   In the area where I crossed the barricades?

17   Q   Correct.  So before the barricades opened -- well, do

18   you remember going up to the barricades before they were

19   opened?

20   A   At the southeast plaza, yes.

21   Q   Okay.  And about how far away were you when you first

22   realized the barricades were no longer in place?

23   A   25 or 30 feet.

24   Q   So we have seen videos of the violence that was going

25   on there.  Did you see that at the barricades?

1    A    I was aware that there was a scuffle happening ahead of

2    me.

3    Q    Okay.  So what did you think about that?

4    A    I thought that we were being let in and that people

5    were just very anxious to get through.

6    Q    What do you mean by that?  Help me understand.  What do

7    you mean by very anxious if there's a scuffle?  Explain.

8    A    As an example, if you think of a concert or something

9    where people stand outside of a fenced-off area, and when

10   they are allowed to go through, it's kind of a rush.

11   Everybody wants to get in quickly.

12   Q    Okay.  So when you saw the -- well, let me ask you

13   this.  Did you see the bike rack getting passed back?

14   A    I would describe it more one or two individuals

15   carrying a bike rack, but yes.

16   Q    Okay.  Not to get hung up on the semantics, but when

17   you saw the bike rack come back, what did you think?

18   A    I thought that some eager individuals were helping to

19   make the access larger.

20   Q    Okay.  Did you think that the police were letting

21   people in at some point -- at that point?  Excuse me.

22   A    I did.

23   Q    Why?

24   A    That's what I expected, and it was consistent with what

25   I observed.

1    Q    Okay.  When you say that's what you observed, what do
2    you mean by what you observed?  What could you see?
3    A    I just saw people starting to move forward.  I saw a
4    bike rack come back, and as I progressed forward a little
5    bit, I saw some police standing in that area that I walked
6    past.
7    Q    All right.  And based on what you saw in that moment,
8    did they appear to be attempting to stop people?
9    A    No.
10   Q    So from the bike racks, where do you remember going
11   next?
12   A    To the steps.
13   Q    Okay.  Why did you stop there?
14   A    The crowd stopped.  And everybody just stopped at the
15   bottom of the stairs.
16   Q    Okay.  So again, at that point in time, what was your
17   thought as to what was going to happen next?
18   A    I thought there would be speakers come out on the steps
19   and speak.
20   Q    Why did you think that?
21   A    I had observed very similar at the Pennsylvania Capitol
22   many times.
23   Q    Okay.  Speakers speaking at the steps or speakers
24   speaking in another location?
25   A    Speaking on the steps of the Pennsylvania Capitol.

Q   Okay.  So at what point would it be fair to say that
you realized, you know what, probably not going to be a
speaker here today?

A   After everybody went up the steps and filled the area
outside the rotunda doors.

Q   Okay.  So what was your -- what did you think at that
point?  If you are standing outside the rotunda doors,
there's not going to be a speaker, what did you think was
going on?

A   I just thought it was a rally, it was a gathering of
people that were just there to -- still for the same
purpose.  It's not dissimilar to what I had done in
Pennsylvania where sometimes there were no speakers.  We
just gathered.

Q   So if your thought process was that you were there to
listen to a speaker and that's why you were up at the steps
and the speakers never showed up, did you think you were
still authorized to be where you were?

A   Yes, I assumed we were allowed to be there.

Q   Why, if there were bike racks initially blocking your
ingress?

A   As I said, like the example of a concert, they hold
people back, a ball game, anything, and then -- until the
area is prepared, and then people go up to the -- wherever
the event is going to happen.

```
 1   Q    What did you think happened to the speakers?

 2   A    I didn't think about what happened to them.

 3   Q    Okay.  So what was your purpose in being there at that

 4   point then?

 5   A    Just to rally over concerns of the election.

 6   Q    How long do you remember standing out front of the

 7   doors?

 8   A    40 minutes.

 9   Q    When did you become aware that there were police

10   officers standing in front of the door?

11   A    About the time I stepped onto the top level of the

12   portico, got off the stairs up onto the portico, I was

13   aware that there were some police there.

14   Q    This may sound like a dumb question, but what did you

15   think the police were doing in front of the door?  What was

16   their purpose?

17   A    Keeping people from gaining access to the door.

18   Q    Did you see violence towards the police officers at the

19   door?

20   A    Yes.

21   Q    Okay.  What do you remember seeing?

22   A    I remember seeing a flagpole being moved in a downward

23   position.

24        MR. CRISP:  Let the record reflect the defendant

25   took his right hand and demonstrated downward in a chopping
```

1    motion.

2    BY MR. CRISP:

3    Q    Please continue.  Anything else?

4    A    Not directly, but I was aware that there was additional

5    violence.

6    Q    And what did you think of that additional violence?

7    What was your thought process as to what was going on?

8    A    I didn't condone that.  I didn't approve of that.  And

9    specifically with regard to the one incidence where the

10   flag was moved downward, there were immediately people that

11   yelled at that person and removed him from the area.  And I

12   was thankful to see that.

13   Q    So did you think the police wanted you to go in the

14   building?

15   A    It didn't seem -- no, they didn't.

16   Q    So ultimately, you went in the building, right?

17   A    Yes.

18   Q    Why?

19   A    Because the doors opened.

20   Q    So if the police didn't want you to go in the building,

21   according to your thought process, why go in the building?

22   A    The whole crowd was moving in.  I didn't have a

23   specific purpose.

24   Q    Okay.  Did you believe you had a right to enter the

25   building at that point in time?

1    A    Yes.  My understanding is that Capitol grounds were

2    generally open to the public.

3    Q    So why did you think you had a right to go in if the

4    police were initially blocking your entrance?

5    A    They were no longer there, so they weren't blocking

6    entrance that I could tell, and the doors opened.  I

7    assumed they could only be opened from the inside, and I

8    mistakenly understood that to mean something it didn't

9    mean.

10   Q    So we saw, I think it was, Government's Exhibit 601,

11   which is a FaceBook communication with you and Ester.  Do

12   you remember that?

13   A    Okay.  You were asking me about a conversation with --

14   Q    There was a Facebook communication with a woman by the

15   name of -- you and Ester, and it was captured in

16   Government's Exhibit 601.  Do you remember that?

17   A    Yes.

18   Q    So you said something or words to the effect of the

19   police fought until they were exhausted and overwhelmed.

20   Do you remember that?

21   A    Yes.

22   Q    Help me understand how you -- and that was -- do you

23   remember how many days later that was?

24   A    Five.

25   Q    Let's back up for a second.  When you drove away and

1    went home that day on the 6th, what was your general

2    impression of what had just happened?

3    A   I thought it was a good thing that so many people

4    showed up, had similar concerns as I had.

5    Q   What do you remember doing in the next five days?

6    A   I became aware that the police were going to be

7    interested in people who were there.  And I was watching

8    video that showed things that I had no idea occurred that

9    day.

10   Q   So did your perspective on what happened that day

11   change?

12   A   Yes.

13   Q   How so?

14   A   I no longer thought it was a good thing that happened

15   on the 6th.

16   Q   How did you feel about your involvement on that day?

17   A   I was sad at what occurred.

18   Q   Were you proud of it?

19   A   I wasn't -- no, I wasn't proud of what happened.  I

20   wasn't proud of what I was a part of.  I don't regret

21   going.  I very much wish it hadn't happened like that.

22   Q   Do you regret going in the building?

23       Do you regret going in the building?

24   A   Yes.

25   Q   Do you regret passing the barricades?

```
1    A    I do now, yes.

2    Q    You had to think about that for a second.  What is your

3    thought process?

4    A    At the time I thought that was -- there was nothing

5    unlawful about that.  I thought that was very similar to

6    what I had done many times previously at the Pennsylvania

7    Capitol.  I had no idea that the rules were different in

8    D.C. than they would be at the Pennsylvania Capitol.

9    Q    So we saw a video.  I think it was about Nigrotime or

10   something like that and what was going on from that angle.

11   Did you see that from where you were?

12   A    No.

13   Q    What do you remember hearing?  Describe for me what you

14   recall.

15   A    It was noisy.  People were shouting.  There were people

16   with megaphones that were singing.  It was very loud.

17   Q    So when the doors open and you go in, who's immediately

18   in front of you?

19   A    When I went inside?

20   Q    Yes.

21   A    Sandy, my best friend, was ahead of me.

22   Q    Okay.  Were you holding on to her?

23   A    Yes.

24   Q    Why?

25   A    I didn't want to get separated from her.
```

1    Q    There's one point in which you can hear her saying, You

2    are choking me, Lynn, or something.   What were you doing?

3    A    I was holding on to the cross body bag that she was

4    wearing that came across, so I was hanging on to that.   So

5    I wasn't necessarily trying to hold her back, but the

6    amount of people trying to get through there, there were

7    people like wedging between us.   So I wasn't aware, but I

8    was pulling backward on her.

9    Q    When the police officers described that initial rush

10   through or crush through as terrifying or words to that

11   effect, would you agree with that?

12   A    Yes.

13   Q    So when you first get into the rotunda waiting area,

14   what's your first impression?

15   A    It was -- it opened up from the doorway.   So it was not

16   such a crush then.   And I immediately became aware that

17   there were way more people in there than I expected.   It

18   didn't look like -- it didn't look like what I expected.

19   Q    What, if anything, did that tell you?

20   A    It told me that people must have entered other than

21   what went through the door ahead of me.

22   Q    Okay.   And what does that mean?   Did that mean anything

23   of significance to you or not necessarily?

24   A    No.   It was just an observation.   I don't think it was

25   really -- it didn't have any real significance, but it was

1  my first impression that this is not what I expected to see

2  when I came in.

3  Q   Did that have any effect on -- what is your thought

4  about your presence in the Capitol at that point, if any?

5  A   At that moment in the building, I had a question about

6  whether I should be there.

7  Q   Okay.  So why not turn around and go right back out?

8  A   I was aware that we had become separated from some in

9  our group.

10  Q   Okay.  And who was that?

11  A   Specifically Mike Pomeroy, Sandy's brother.

12  Q   We hear her shouting a number of times, Mike, Mike.  Is

13  that to whom she was referring?

14  A   Yes.

15      MR. CRISP:  If I may have a moment, Your Honor, I am

16  going to pull another exhibit up.

17      THE COURT:  Yes.  And just for my records, you had

18  also moved in during the government case Exhibit 5?

19      MR. CRISP:  Correct.

20      THE COURT:  Okay.

21      MR. CRISP:  I'm looking for the defense number of

22  the next exhibit, Your Honor.  It's one of two, so I --

23      THE COURT:  Okay.

24      MR. CRISP:  Your Honor, I am pulling up what's

25  marked as Defense Exhibit 2.

1    BY MR. CRISP:

2    Q   Mr. Nester, I am going to pause this here for a moment.

3    What is this?  Are you able to see it on the screen?

4    A   Yeah, I am.  This is a video that I provided to you.

5    Q   What is this a video of?

6    A   It's a floor plan of the second floor of the Capitol

7    building.

8    Q   All right.  And where did you obtain this to your

9    recollection?

10   A   It was open source.

11   Q   Okay.  And based on your knowledge of your whereabouts

12   in the Capitol, does it fairly portray the Capitol as you

13   understood it to be?

14   A   Yes.

15   Q   And how did you create this video?

16   A   I put the image in a video editing software and did

17   some animations.

18   Q   Okay.  And the animation consisted of what?

19   A   I believe I put a red dot that represents my -- the

20   areas that I went inside the Capitol.

21   Q   Okay.  And have you had a chance to review this with me

22   prior to your testimony here today?

23   A   Yes.

24   Q   And does this video accurately portray and capture the

25   document you created?

```
 1    A    Yes.

 2    Q    Does it capture accurately your path through the

 3    Capitol?

 4    A    Yes.

 5              MR. CRISP:  Your Honor, the defense moves for

 6    admission of Defense Exhibit 2.

 7              MR. MORGAN:  No objection.

 8              THE COURT:  It will be admitted.

 9              (Defendant's 2 received in evidence.)

10              MR. CRISP:  We will back it up here.

11    BY MR. CRISP:

12    Q    So you zoomed in on the east foyer, that red dot.  We

13    will pause it right there for a moment.  Is that the door

14    through which you entered?

15    A    Yes.

16    Q    Okay.  The time lapse that's underneath where the play

17    is, what does that represent?

18    A    It represents the current time in the eastern zone.

19    Q    Okay.  Current time when?

20    A    On January 6.

21    Q    Does that capture the time that you were in the various

22    locations?

23    A    The dot corresponds to the time, yes.

24    Q    How were you able to make that determination?

25    A    Open source video, CCTV, as well as Sandra Weyer's
```

1    Livestream.

2    Q   Did you use those to corroborate your whereabouts at

3    various points?

4    A   Yes.

5    Q   Why did you go -- I will back it up here ten seconds.

6    It shows you went into -- too quick.  It shows you went

7    into the rotunda.  Why did you go into the rotunda?

8    A   To try to find Mike.

9    Q   Okay.  Do you remember how long you were in there?

10   A   30 to 45 seconds.

11   Q   Now, you are going up a set of stairs?

12   A   Yes.

13   Q   Again, why are you going in that direction?

14   A   Sandy for some reason thought that Mike may have gone

15   up the stairs.  She said, I think he went up the stairs.

16       If I can clarify a little bit, when we came through,

17   about half the people seemed to turn left and go up the

18   stairs, and about half the people went straight.  For some

19   reason, she thought he may have gone up the stairs so we

20   went upstairs.

21   Q   So the dot is going into rooms and then going back out.

22   What are you doing, or what is she doing in that moment?

23   A   I didn't go into any rooms.  We went upstairs.  There's

24   a landing area at the top.  We went into the hallway.

25   There's another landing area.  Can I draw on the screen?

```
 1    Q    I'm sorry?

 2    A    Can I draw on the screen?

 3         THE COURT:  You mean mark on it?

 4         THE WITNESS:  Yeah.

 5         THE COURT:  See if you can.  No, it doesn't look

 6    like you can.  Oh, there you go.

 7         THE WITNESS:  That area there overlooks down into

 8    the foyer so we --

 9    BY MR. CRISP:

10    Q    Let me, if I may, capture for the record where you have

11    drawn on this document.  You have drawn to just right below

12    the H in third in that room captured there.  And that

13    represents what, Mr. Nester?

14    A    That's like an alcove overtop of the foyer area where

15    we entered, and we were able to look down in hopes to get a

16    better view of where Mike might be.

17         MR. CRISP:  Your Honor, I am going to have to impose

18    on the government to know how to take that off.

19         THE COURTROOM DEPUTY:  I will take it off.

20         THE COURT:  Ms. Jenkins knows all.

21         THE WITNESS:  I apologize that I made it go so fast.

22    BY MR. CRISP:

23    Q    So now you are back in the east foyer area?

24    A    Yes.

25    Q    Do you remember about how long you were in that area?
```

1    A    About five minutes after we came down from the stairs.

2    Q    Okay.  So what do you do in there and why are you there

3    for five minutes?

4    A    Sandy was fiddling with her Facebook trying to get her

5    camera turned back around.  Some people came rushing out of

6    the rotunda area.  And we started to move toward the door,

7    and at the same time, I believe we got -- an emergency

8    alert came across our phones announcing a curfew in D.C.

9    Q    I'm sorry.  You were hard to understand there because

10   you kind of mumbled.  Could you please repeat that last

11   part.

12   A    About the emergency alert?

13   Q    Okay.  Thank you, yes.  All I heard was there was a

14   rush of people coming out and then --

15   A    Okay.  As a rush of people came out of the rotunda

16   toward the doors, the rotunda doors, we moved along with

17   them toward the doors for a distance.  And about that time,

18   an emergency alert came across Sandy's phone.  And we

19   paused to read that, and then we moved over closer to the

20   door.

21   Q    And why not continue out the door?

22   A    Sandy had asked for water.

23   Q    Okay.  And after she got water, what did you do next?

24   A    It was a bit of a jam at the door, and we were waiting

25   for an opportunity to get out.

```
 1    Q    When it slowed down, did you get out?

 2    A    Yes.

 3    Q    Okay.  Were you afraid to go back in -- or go back out

 4    through the doors?

 5    A    I'm sorry?

 6    Q    Were you afraid to go back out through the doors?

 7    A    Until the time we went out, yes, I didn't want to get

 8    back into that kind of a crush in the doorway.

 9    Q    So from that point, where do you go?

10    A    Out onto the porch, the portico area, just outside the

11    rotunda doors where I was 40 minutes before I entered.

12    Q    How long do you remember staying there?

13    A    On the portico?

14    Q    Yes.

15    A    An hour and a half, an hour and 45 minutes.

16    Q    Did you think you were authorized to be in that locale?

17    A    Yes.

18    Q    Why?

19    A    My general understanding that Capitol grounds, Capitol

20    property, is public.  There's public access to it.

21    Q    So I want to speak generally to your concerns about the

22    elections in general.  How would you characterize your

23    concerns about the elections in general?

24    A    The primary, the general, or --

25    Q    In Pennsylvania, yeah, the primary and the general
```

1   elections, how would you characterize your concerns about

2   them?

3   A   I think they're not -- they're not very secure or

4   accurate.

5   Q   When did you become aware that there was going to be a

6   certification in the Capitol on the 6th?

7   A   The evening of the 6th or possibly January 7.

8   Q   So help the members understand, if you are attending a

9   rally regarding elections, that you were not aware there

10  was a certification occurring on that day?

11  A   I was not.

12  Q   I understand that.  Help them understand how you were

13  not.

14  A   I just -- I wasn't familiar with how it worked.  I

15  don't know.  I just thought each state, they had their

16  electoral votes, and I had no idea how it came to be --

17  they just submitted them, and somebody tallied them up and

18  that was that.

19  Q   Again I take you back to the other question of, did you

20  know how Pennsylvania certified their elections in that

21  time frame?

22  A   No.

23  Q   Okay.  Did you know the day in which that certification

24  process ostensibly took place?

25  A   In Pennsylvania?

1    Q    Correct.

2    A    No.  Well, other than news reports that said it had

3    occurred.

4    Q    Prior to it occurring, were you aware?

5    A    No.

6    Q    Okay.

7         MR. CRISP:  May I have one moment, Your Honor?

8    BY MR. CRISP:

9    Q    So, Mr. Nester, you talked about your attendance at the

10   Pennsylvania Capitol rallies or protests.  Were you aware

11   of what restrictions there were to public access to the

12   Pennsylvania Capitol during rallies?

13   A    Generally.

14   Q    What was your awareness?

15   A    That the Capitol grounds and the public areas of the

16   Pennsylvania Capitol building are open to the public.

17   Q    Okay.  And did you see rally goers or protesters go

18   into the Capitol during the middle of a protest?

19   A    Yes.

20   Q    Did you think other Capitols had similar rules about

21   access to public areas?

22   A    Yes.

23   Q    Did you think the area that you were initially entering

24   was a public area in the federal Capitol?

25   A    Yes.

1    Q    Why?

2    A    Its similarity to the Pennsylvania Capitol.  It's

3    actually -- the west side of the Pennsylvania Capitol was

4    very similar to the east side of the U.S. Capitol, the

5    steps, the rotunda door.  It all looks very familiar to me.

6         MR. CRISP:  Your Honor, I have no additional

7    questions at this time.

8         THE COURT:  All right.  Thank you.

9         Cross-examination.

10        MR. MORGAN:  Your Honor, may I possibly have just a

11   couple minutes before?

12        THE COURT:  Yes.

13        MR. MORGAN:  Thank you.

14        THE COURT:  Let's take a five-minute break.  Thank

15   you.

16        (The jury exited the courtroom at 2:35 p.m.)

17        THE COURT:  Again, Mr. Crisp, I requested your jury

18   instructions months ago, months ago.  I never got it.  I

19   sent you jury instructions last night, and you present me

20   with a requested instruction on a mistake of fact after the

21   lunch break while I am on the bench.  I could refuse to

22   give it for that reason alone.

23        My law clerk and I have done some very quick

24   checking.  At least in United States versus Eicher, CR

25   22-38, Judge Howell rejected a mistake of fact instruction,

1    and the instruction she rejected was a bona fide belief

2    that someone is authorized to be in a location, even one

3    that is restricted, is a defense to each of the charges at

4    issue here.

5         She held that the defendant was entitled to present

6    evidence and argument that they believed they were

7    authorized to enter restricted grounds to the extent it

8    negated the mens rea requirement of Count 1.  The problem

9    with the mistake of fact instruction that was proffered was

10   that it claimed to apply to all four of the defendant's

11   charges unmoored from the distinct elements of each and

12   regardless is unnecessary where the specific instruction as

13   to the counts will explain the elements the government must

14   prove.

15        Moreover, you are entitled to a theory of defense

16   instruction.  Have you yet provided me with one?

17        MR. CRISP:  I have one in my email, Judge.  My

18   office was preparing --

19        THE COURT:  This is not -- I don't know what your

20   practice is.  When I was doing criminal defense work, I had

21   my defense theory instruction on the first day of trial

22   whether or not I proffered it.  It is part of -- I mean,

23   you have been defending this case so one would assume you

24   have a theory of defense.  And I just cannot administer

25   this case with this last-minute proffering of documents and

1    pleadings that I have asked for and that were due months

2    ago.  I understand you are a solo practitioner maybe, but

3    this is just not acceptable.

4         MR. CRISP:  Your Honor, as to the earlier point that

5    you are raising, I fundamentally disagree that I have to

6    give exhibits for things that are going to be used either

7    for refreshing recollection that I can --

8         THE COURT:  Forget that.  Forget that.  I asked for

9    jury instructions months ago.

10        MR. CRISP:  You are correct.

11        THE COURT:  I sent you jury instructions.  We talked

12   about jury instructions last night.  We talked about them

13   this morning.  And after lunch today, just before your

14   client is about to take the stand, you ask for a mistake of

15   fact defense instruction.  That's not a minor instruction.

16   And you are telling me that as of 2:35 on the day that the

17   jury may be instructed, I don't have a defense theory

18   instruction and neither does the government.  That is not

19   how a case is supposed to be tried.

20        So if you can't get me a defense theory instruction

21   in the next half hour, I mean, it's reversible error for

22   the Court not to give one, so I take it seriously, but I am

23   not prepared to thoughtfully and carefully consider a

24   defense request when it's presented to me on the fly like

25   that.

1          So if you have anything else you haven't provided me

2     or the government in the next half hour, you are not

3     getting it.

4          MR. CRISP:  Understood, Judge.

5          (A recess was taken at 2:39 p.m.)

6          THE COURT:  Where is Mr. Nester?

7          MR. CRISP:  I told him to hit the restroom to make

8     sure because I didn't know how long he was going to be.  Do

9     you want me to go get him?

10          THE COURT:  Mr. Morgan is not here either.

11          MS. BOYLES:  Your Honor, just the government had

12     forecasted this morning that we might need to seek a dual

13     intent instruction.  And I think based on the testimony

14     that we have heard, we would be asking for that

15     instruction.  I have it prepared to email the Court.  I

16     also have paper copies.  I have shown it to defense

17     counsel.  I understand there will be an objection, but I

18     just wanted to let Your Honor know --

19          THE COURT:  Let me have the paper copy now if you

20     have it.

21          Mr. Crisp, also -- oh, darn.  You just gave it to

22     me.  I left it.  His proposed mistake of fact instruction.

23          Mr. Crisp, you did not let me know to what extent

24     you believe my -- not mistake of fact instruction.  Your

25     state of mind instruction, which is from the Third Circuit.

1          MR. CRISP:  Yes, Your Honor.

2          THE COURT:  I have a state of mind instruction, and

3     you haven't told me what you believe is deficient about

4     that instruction, which is the instruction that's used

5     predominately in this circuit; although, it is from the

6     Redbook.

7          You can come back up to the stand, Mr. Nester.

8          MR. CRISP:  I have the instructions up.  Do you

9     remember what page roughly your state of mind instruction

10    is on so I'm not scrolling too long here?

11         THE COURT:  I think it's page 16 according to my law

12    clerk.  Let me see.

13         And also, Ms. Boyles and Mr. Morgan, if you could

14    let me know your position with regard to the proffered

15    state of mind instruction that Mr. Crisp has sent from the

16    Third Circuit.

17         MS. BOYLES:  If we could have a moment, Your Honor.

18         THE COURT:  Yes.  You have asked for a mistake of

19    fact instruction, but I actually don't have proposed

20    language.

21         MR. CRISP:  Your Honor, I am prepared to answer your

22    question, if I may.

23         THE COURT:  Yes.

24         MR. CRISP:  Okay.  So the state of mind instruction

25    that you have doesn't really give any guidance in terms of

1     how the jury is supposed to go about doing this.  Obviously

2     the purpose of instructions is to be as clear as we can.

3          If you would look beginning with the word thus on my

4     instruction, it says, this is -- you know, thus, to

5     determine their particular state of mind, here's what you

6     can look at.  And it gives guidance on what to look at.

7     And then it also instructs whether or not it's up to them

8     to decide whether or not that's accurate.  Moreover, in

9     the, I would say, last five sentences, it goes further to

10    say, you are not required to find that he knew a particular

11    thing, but they need to understand the natural and probable

12    consequences of their acts.

13         So basically, you have about ten sentences giving a

14    detailed description of how they are to go about finding

15    the particular state of mind.  This just says, you know,

16    ordinarily it can't be shown by direct evidence, and you

17    just look at the surrounding circumstances.

18         So I think it gives a bit more guidance in terms of

19    how they are to arrive at that.  It's just a bit more

20    clarity.

21         MS. BOYLES:  Yes, Your Honor.  The government's

22    position is that this is actually too much information for

23    the jury, and I think that the proposal from the Court

24    accurately captures the law and covers what the jury needs

25    to know.

1          There are other instructions that they receive about

2     the kinds of evidence that they can consider.  So I think

3     taking the instructions as a whole properly gives the jury

4     everything that it needs, and the Third Circuit's

5     instruction just does too much.

6          THE COURT:  I agree.  I think the Third Circuit's

7     instruction is confusing.  It's not the instruction that is

8     normally applied in this circuit, probably for good reason,

9     or for that reason.  But in any event, it does not, to me,

10    help or assist the jury in evaluating the evidence and

11    appears more likely to confuse them.

12         I think the proof of state of mind instruction that

13    is used predominately in this circuit is more appropriate,

14    clearer, and in conjunction with the other instructions the

15    jury will receive and gives them a fairly straightforward

16    and clear explanation of how to assess the evidence.

17         So I am not going to give the Third Circuit version.

18    I will give the version that is in my final instructions.

19         With regard to the mixed or dual intent, I'm just

20    looking at it now.  This has been given in these cases

21    before me?  I don't have any citations or anything here.

22         MS. BOYLES:  Yes, Your Honor.  We had cut the

23    citations so that it was prepared to go to the jury.  This

24    was given in United States v. Herrera, H-E-R-R-E-R-A,

25    21-CR-619 before Judge Howell.

```
 1          THE COURT:  All right.  Mr. Crisp, any objection to
 2   this?
 3          MR. CRISP:  Same objection Your Honor had with
 4   respect to the timing of mine.  While it was about two
 5   hours earlier in terms of the requested instruction, the
 6   concern I have is also jury confusion.  I think this is
 7   going to make it more confusing for the jury to discern
 8   intent.
 9          THE COURT:  Let me ask you first, do you disagree
10   with the instruction as a statement of the law?
11          MR. CRISP:  No, because I have seen case law on dual
12   intent, that is correct.
13          THE COURT:  All right.
14          MR. CRISP:  But I don't believe it's discerning.
15          THE COURT:  With regard to the timing, the
16   government mentioned -- was it yesterday?
17          MS. BOYLES:  We mentioned it this morning, Your
18   Honor, and it was based on what the opening was.  And we
19   hadn't raised it significantly because we weren't sure what
20   the testimony from the defendant -- and if the defendant
21   would be testifying.  I mean, this is purely driven by what
22   the defense case has been today.
23          THE COURT:  In the same way that I have considered
24   your state of mind instruction, I am going to consider this
25   mixed or dual intent instruction.  And in the same way, I
```

1    am going to probably give your defense theory instruction.

2    When I get it, you know, I will consider it.

3         And I think it's an accurate statement of the law.

4    Appellate courts are clear that the Court, and I only say

5    this because I have won reversals when I was a trial lawyer

6    on this issue, it's reversible error not to give a jury

7    instruction that is the state of the law.

8         So I will give this mixed or dual intent

9    instruction.

10         And, Mr. Crisp, when do you think you are going to

11    get me your defense theory instruction?  I mean, you can

12    even -- look, if you want to handwrite it, read it into the

13    record, I will get it typed up, but I need to have it

14    before I give final instructions unless you don't want one.

15         MR. CRISP:  No, no.  I will have it to you by the

16    time the defendant is done testifying.

17         THE COURT:  All right.

18         MR. CRISP:  Thank you.

19         THE COURT:  Ready for the jury.  Thank you.

20         (The jury entered the courtroom at 2:57 p.m.)

21         THE COURT:  Thank you.

22         Mr. Morgan, you may proceed with cross-examination.

23         MR. MORGAN:  Thank you.

24                          CROSS EXAMINATION

25

```
 1    BY MR. MORGAN:

 2    Q    Mr. Nester.

 3    A    Hello.

 4    Q    Ten minutes after you came out of the Capitol, you sent

 5    a text message to Keith Zook, correct?

 6    A    Could I see it?  I don't dispute that, but for clarity,

 7    I wouldn't mind seeing it.

 8    Q    You can see it.

 9         I will continue, and when we get it, we will come to

10    it.

11         You recall that shortly after coming out of the Capitol

12    building, you sent a text saying, We stormed the Capitol,

13    correct?

14    A    I believe I did send a text to that effect.  Without

15    seeing it, I'm not sure of the time.

16    Q    Okay.

17         MR. MORGAN:  Your Honor, may I approach the witness?

18         THE COURT:  Yes.

19    BY MR. MORGAN:

20    Q    Look at that, Mr. Nester, and see if that refreshes

21    your memory.  I'm talking about the second text on the

22    page, the bottom text?

23    A    Yes.

24    Q    Does that refresh your memory?

25    A    It does.
```

```
 1    Q    You sent a text message to Keith Zook ten minutes after

 2    you came out of the Capitol approximately, and that text

 3    said, We stormed the Capitol, is that correct?

 4    A    Yes.

 5    Q    Okay.  You didn't say we entered the Capitol, right?

 6    A    I did not.

 7    Q    Okay.  You didn't say we visited the Capitol?

 8    A    No.

 9    Q    You said, We stormed the Capitol?

10    A    Yes.

11    Q    Okay.  That word stormed, I want to ask you a little

12    bit about it.  You didn't, for example, storm this court

13    when you came in this morning, right?

14    A    No.

15    Q    No.  You went through security like everybody else this

16    morning?

17    A    Yes.

18    Q    You went through a metal detector?

19    A    Yes.

20    Q    You would never say stormed about coming into this

21    court because you had permission to come in, correct?

22    A    That's correct.

23    Q    What you meant by stormed was you had overpowered --

24    you were part of a mob that overpowered the resistance to

25    the Capitol, correct?
```

```
1    A    That's not the context that I used stormed.
2    Q    You stormed the Capitol building, your words.  What you
3    meant was you had invaded the Capitol building, correct?
4    A    That's not the context that I meant.
5    Q    Tell me what stormed means to you.
6    A    The storm was -- that I'm referring to was when
7    everybody came past the bike racks and approached the
8    Capitol.  There was just a lot of people.  It was -- that
9    was a lot of raindrops made a river of people.
10   Q    You don't disagree you were part of the mob that
11   stormed the Capitol, correct?
12   A    Yes, that's correct.
13   Q    Let's go back to a little bit of what you talked about
14   at the beginning about your background in local politics
15   because your counsel asked you a number of questions about
16   that.
17        You were active, fair to say, in local politics around
18   the time of the election?
19   A    Yes.
20   Q    Okay.  In fact, you attended numerous political rallies
21   around that time?
22   A    Yes.
23   Q    And those rallies included rallies, I think you
24   referred to in a text, as MAGA rallies, and by that meaning
25   Make America Great Again rallies?
```

```
1    A    Yes.

2    Q    Including at least two in Washington, D.C.?

3    A    Prior to the 6th at least, yeah, two.

4    Q    You also attended rallies in Pennsylvania in the days

5    just leading up to January 6, right?

6    A    Yes.

7    Q    One of those rallies was on January 5, just the day

8    before the storming of the Capitol on the 6th, correct?

9    A    Yes.

10   Q    Okay.  And that was called the Hear Us Roar, Hear Us

11   Roar, Election Integrity Rally, correct?

12   A    Yes.

13   Q    Two days before that, you had attended a rally in which

14   you held up a sign saying, Decertify, Cutler, or we will

15   not forget your face.  Do you remember that?

16   A    I held a sign like that, yes.

17   Q    You held a sign up like that at a political rally,

18   correct?

19   A    I held a sign while the person who was carrying the

20   sign needed a free hand to take a selfie.

21   Q    You posed for a picture with Sandra Weyer where both of

22   you had your hands holding the sign in the picture.  Do you

23   remember that?

24   A    Yes.

25   Q    Yes.  And that sign, the language on that sign,
```

```
1    Decertify, Cutler, or we will not forget your face, Cutler
2    you were referring to was Bryan Cutler, the Speaker of the
3    Pennsylvania legislature, correct?
4    A    The Speaker of the Pennsylvania House.
5    Q    The Speaker of the Pennsylvania House.
6         And you were protesting.  You wanted the Pennsylvania
7    House to decertify the results of the presidential election
8    at the local level, correct?
9    A    Not necessarily.
10   Q    The sign said decertify, did it not?
11   A    It wasn't my sign.
12   Q    You held that sign up at a political rally along with
13   somebody else for a picture at the very least?
14   A    Yes.
15   Q    You posed with that sign, did you not?
16   A    Yes.
17   Q    You knew, I think you testified already and to your
18   lawyer, you knew about the certification process, you
19   admit, at least as it related to the local certification
20   process, right?
21   A    I knew that the Pennsylvania election had been
22   certified.
23   Q    And what certification means is the votes have been
24   counted and it's a final result to the election.  And that
25   had happened.  That's what was meant by certification,
```

```
 1  right?
 2  A    Yes.
 3  Q    Now, you were also around that time involved in
 4  political activism, am I right?
 5  A    Yes.
 6  Q    You were a member of a group called Free PA?
 7  A    Yes.
 8  Q    Free PA, among its missions, are to organize meetings
 9  for like-minded patriots?
10  A    Yes.
11  Q    And also to locate, vet, and support conservative
12  candidates for state and local elected offices?
13  A    Yes.
14  Q    And you were, would you say, an active member of that
15  organization?
16  A    Yes.
17  Q    Okay.  And Sandra Weyer, who you have referred to as a
18  friend, you were also romantically involved, correct?
19  A    No.  We are friends.
20        MR. CRISP:  Objection, Your Honor.  What's the
21  relevance of that?
22        THE COURT:  I will allow it if you can connect it
23  up.
24  BY MR. MORGAN:
25  Q    Back around the time of January 6 and in the weeks
```

```
 1    preceding January 6, you were romantically involved, were
 2    you not?
 3    A    I was very fond of her.  She's a friend.
 4    Q    We can come back to that.
 5         Now, she is a member of Free PA also, right?
 6    A    Yes.
 7    Q    In fact, right now she's the leader?  She holds the
 8    post of leader in the Cumberland chapter of Free PA?
 9    A    That's not correct.
10    Q    Would it surprise you that we looked at the website
11    within the last day or two, and she was listed on the Free
12    PA website as leader of the Cumberland chapter of Free PA?
13    A    It would not surprise me.  That site is the not well
14    maintained.
15    Q    Did she previously hold that position?
16    A    Yes.
17    Q    You have also since January 6 held elected positions,
18    correct?
19    A    Yes.
20    Q    You were the republican committee person from Moynihan
21    Township?
22    A    Yes.
23    Q    That was back in '22.
24         And you are currently part of local government on the
25    planning commission --
```

1    A   Yes.

2    Q  -- right, appointed by the board of supervisors to a

3    four-year term?

4       Also you testified on direct at least you were a big

5    supporter of Doug Mastriano, is that fair to say?

6    A   Yes.

7    Q   Okay.  And you said that you came to Washington because

8    you wanted to see Mr. Mastriano speak, right?

9    A   That's not my reason for coming, no.

10   Q   You thought that he was going to be speaking in

11   Washington, D.C., and you came -- and you went and looked

12   and tried to find his speech, correct?

13   A   Yes.

14   Q   And you say you were looking for that speech all the

15   way through the barricades, up the stairs, in the mob, and

16   you were looking for Mr. Mastriano's -- the place where he

17   was going to be speaking, right?

18   A   Yes.

19   Q   Okay.  And just to be clear, Mr. Mastriano, he's a

20   state senator from Pennsylvania now, right?

21   A   Yes.

22   Q   Okay.  He also ran unsuccessfully for governor?

23   A   Yes.

24   Q   And back then, back in 2020, he was a big critic of the

25   2020 presidential election, was he not?

1      A    Yes.

2      Q    He alleged that there was fraud in the election?

3      A    He did.

4      Q    And he was also known to be a major supporter of the

5      former president, was he not?

6      A    Yes.

7      Q    In fact, he organized or played a role in organizing

8      Pennsylvania's alternate slate of electors, did he not?

9      A    I don't have any recollection of that.

10     Q    Would it surprise you, for example, if, reported by the

11     Associated Press in May of 2020, it was reported that he

12     made efforts to subvert the results of the 2020

13     presidential election?  Would that surprise you?

14     A    That would not surprise me.

15     Q    You said -- what was your response?

16     A    That would not surprise me if they wrote that.

17     Q    I can quote one more.

18          THE COURT:  I don't think that's necessary,

19     Mr. Morgan, if he didn't read them.

20          MR. MORGAN:  Okay.

21     BY MR. MORGAN:

22     Q    You are aware, Mr. Nester, that Mr. Mastriano went to

23     Washington, D.C. on January 6, 2021?

24     A    I am.

25     Q    And he attended the former president's speech.  He had

1    VIP seating at the speech.  He was there.

2    A    I know that to be correct based on a text Facebook

3    message that he sent to Sandra.

4    Q    And then he actually went to the Capitol?

5    A    He did.

6    Q    And entered the restricted perimeter on the outside of

7    the Capitol, correct?

8    A    He did.

9    Q    But you never saw him on that day?

10   A    I did not.

11   Q    Okay.  And your testimony that we will come back to is

12   that you thought he was on the steps of the Capitol giving

13   a speech, and that's why you thought you had permission to

14   go through the barricades and to get to that location, is

15   that how you testified?

16   A    No.  My belief that I was permitted to go into the

17   plaza was not predicated upon his presence.

18   Q    Can you say that one more time.

19   A    My understanding is it was allowable to be in the

20   plaza.  It wasn't specific to him being there.

21   Q    Okay.  We will come back to that too.

22        MR. MORGAN:  Ms. Jones, would you pull up

23   Government's Exhibit 4, please.

24   BY MR. MORGAN:

25   Q    Mr. Nester, can you see what's been marked as

```
1    Exhibit 4?

2    A    Yes.

3    Q    And you know what building this is, right?

4    A    Yes.

5    Q    What is it?

6    A    It looks like the west side of the United States

7    Capitol.

8    Q    Okay.  And you know who works inside this building?

9    A    All the congressmen.

10   Q    And you knew, Mr. Nester, you knew what Congress was

11   meeting to do on January 6, 2021, correct?

12   A    I know now.

13   Q    But you knew then too because you were involved in

14   politics, and so you were following the -- well, let me ask

15   you those questions.  I think you already testified you

16   were following that election pretty closely after it

17   happened?

18   A    I was primarily focused on Pennsylvania, but I was

19   aware of things were going on in other states as well.

20   Q    I think you referred several times to the news.

21   A    Yeah.

22   Q    You were watching stories on the news about -- during

23   that time, between the election and between January 6,

24   about what was going on, weren't you?

25   A    Yes.
```

1    Q   And so -- and you were aware of the allegations of Doug

2    Mastriano and others of fraud in the election?

3    A   Yes.

4    Q   And I think you testified you wanted lawmakers to do

5    something about that fraud?

6    A   Yes.

7    Q   But your testimony now to this jury is that

8    notwithstanding that, you didn't know that on January 6,

9    Congress was working to certify the results of the

10    election?

11    A   That's correct.  I didn't have any specific knowledge

12    of what they were doing on the 6th.

13         THE COURT:  You have to keep your voice up, please,

14    Mr. Nester.

15    BY MR. MORGAN:

16    Q   Put aside the word certification for a second.  You

17    knew the election was over, right, that is to say, the

18    population of the United States had voted on November 3,

19    2020 for the next president, right?

20    A   Yes.

21    Q   You knew that the next step, one of the steps, was each

22    state had to appoint its Electoral College votes, and

23    Pennsylvania had done it in a way that you didn't agree

24    with, right?  Pennsylvania had given its Electoral College

25    votes to Joe Biden, and you thought they should have gone

1      to former President Trump, am I right?

2      A    You're not right.

3      Q    I thought that that's the point of the claims of a

4      fraudulent election.

5      A    The claims of fraudulent election didn't come from me.

6      Q    But you agreed that it was a fraudulent election,

7      wasn't that what you thought?

8      A    That's not correct.  I never alleged fraud.

9      Q    Maybe I misunderstood.  A lot of what you said to your

10     attorney sounded like you believed there was a lot of fraud

11     in the 2020 presidential election.  Is that incorrect?

12     A    That is incorrect.

13     Q    So everything you said about being a poll worker, is it

14     a different word you would use.  What word do you use?

15     When you were picking out things that were irregularities

16     or -- how would you describe that, because you talked about

17     it for about ten minutes on your direct examination?

18     A    Vulnerability, unfair process.

19     Q    So you didn't agree with Doug Mastriano that there was

20     fraud in the election?

21     A    I would have never agreed with his use of the word

22     fraud.

23     Q    And when you went to the Hear Us Roar Election

24     Integrity Rally, that wasn't about fraud in the election?

25     A    I believe there were probably a few speakers who

1   mentioned fraud.  It was more about the process.

2   Q    The process of finalizing the results of the

3   presidential election?

4   A    No, the process, the way the election was conducted.

5   Q    Isn't it true that in the news during that time period,

6   it was constantly being discussed that January 6 was the

7   day in which the election results would be finalized?

8   A    I don't recall hearing that.

9   Q    Mr. Nester, let's talk a little bit about your

10  preparations before coming to D.C.  Before coming to D.C.,

11  you researched gun laws to see if you were able to bring

12  your gun to D.C., right?

13  A    Yes.

14  Q    You also bought other weapons two days before coming to

15  Washington, D.C., right?

16  A    Yes.

17  Q    You bought a taser, right?

18  A    Yes.

19  Q    Two pepper sprays?

20  A    Yes.

21  Q    And a knife?

22  A    Yes.

23  Q    And in a text exchange on January 4 with Jeremy

24  Wrestler, you said, Our group is fairly hardcore, and we

25  will be looking to get involved if scuffles break out,

1    right?

2    A    Yes.

3    Q    Just to be clear, when you went to the Capitol building

4    that day, you didn't have an appointment at the building,

5    right?

6    A    No.

7    Q    Didn't have any official business there?

8    A    No.

9    Q    Didn't go through security screening?

10   A    No.

11   Q    Didn't go through an x-ray machine?

12   A    I'm sorry.  Could you repeat that.

13   Q    You didn't go through an X-ray machine?

14   A    No.

15   Q    You didn't wait in a line?

16   A    There was a line of sorts, but --

17   Q    Would you call that mob a line?

18   A    The actual entry, yeah.

19   Q    You would call it a line?  Was that similar to the line

20   that you line up in to come through security screening to

21   come into the court?

22   A    No.

23   Q    Oh, because it's a chaotic, disorganized mob, right?

24   A    Yes.

25   Q    You went up the stairs, and we can talk more about it,

```
 1    but when you did enter the Capitol building, there was a
 2    huge -- there was a large crowd of people that was also
 3    trying to get in around the same time, right?
 4    A    Yes.
 5    Q    People were yelling?
 6    A    Yes.
 7    Q    People were pushing?
 8    A    Yes.
 9    Q    There was an alarm ringing?
10    A    I did not hear an alarm.
11    Q    At any time that you were near that door, did you hear
12    the alarm ringing?
13    A    Yes.
14    Q    There was broken glass in the doors -- in the windows
15    of the door?
16    A    There was.
17    Q    There were police in riot gear?
18    A    Yes.
19    Q    There was tear gas in the air?
20    A    Yes.
21    Q    But your testimony is that you thought you had
22    permission to enter, right, notwithstanding that, you had
23    permission to enter?
24    A    I'm sorry to get kind of hung up on the word
25    permission.  Can I use an example?
```

1    Q    I mean, I can try to rephrase it for you.  I mean, you

2    thought you were -- you thought that you had the right to

3    enter those doors?

4    A    Yes.

5    Q    And you thought that the police were letting you in

6    those doors?

7    A    At the time I entered.

8    Q    Okay.  Even though there was yelling, pushing, alarms

9    ringing, broken glass, police in riot gear, tear gas,

10   et cetera?

11   A    Yes.

12   Q    On your direct, you said you saw violence against the

13   police at the door?

14   A    Yes.

15   Q    You also said at one point, I didn't think the police

16   wanted me to go in?

17   A    Yes.

18   Q    So I thought one moment ago you said you thought that

19   they did want you to go in, but now they didn't want you to

20   go in?

21   A    There's a distinction in my mind between when they were

22   at the door guarding the door and when the doors were open.

23   Q    When the doors were opened?

24   A    Yes.

25   Q    So when the doors were opened, that's when you thought

1    they wanted you to come in?

2    A    No.  I never thought they wanted us to go in.

3    Q    Well, you thought when the doors were opened, that they

4    weren't stopping you from going in?

5    A    That's correct.

6    Q    And that made you think you had permission to go in?

7    A    That I was allowed to go in.

8    Q    Because they weren't stopping you and the rest of the

9    mob?

10   A    My understanding is that it was permissible to go in

11   and that at the time, there was nothing there restricting

12   me from doing so.

13   Q    There was nothing restricting you from entering, so you

14   thought you had permission to enter?

15   A    Yes.

16   Q    You also said at a certain point inside, you kind of

17   realized, I'm not sure if I should be here, right?

18   A    That's right.

19   Q    But you stayed after that?

20   A    Yes.

21   Q    Still at the door, you saw people attempt to strike the

22   police at the door, right?

23   A    Yes.

24   Q    And you said in that email to Ester Doll, you said, The

25   police were badly outnumbered and overpowered?

```
1    A    Yes.

2    Q    They relented when they were defeated?

3    A    Yes.

4    Q    And you insisted to Ester Doll that you were not

5    invited in, right?

6    A    That's correct.

7    Q    Because she was saying something to the effect of, Oh,

8    it looks like an inside job, you know, the police were

9    letting people in.  And you wrote back to her, and you

10   said, No, we were not invited in, right?

11   A    That's correct, I resisted that idea.

12   Q    Yeah.  Your exact words were, The narrative that we

13   were invited in is very far from the truth at the location

14   I was at, right?

15   A    Yes.

16   Q    Now, you also said to Ester Doll you were surprised

17   that the police didn't start shooting at the rioters at the

18   door, right?

19   A    I did say that.

20   Q    Yeah.  So you thought -- let me quote this.  You said,

21   The only thing that confuses me is why they did not use

22   live fire as I would have thought and, in fact, did expect

23   that to prevent actual entry.  You wrote that to Ester

24   Doll, right?

25   A    Yes.
```

1    Q    You expected that the police would start shooting at

2    the protesters to keep them from going in?

3    A    If they were defending the building, yes, I would have

4    expected them to defend the building.

5    Q    You didn't say it quite that way in the email, in the

6    message.  Under the circumstances of what you saw, you said

7    you would have expected them to start shooting, right?

8    A    That whole text chain is in response to other videos

9    that were being played.  So no, it wasn't specific to where

10   I was.  That portion was not specific.

11   Q    You do say later on something very, very specific to

12   where you were, right?  You say, I was close enough to the

13   front to know that they fought to hold the crowd back from

14   the doors until they were physically exhausted with every

15   means they had.  You wrote that, right?

16   A    I did.

17   Q    And that's true, you were close enough to see those

18   police physically exhausted trying to keep the crowd back

19   with every means they had, right?

20   A    Yes.

21   Q    You saw that, right?

22   A    Yes.

23   Q    Now, let's go back to that first police line.  We saw

24   the video.  I think I would like to pull it up and ask you

25   about it.

```
 1            MR. MORGAN:  Ms. Jones, would you pull up 804.3,
 2    please.
 3            I can move to a different subject, and then we can
 4    come back to that.
 5    BY MR. MORGAN:
 6    Q   Let's talk about your testimony that because this was a
 7    public area, you thought it was permissible to be in this
 8    entire area.  Okay?  Am I characterizing that right?
 9    A   Yes.
10    Q   You saw the video.  You saw the hundreds and hundreds
11    of people that were crowding around those doors, right?
12    A   Yes.
13    Q   So did you think they all had permission to be at that
14    location?
15    A   Again, I would phrase it as they had a right to be
16    there.
17    Q   And so did they all have a right to storm inside the
18    Capitol building, the hundreds, if not thousands, of
19    people?
20    A   I understood that they had a right to be inside.
21    Q   So is that a yes?
22    A   Yes.
23    Q   Okay.  So thousands of people have a right to enter the
24    Capitol building through whatever door they choose at any
25    time.  Is that your testimony?
```

```
 1    A    No, not -- no, that's not correct, not through whatever
 2    door.  I recognized that door to be a public entrance
 3    mistakenly.
 4    Q    Why is that door different?
 5    A    That door very much resembles the bronze door at the
 6    Pennsylvania Capitol which is the main public entrance to
 7    the Capitol.
 8    Q    But your testimony is through that particular door,
 9    thousands of people with no appointment, no security
10    screening, have permission, have a right to enter that door
11    whenever they choose?
12    A    If it's open and there's not any other security
13    stopping you to go through.  I understand that it's a
14    flawed argument now based on what I know.  At the time I
15    thought it was okay.
16    Q    So that's your testimony, that at the time, you
17    believed the thousands of people assembled in a disorderly
18    mob had permission, had a right to go through that door,
19    just to storm into the Capitol building, and you were one
20    of those people?
21    A    Yes.
22    Q    Now, you saw the barricades.  You saw the police
23    barricades that were set up on the east front of the
24    Capitol building?
25    A    Yes.
```

1    Q    You saw -- you were there for a long time before those

2    barricades were breached.  You were part of the crowd out

3    there, and there were police officers on the inside of the

4    barricades for, I don't know, less than an -- how long?

5    Let me ask you, how long was that?

6    A    I was there for about -- I remained outside the bike

7    racks for about an hour.

8    Q    Okay.  And for that time period, the police were

9    preventing the mob from crossing into the plaza area in

10   front of the Capitol building, right?

11   A    The majority of the time the police were well away from

12   the bike racks, and the bike racks themselves were the

13   deterrent.

14       MR. MORGAN:  Could you show that to the witness.

15       THE COURT:  Do you all have it?

16       THE COURTROOM DEPUTY:  It's coming.

17   BY MR. MORGAN:

18   Q    Mr. Nester, do you remember this video?

19   A    Yes.

20   Q    Okay.  And that's you circled in green on the left?

21   A    Yes.

22   Q    And these are the police, the riot police, at that

23   police line we were just talking about, right?  You can see

24   in the middle of the picture, you can see police in

25   helmets, right?

```
 1   A    Yeah.  It's about a minute before the breach occurred.

 2   Q    And you're right there.  You are about 10 or 15 feet

 3   from where that's happening, right?

 4   A    Yeah.

 5   Q    Okay.

 6        MR. MORGAN:  Let's play, please.

 7        (The videotape was played.)

 8        MR. MORGAN:  You can stop.

 9   BY MR. MORGAN:

10   Q    And so that bike barricade went right in front of you,

11   right?  You see it pass by?

12   A    Yes.

13   Q    And you saw them remove that, I think you testified

14   already?

15   A    I didn't see it removed, but I saw the continuation of

16   it being removed.

17   Q    And you saw the scuffle that was taking place at the

18   line between the police and other protestors?

19   A    I did not.

20   Q    You didn't see the scuffle?

21   A    No.

22   Q    I thought you had testified that that was something

23   that you expected in a concert, something -- when the crowd

24   moves forward, sometimes there are little scuffles.  Am I

25   mischaracterizing that?
```

1    A    It's slightly different than I thought.  I might have

2    misunderstood you.  I thought you were talking about a

3    scuffle with the police.

4    Q    That's what I was talking about, a scuffle with the

5    police.

6    A    I wouldn't be able to actually see any police from my

7    vantage point right there.

8    Q    But you saw the bike rack go in front of you, right?

9    A    I did.

10   Q    You heard the shouting?

11   A    It was -- the noise was overwhelming.

12   Q    The noise was overwhelming.  And you thought that this

13   was how you were going to get to the speech up on the

14   Capitol steps, this is the way that the police were going

15   to open the barricades to let you through to attend the

16   speech?

17   A    Yeah.  Everybody else was excited to get to the front

18   and be at the front of the crowd to hear the speakers as I

19   was.

20   Q    So that mob then continued to the steps.  That was just

21   people who were excited?  This is your testimony.  That

22   appeared to be people who were excited to hear a speech at

23   that point?

24   A    That's what I believe, yes.  That was my intent.

25   Q    And so when Sandra Weyer standing next to you was

1    yelling they're macing, they're macing, you just thought

2    that ahead of the speech, the police were going to be

3    spraying people with mace?

4    A    No, I didn't think that.

5    Q    But you heard her saying that.  She was right next to

6    you.

7    A    I did hear her say that.

8    Q    So you knew that the police were macing on the steps?

9    A    She said, they're macing, they're macing.  I didn't

10   detect any mace.  I didn't assume one way or another

11   whether she was correct or not correct.

12   Q    But you were pepper-sprayed, right?

13   A    I was not.

14   Q    You weren't pepper-sprayed?

15   A    I was not.

16   Q    At any time that day, were you pepper-sprayed?

17   A    I was aware of some chemical irritants.  I was not

18   pepper-sprayed.

19   Q    Mr. Nester, you know Bob Hirsch, right?

20   A    Yes.

21   Q    And you were texting with Bob Hirsch during the day on

22   January 6, right?

23   A    Yes.

24   Q    And at 3:55 p.m. you texted to Bob Hirsch, Yep, just a

25   little pepper spray and scrapes, right?

1    A    Yes.

2    Q    And you were referring to yourself, you had received a

3    little pepper spray and scrapes, right?

4    A    I was not pepper-sprayed.  I was not scraped.

5    Q    So what you told Bob Hirsch was a lie?

6    A    No.  People around me in my group.

7         MR. MORGAN:  Just one moment, please.

8    BY MR. MORGAN:

9    Q    I'll come back to Bob Hirsch in one minute, Mr. Nester

10        You also know Kimberly and Tony, correct?

11   A    Yes.

12   Q    And you were exchanging messages with Kimberly and Tony

13   the next day after January -- on January 7, right?

14   A    Yes.

15   Q    And you got into a little disagreement with Kimberly

16   and Tony because they were making claims about what

17   happened at the Capitol.  And you said, They weren't

18   actually there so they didn't have a right to say what

19   really happened there.  Do you remember that?

20   A    I suggested they were less -- a lesser perspective

21   because they were getting secondhand information.

22   Q    And so on January 7, one day after the riot, you

23   wrote -- they were citing to another source, and you were

24   saying that source didn't understand really what happened

25   there.  Do you remember that?

1   A   Yes.

2   Q   And so you wrote to them, If he wasn't at the door at

3   the time it was breached, then I would say yes, he's less

4   qualified than those of us that were sprayed when the doors

5   opened.  Do you remember that?

6   A   Yes.

7   Q   You were sprayed with tear gas when the doors opened?

8   A   I was not.

9   Q   So this was not true?

10  A   There were people that were sprayed.  I was in the

11  area.  I was aware of irritants in the area.  I was not

12  affected by it.  I was not sprayed.  It wasn't on my face.

13  It didn't burn.  I was not hit with pepper spray.

14  Q   So this was what you said was not true?

15  A   That's still true for the people that were around me

16  that did get sprayed.

17  Q   Not to nitpick, but what you say here makes it very

18  clear what you are talking about is yourself being sprayed.

19  And that was false what you told them, right?

20  A   I disagree with your characterization.  I am referring

21  to us as a group.

22  Q   I will read it one more time.

23  A   Sure.

24  Q   If he wasn't at the door at the time it was breached,

25  then I would say he's less qualified than those of us that

1   were sprayed when the doors were opened.  You are not

2   talking about yourself then?

3   A   Than those of us that were sprayed.

4   Q   You are not talking about yourself there?

5   A   Not specifically.

6   Q   Mr. Nester, going back to your text message exchange

7   with Bob Hirsch, and this is on January 6, 2021, you agreed

8   already that you wrote to him at 3:55, and that is while

9   you are still on the terrace of the Capitol, you haven't

10  left yet?

11  A   Yes.

12  Q   You wrote to him, Yep, just a little pepper spray and

13  scrapes.

14      Now I want to go back and tell you what he said to you

15  before that.

16      Your response was at 3:55.  At 3:53, Bob Hirsch said

17  you to, Are you okay?  Are you okay?

18      Two minutes later, you wrote back, Yes, just a little

19  pepper spray and scrapes?

20  A   Yes.

21  Q   And so your testimony now is you were not

22  pepper-sprayed?

23  A   I was not pepper-sprayed.

24  Q   You were not scraped?

25  A   I was in the area of some irritants.  I was aware.

```
 1              THE COURT:  I think we have plowed that ground
 2   sufficiently.
 3   BY MR. MORGAN:
 4   Q    Now, Mr. Nester, you entered the Capitol building at
 5   the same time as a group of Oath Keepers, militia members,
 6   right?
 7   A    I followed them in basically.
 8   Q    You followed them in?
 9   A    Yes.
10   Q    And you knew who they were?
11   A    I did not.
12   Q    But you knew what the Oath Keepers were?
13   A    I did not.
14   Q    Prior to January 6, you didn't know who the Oath
15   Keepers were?
16   A    No.
17   Q    Sir, would it surprise you that -- well, let me ask you
18   this.  You know that pursuant to legal process, the
19   government served a search warrant on your Facebook
20   account, right?
21   A    Yes.
22   Q    Pursuant to a search warrant.  And that inside, some of
23   the material inside your Facebook account included a call
24   to action, Oath Keepers deploying to D.C. to protect
25   events, speakers and attendees on January 5 and 6, time to
```

1    stand.

2         Were you aware that's in your Facebook account?

3    A    No, I was not.  It's in my Facebook account?

4    Q    Correct.

5    A    No.

6    Q    This is an announcement announcing that the Oath

7    Keepers have multiple volunteer security teams rolling into

8    D.C. from all over the nation and will be boots on the

9    ground on January 5 and 6.  That was in your Facebook

10   account.

11        So you did know.  You had an idea who the Oath Keepers

12   were before January 6.  Right?

13   A    Could I ask -- I mean, what was the source of that?

14   Q    I could show it to you if you want.

15   A    Yeah.

16        MR. MORGAN:  Your Honor, may I approach?

17        THE WITNESS:  I don't ever recall seeing that.

18        THE COURT:  Do you want to mark it?

19        MR. MORGAN:  Yes, Your Honor.  It's marked for

20   identification as Government's Exhibit 907.

21        THE COURT:  Are you moving for admission?

22        MR. MORGAN:  I wasn't moving for admission.

23        THE COURT:  Okay.

24   BY MR. MORGAN:

25   Q    Other members of your group stood aside while the Oath

 1    Keepers passed by you to let them into the Capitol

 2    building, right?

 3    A    I would say they pushed past us, yes.

 4    Q    The Oath Keepers pushed past you?

 5    A    Yeah.

 6    Q    Now, even if you didn't -- your testimony today was

 7    that you didn't know who the Oath Keepers were, but you saw

 8    men in combat fatigues and helmets pushing into the Capitol

 9    building right before you entered, right?

10    A    I did.

11    Q    And you knew that was not part of the official U.S.

12    military, right?

13    A    I didn't know who they were.  I actually thought they

14    were National Guard.

15    Q    So you thought that they were, along with this crowd,

16    this mob, that they had some official purpose to be there?

17    A    It appeared to me that, yes, they came in to go into

18    the Capitol.  For what that purpose was, I don't know.  But

19    they were dressed similarly.  It looked to me like it was

20    probably National Guard.

21    Q    Did they have any National Guard markings?

22    A    I didn't notice any markings in particular.

23    Q    They had large yellow writing on their uniforms that

24    said Oath Keepers?

25    A    I wouldn't have saw their fronts.  They brushed by in a

1    dense crowd.

2    Q   At a certain point, you learned that someone had been

3    killed inside the Capitol building, right?

4    A   I heard reports that somebody had been shot.

5    Q   And you did not leave after that?

6    A   Pardon me?

7    Q   You did not leave after that?

8    A   I didn't believe it.

9    Q   After you heard those reports, did you leave?

10   A   No.

11   Q   Actually, prior to going into the Capitol, you had told

12   Ester Doll that you and members of your group -- actually,

13   this is after.  This is after you came out.  You told Ester

14   Doll that you had been ready to go down.  Those were your

15   words, to go down on that day, right?

16   A   Yes.

17   Q   That meant die for your cause?

18   A   Yes.

19   Q   And so is that -- you were there that day ready to die

20   for your cause, right?

21   A   The election matters were -- yes, I'm -- yes, of utmost

22   importance to me in this nation, that I would go down to

23   see that the election is fixed.

24   Q   And so you stormed the Capitol building, and you were

25   ready to die for your cause?

1    A    Could you repeat the question.

2    Q    You stormed the Capitol building, and you were ready to

3    die for your cause?

4    A    Both of those things are true.  One wasn't causal to

5    the other.

6    Q    Okay.  But both are true?

7    A    Both of those are true.

8    Q    Okay.

9         MR. MORGAN:  Your Honor, can we have a quick call?

10        (The following was heard sidebar.)

11        THE COURT:  Mr. Morgan.

12        MR. MORGAN:  Your Honor, we are almost done.

13   There's just one thing that I wanted to circle back to.  I

14   had asked him at the very outset if his relationship with

15   Ms. Weyer was romantic, and the reason I asked that was

16   because it informs the way that the jury perceives and

17   interprets the fact that he's holding on to her and walking

18   with her all through the Capitol.  It's not just --

19   otherwise, I feel it almost suggests that he's this

20   helpless person that needs to follow her.  But in fact,

21   they have this romantic relationship.

22        Now, that was not an important point I was trying to

23   make.  But since he denied it, it now throws into question

24   his credibility.  And we have numerous text messages from

25   the time preceding January 6 that shows a romantic

1    relationship.

2          THE COURT:  Mr. Crisp?

3          MR. CRISP:  I'm not aware of what evidence that it's

4    romantic if they are just saying he loves her, something

5    like that.  That doesn't necessarily mean it's amorous in

6    nature.  But I fail to see the relevance of it.

7          THE COURT:  Well, normally I would agree with you,

8    but I think in this instance, you have, through questioning

9    and cross-examination, elicited a perception of Mr. Nester

10   as sort of this older man with a cane who was just sort of

11   going along with the group and needed to be -- she needed

12   to sort of keep an eye on him and that he was almost

13   holding on to her.

14         In addition, Mr. Morgan is right.  He has denied it,

15   and therefore, it is impeaching at this point.  If it was

16   sort of a collateral matter, I wouldn't allow impeachment

17   on such a collateral matter.  But it does go to the

18   impression that, deliberately or inadvertently, it sort of

19   given to the jury that this was just somebody with a cane,

20   you emphasized the cane numerous times, and I think the

21   jury is allowed to get clarification, or the government's

22   allowed to meet the force of that portrayal by showing that

23   he wasn't holding -- she wasn't holding on to him or he

24   wasn't holding on to her for some kind of physical support,

25   but because they were a couple.

```
1          MR. CRISP:  I never asked anything about a cane.
2    The government elicited that for one.  I would like to see
3    what the proffer is because to me, what evidence does the
4    government think they have to show this was a sexual
5    relationship?
6          THE COURT:  They didn't say sexual.  They said he
7    was romantically involved with her.
8          MR. CRISP:  What evidence is there that it was
9    romantic?
10          THE COURT:  What is your proffer, Mr. Morgan?
11          MS. BOYLES:  Your Honor, if I may jump in because I
12    have that on my screen, on December 9, 2020, Sandra Weyer
13    texted Mr. Nester, I, all caps, love touching you.  I, all
14    caps, love kissing you.
15          And then on December 24th of 2020, they exchanged
16    texts and say, Good night.  Let me know when you're home
17    and locked away safe and sound.
18          And then there's also a message from Mr. Nester to
19    Ms. Weyer, You are being a little too sexy sucking on that
20    candy cane like that.
21          THE COURT:  All right.  I don't want us to get all
22    into this.  It's not a major issue.  But you need to lead,
23    and you can say -- you know, you can selectively quote from
24    the messages.  But we don't need to get into salacious
25    detail, Mr. Morgan.
```

1           MR. MORGAN:  Okay, Your Honor.

2           (The following was heard in open court.)

3     BY MR. MORGAN:

4     Q   Mr. Nester, at close to the beginning of this, our

5     exchange, I asked you if you were in a romantic

6     relationship at some point with Sandra Weyer.  Do you

7     remember that?

8     A   I do.

9     Q   And you testified, your answer was, No, we were only

10    friends, correct?

11    A   We are friends.

12    Q   But you testified that you were not involved at any

13    point in a romantic relationship with her, correct?

14    A   That's right.

15    Q   On December 9, 2020, she texted to you, I love touching

16    you, right?

17    A   Could you repeat the question.

18    Q   On December 9, 2020, Sandra Weyer sent a text to you

19    that said, I love touching you?

20    A   I'm not -- are you saying touching?

21    Q   Touching, physically touching.  That's how I interpret

22    it.

23    A   I don't recall that specifically, but she may have.

24    Q   Also on December 9, she sent a text to you that said, I

25    love kissing you, correct?

1    A    I don't have specific -- she may have.

2    Q    On December 24, 2020, you sent a text to her that said,

3    You're being a little too sexy sucking on that candy cane

4    like that, didn't you?

5    A    That sounds familiar.

6    Q    Okay.  So your prior testimony that you had no romantic

7    relationship Ms. Weyer, that was false?

8    A    No, that's not false.

9    Q    In closing, through your entire direct examination, you

10   left out something that I think is pretty important.  You

11   never mentioned how you chanted in the U.S. Congress it's

12   our house, but you did that, didn't you?

13   A    I believe I said our house.

14   Q    The crowd yelled, Whose house; and you responded, Our

15   house?

16   A    I did.

17   Q    And you raised your hand over your head when you did

18   that?

19   A    I did.

20   Q    And you didn't mention that on your direct examination?

21   A    I don't believe I was asked.

22   Q    When you went -- when you finally left and walked out,

23   that was around 3:00 p.m., right?

24   A    2:50, 2:51 is, I believe, the range.

25   Q    I believe you exited at 2:51.  And then -- excuse me.

1    Let me make sure I get the times right.

2        You exited at 2:51, and your testimony was you didn't

3    leave the outside terrace for another hour and a half?

4    A    Hour and a half, hour 45.

5    Q    Okay.  And during that time, you received a text from

6    Bob Hirsch that said a woman was shot in the neck, right?

7    A    I don't think that was the entire text, but yes.

8    Q    It included that language, right?

9    A    Yes.

10   Q    You also heard other protestors chanting, Hang Mike

11   Pence, hang Mike Pence?

12   A    I may have.  I also heard, Shame on Pence.

13   Q    You saw that whole mob out there chanting, and you

14   still didn't leave?

15   A    I didn't catch it.

16   Q    For that whole hour and a half that you were in that

17   mob on the terrace, you did not leave?

18   A    That's right.

19   Q    And, in fact, you wanted to go back inside, right?

20   A    No, no, I didn't have any desire to go back in.

21       THE COURT:  Could you speak a little closer to the

22   microphone, please.

23       THE WITNESS:  Sorry.

24   BY MR. MORGAN:

25   Q    You know who Pauline Bauer is, right?

```
 1    A    I do.

 2    Q    She was one of the people in the van that you drove to

 3    Washington, D.C. with, right?

 4    A    Yes.

 5    Q    At 3:18 p.m., you texted Pauline Bauer, We are outside,

 6    we can't get back in, didn't you?

 7    A    I did.

 8    Q    Okay.

 9         MR. MORGAN:  I don't have any further questions.

10         THE COURT:  Thank you, Mr. Morgan.

11         Redirect?

12         MR. CRISP:  Yes, Your Honor.

13                      REDIRECT EXAMINATION

14    BY MR. CRISP:

15    Q    Do you have water?

16         THE COURT:  That's water in the pitcher too.

17    BY MR. CRISP:

18    Q    Do you need some more?

19    A    I have it here if I need it.

20    Q    Okay.  So, Mr. Nester, let's start with the question

21    about Ms. Weyer.  Help me reconcile, or please reconcile,

22    excuse me, the idea that you were not in a romantic

23    relationship with her when you or she may have said those

24    things to one another?

25    A    Could you be a little closer to the mic?
```

1    Q    Yes.  Please reconcile your assertion you did not have

2    a romantic relationship with Sandra Weyer if you or she may

3    have said the things that the government referenced?

4    A    We were very fond of each other.  I haven't been in a

5    relationship for a very long time.  I was -- I won't say I

6    didn't have those -- some romantic thoughts toward her, but

7    it wasn't anything I acted upon.

8    Q    Well, if you kissed her, how does that not constitute

9    acting upon how are you defining a romantic relationship?

10   Let's ask that first.

11   A    Sexual relations.

12   Q    Is kissing sexual?

13   A    No.

14   Q    Why not in your mind?

15   A    It doesn't involve the genitalia.

16   Q    Okay.  And was it an ongoing thing between you and her?

17   A    No.  It happened a few times.

18   Q    Okay.  So I want to ask some questions about the --

19   questions about -- you were asked whether those of us --

20   there was a question about those of us being sprayed when

21   the doors opened.  Why phrase it in that fashion?

22   A    It was -- there was never any spray directed at me that

23   I was aware of.

24   Q    I understand that.  Why not say those in the crowd I

25   was with, or why not be more specific and exclude yourself

1   from that?

2   A   I was probably embellishing a little bit trying to make

3   it seem like I was more significant than I was because

4   others in my group had been -- had received some direct

5   spray.  Although they were with me at the time, I just kind

6   of included myself.  It was our group.  When I said us, I

7   meant us.  Even the things that happened to the other

8   people that were not with me at the time, it happened to

9   them, so it happened to us.

10  Q   Did you see yourself as part of something bigger in

11  your political activities, bigger than yourself in your

12  political activities in the year 2020?

13  A   I didn't hear the entire question.

14  Q   Did you see yourself as part of something bigger than

15  you in your political activities in 2020?

16  A   Yeah, everything was bigger than me.

17  Q   When Mr. Hirsch asked, Are you okay, do you think he

18  meant you as an individual or you as a group?

19  A   Group.

20  Q   Were people texting you throughout the day asking about

21  you as an individual or you as a group?

22  A   The messages were directed to me, but I don't think --

23  nothing was -- nothing was specific just to me if they were

24  asking a question.

25  Q   I want to go back to earlier on in the cross here.  You

```
 1    were asked about decertifying and your decertify on your
 2    signage with Mr. -- or Representative Cutler.  Was it your
 3    intent -- and you struggled about whether it was your
 4    intent to decertify the presidential election.  Was that
 5    your intent in what you were asking Cutler to do?
 6    A    No.
 7    Q    What was your intent asking him to decertify?
 8    A    So again, decertify was not a word that I used.  I did
 9    temporarily hold a sign for somebody.  My intent in
10    attending that rally is that he call the House.  As Speaker
11    of the House, he has authority to call them back into
12    session to address the election concerns.
13    Q    All right.  And so in the same context in terms of
14    fraud, did you ever claim that there was fraud in the
15    elections to your knowledge?
16    A    If I did, it would have been just reposting something
17    or repeating something somebody said, but I very much
18    resist the notion that the election was fraudulent or
19    stolen.
20    Q    Okay.  You resist it now or resisted it then or both?
21    A    Both.
22    Q    Okay.  What did you -- so what was your -- so we are
23    clear, what was your big concern about the election?
24    A    That it wasn't reliable, that the audits never took
25    place to find out whether the results were correct or not
```

```
 1    correct.

 2    Q    Did you think it was stolen?

 3    A    No.  I don't know.  I don't know.  I don't -- I very

 4    much have always resisted using words like stolen and

 5    fraud.

 6    Q    So do you make a distinction between fraud versus

 7    vulnerabilities?

 8    A    Yes.

 9    Q    Okay.  You were asked about seeing the police being

10    physically exhausted, but yet you went in, right?

11    A    Yes.

12    Q    Why, if they were exhausted?

13    A    So I actually -- I wasn't actually in a position to see

14    that.  That was an assumption that I made based on the

15    duration of time that they were there.  And I knew things

16    were going on up there, and they would have been --

17    physical action, they would have been resisting the crowd

18    for a substantial amount of time.  I didn't see as much as

19    I left on some of that was --

20    Q    When you say you left on some of that, what are you --

21    being candid, what are you actually saying when you say

22    when I left on, when you --

23    A    What I wrote.

24    Q    Was it accurate?  Was what you wrote to Ester accurate?

25    A    No.  As I sit here today, I didn't observe -- I didn't
```

1    observe what I described then.

2    Q    So why would you say you did?

3    A    It's five days after.  I'm starting to see video of

4    what happened, and I think it's starting to influence what

5    I observed, and I'm trying to reconcile it with what I

6    remember and what I was seeing in video that seemed counter

7    to what I observed.

8    Q    You were starting to talk about the context of that

9    Facebook post or that communication you were having with

10   Ester.  Describe for me what you were responding to and why

11   you were trying to say what you were saying.

12   A    So it could have been one of three specific clips where

13   it was an incomplete clip where the police were backing

14   away from bike racks.  And in seeing a short portion of it,

15   you could say that the police pulled them open.  In full

16   context, I wouldn't agree with that.

17   Q    Based off of what?  You wouldn't agree that based off

18   your own experience at the time or based off what you saw

19   in videos?

20   A    What I was seeing in video.

21   Q    Okay.  So what were you trying to do in having this

22   conversation with Ester?

23   A    I was trying to dispel the notion that people were let

24   in.

25   Q    Okay.  Why?

1    A   I was still struggling with the afterthought of the

2    realization that what happened down there was very bad, and

3    I was trying to reconcile -- I didn't -- I left there

4    thinking that I was part of something big and good.  I

5    mean, it was a lot of people bringing attention to the

6    election issues, and I thought that was good.  I thought it

7    was awesome that 500,000, whatever the number was, people

8    came to D.C.  I thought that was awesome.

9        And then I found out that that event was not good.  But

10   I was still holding on to the idea that some of that

11   happened because it was a battle of wills, if you will,

12   kind of not being let in, being let in, and the crowd

13   ultimately won that battle and got up to the steps.  And

14   that gave me a sense of accomplishment that in retrospect

15   was really misguided.

16   Q   When you are talking about Sandy saying, they're

17   macing, they're macing and you said you didn't think about

18   it I think was what your answer was on cross, if you

19   thought mace was being -- did you think mace was being

20   deployed at all?  I mean --

21   A   I'm not sure if I smelled it or tasted it, but yeah,

22   there was -- so I'm not familiar with mace or pepper spray

23   or I have never been exposed to those things.  I was aware

24   there was a chemical irritant of some sort in the air.

25   Q   If that was being deployed, why would you think it's

1    okay to be in that area?

2    A    I didn't know -- I didn't know who was deploying it,

3    and just because -- just because there are bad actors

4    doesn't mean that the person relinquishes their rights to

5    do something.  Free speech rights are still -- they

6    persist.  Just because there are some people that are

7    acting badly in the area doesn't mean -- to me doesn't mean

8    I have to relinquish my right to free speech and just it's

9    over, it's over, go home, you can't do this anymore because

10   something -- somebody did something bad in that area.

11   Q    And then the last series of questions was they were

12   asking about buying weapons, and your group is fairly

13   hardcore and looking to get involved in scuffles.  What did

14   you mean by that?

15   A    That was in reference to 2020 was a very active year

16   for riots of various nature.  There was a lot of bad things

17   going on.  A lot of it happened in D.C.  There was talk of

18   counter protestors going to be in D.C. for the -- actually

19   all three of the D.C. rallies as I recall.

20       And yeah, it's ironic that I ended up on the other side

21   of it, but I thought if people were going to be in there

22   breaking windows, flipping cars, putting them on fire

23   because of something that was going on there, yeah,

24   ironically, I would have wanted to have been there to,

25   strange as it sounds, to like resist that.

```
1    Q    Did you assault any police officers on that day?

2    A    No.

3    Q    Did you strike anyone on that day?

4    A    No.

5    Q    Was it your intent to do so?

6    A    No.

7         MR. CRISP:  Your Honor, I have nothing additional.

8    Thank you.

9         THE COURT:  Thank you.  You may step down,

10   Mr. Nester.

11        Mr. Crisp, do you have any additional evidence or

12   witnesses you intent to offer?

13        MR. CRISP:  No, Your Honor.

14        THE COURT:  Does the defense rest?

15        MR. CRISP:  Yes, Your Honor.

16        THE COURT:  Does the government have a rebuttal

17   case?

18        Do you have a motion, Mr. Crisp?

19        MR. CRISP:  Shall I make it now, or do you want me

20   to wait?

21        (The following was heard sidebar.)

22        THE COURT:  I believe it's customary to make the

23   motion at the end of the government's case and once again

24   at the end of the defense case.

25        MR. CRISP:  I meant did you want me to make it in
```

```
1     front of the jury.

2              THE COURT:  No.

3              MR. CRISP:  That's why I was asking.

4              THE COURT:  If you have a long argument, I will

5     excuse them now.  If you want to make a motion to submit, I

6     can rule on it right now.

7              MR. CRISP:  My intent was to make an oral motion.  I

8     can submit it.  It depends --

9              THE COURT:  You can do it orally if it's not going

10    to be a long argument.  If you want to just move for

11    judgment of acquittal and submit it, I'll rule on it here.

12    If you want to be heard further, make particular specific

13    arguments, I will excuse the jury.

14             Mr. Morgan, do you have a rebuttal case?

15             MR. MORGAN:  No, we don't, Your Honor.

16             THE COURT:  All right.  I can excuse the jury now.

17    We can discuss whatever we need to discuss.  All right.

18             MR. CRISP:  Thank you.

19             (The following was heard in open court.)

20             THE COURT:  Mr. Morgan, does the government intend

21    to offer any rebuttal evidence?

22             MR. MORGAN:  No, Your Honor.

23             THE COURT:  All right.  So the evidence is now

24    closed.  All that stands between you and your deliberations

25    are closing arguments and my final instructions to you.
```

1        And it is 4:15, so we can't get all of that done.  And it's

2        been a long day.  So I am going to release you now to go

3        home for the day.  And we will start tomorrow morning with

4        closing arguments and then final instructions, and then you

5        will have the case to begin your deliberations.

6            You will have the case to begin deliberations before

7        lunch.  Because you will be deliberating, you will have

8        lunch brought to you.  And so I am going to excuse you for

9        the day.  Thank you for your very close attention.

10           A JUROR:  What time tomorrow?

11           THE COURT:  Thank you for asking because it's not at

12       9:30.  10:00.  Bright and early, 10:00 tomorrow.  So you

13       will get extra long sleep.  See you tomorrow.  Have a good

14       evening.

15           (The jury exited the courtroom at 4:19 p.m.)

16           THE COURT:  All right.  Mr. Crisp, do you have a

17       motion?

18           MR. CRISP:  Yes, Your Honor.  Pursuant to Rule 29, I

19       have a motion for judgment of acquittal.  I don't have a

20       specific argument that I will emphasize, but I will rest on

21       the motion.

22           THE COURT:  Thank you.

23           I believe there is sufficient evidence in the record

24       for a reasonable jury to find beyond a reasonable doubt

25       each and every element of the four offenses with which

```
 1      Mr. Nester is charged, and therefore, I will deny the
 2      motion for judgment of acquittal.
 3           With regard to the defense theory, I got it, and the
 4      first part is fine.  We're right up to and how the protests
 5      were conducted with one change.  I would put, It is the
 6      defense's theory of the case that Mr. Nester.
 7           MR. CRISP:  Understood.
 8           THE COURT:  Okay.  The rest, this is not an
 9      affirmative defense and it's not the burden of any
10      defendant, that's not an appropriate defense theory.
11      That's an instruction on the law, and that is covered by my
12      instruction on the presumption of innocence and the
13      government's burden of proof.
14           So I don't think that needs to be -- I think that's
15      unnecessary and unduly confusing.  And it is not
16      appropriate for a defense theory of the case.  So I will
17      give you the first part right up to and how the protests
18      were conducted.
19           Do you want to be heard on that?
20           MS. BOYLES:  Your Honor, I'm only hesitating because
21      of the inclusion of his reasonable but mistaken belief.  I
22      just have a concern that suggesting from the bench that it
23      was a reasonable belief --
24           THE COURT:  That's always a problem with the defense
25      theory.  It's coming from me, but it's the defense theory,
```

```
 1    and they are entitled to it.  So I'm going to give that.
 2          MS. BOYLES:  Thank you, Your Honor.
 3          THE COURT:  There's no reasonable element in the
 4    specific offense instructions.  You can certainly talk
 5    about that in your closing arguments.
 6          And again, I do not like to interrupt closing
 7    arguments.  I really don't.  But I will if anybody strays
 8    into my territory, which is tinkering around and messing
 9    around or paraphrasing with reasonable doubt or any of the
10    instructions of law.  You can read from them; although, I
11    always wonder why lawyers want to waste their time reading
12    from my instructions when the jury is going to hear them
13    from me, but that's a strategic decision.  But be careful,
14    you start paraphrasing and putting legal instructions into
15    your own words, because I will stop you for that.  And I
16    generally don't have to, so I am sure the parties --
17          MR. CRISP:  Your Honor, may I ask a quick question
18    about-
19          THE COURT:  Yes.
20          MR. CRISP:  It is generally my practice to talk
21    about how to evaluate reasonable doubt in terms of
22    analogies.  Is that something that you would object to?
23          THE COURT:  Like what?
24          MR. CRISP:  You can view reasonable doubt in the
25    context of buying a car or something like that.
```

```
 1              THE COURT:  Yes, that's fine.  That's not uncommon.
 2     That's fine.
 3              MR. CRISP:  All right.
 4              THE COURT:  As I said before, I am not going to give
 5     the Third Circuit requested instruction.  I am going to
 6     continue with the one we have for -- I am trying to
 7     remember which offense that is.  Hold on.  Proof of state
 8     of mind.  I'm going to give the proof of state of mind, my
 9     proof of state of mind instruction.
10              Now, with regard to mistake of fact instruction, I
11     believe, first of all -- and the comments in the Redbook
12     talk about they don't recommend a mistake of fact
13     instruction.  They believe that's usually covered in the
14     defense theory instruction, which it is, and it is covered
15     in the state of mind instruction.
16              Now, with regard to the specific offense, are you
17     requesting the -- are you requesting, Mr. Crisp, the last
18     sentence?  So where my instruction goes is specific offense
19     instructions, No. 1, entering or remaining in a restricted
20     building in violation -- the last sentence is a person --
21     in deciding whether defendant acted knowingly, you may
22     consider all of the evidence including what the defendant
23     did, said, or perceived.
24              I'm not going to give the mistake of fact
25     instruction, but I can give one sentence with regard to a
```

 1   person who enters or remains in a restricted area with a

 2   good faith belief that they are entering or remaining with

 3   lawful authority.

 4        MR. CRISP:  Yes, Your Honor, that would be my

 5   request.  Thank you.

 6        THE COURT:  Do you have any objection to that?

 7   Judge Boasberg gave it in, I think, Carpenter.

 8        MS. BOYLES:  Your Honor, yes, we would object based

 9   on -- I think the instructions that we have used have been

10   used in a vast majority of these cases.  So I would rely on

11   the majority use of the instructions as written.  So we

12   would object to that.

13        THE COURT:  All right.  I've always given this

14   version.  I guess what I want to know is do you believe

15   that's an erroneous statement of the law?

16        MS. BOYLES:  I'm sorry.  Could you repeat that again

17   and where you are reading from, Your Honor?

18        THE COURT:  It says, and I am willing to modify it,

19   the sentence I am considering is a person who enters or

20   remains in a restricted area with a good faith belief that

21   he is entering or remaining with lawful authority is not

22   guilty of this crime.

23        And I would change the language because I think

24   that's -- that's actually not appropriate.  I would say --

25        MS. BOYLES:  Your Honor, I apologize for

1    interrupting, but are you reading from the email that came

2    in at 4:02?

3        THE COURT:  No.  I'm just reading from an

4    instruction that I have that Judge Boasberg gave.  It's not

5    from any of the emails.

6        MS. BOYLES:  Okay.  Could you repeat it, please.

7        THE COURT:  A person who enters or remains in a

8    restricted area with a good faith belief that he -- well,

9    it says she, but in my case it would be he is entering or

10   remaining with lawful authority is not guilty of this

11   crime.  The case is 21-CR-305.  I think it's Carpenter by

12   Judge Boasberg.

13       I would not give that particular language because I

14   don't believe in saying in any event somebody is guilty or

15   is not guilty.  I would say if you find that Mr. Nester

16   entered or remained in a restricted area with a good faith

17   belief that he was entering or remaining with lawful

18   authority, you may find him not guilty.  And that is only

19   with regard to Count 1.

20       MS. BOYLES:  Your Honor, I do think that that's

21   redundant to the element that we have to prove that he did

22   so knowingly.  And so I am concerned that that does suggest

23   an additional element beyond the knowingly requirement

24   that's already there.

25       THE COURT:  Well, are you saying that that's not the

```
 1    law, a person is able to show that a good faith belief that
 2    they are entering or remaining with lawful authority is not
 3    a defense?  Because I have an instruction on intent and
 4    proof of state of mind.  So you certainly -- you know,
 5    those certainly address those issues.
 6              MS. BOYLES:  Yes, Your Honor.
 7              THE COURT:  I know you don't like it, but I'm asking
 8    whether you think it's true.
 9              MS. BOYLES:  I think it is probably true, but as
10    we -- as I stand here right now, I am worried that there is
11    some daylight between whether you are knowingly doing
12    something versus you have a good faith --
13              THE COURT:  Do you want a definition for good faith?
14    Actually, I think I might -- hold on.  Because there's a
15    definition here for knowingly.  Hold on.  In the
16    definitions terms on page 14, it says, A person acts
17    willfully if he acts with the intent to do something that
18    the law forbids, that is, to disobey or disregard the law.
19    While the government must show that a defendant knew that
20    the conduct was unlawful, the government does not need to
21    prove that the defendant was aware of the specific law that
22    his conduct violated.
23              MS. BOYLES:  Yes, Your Honor, but that's under the
24    definitional section for the 5104 offenses, not the 1752,
25    which is different.  We have not used a willful instruction
```

```
1    for the 1752s.
2         THE COURT:  For 1752(a)(1), it says, A person acts
3    knowingly if he realizes what he is doing and is aware of
4    the nature of his conduct and does not act through
5    ignorance, mistake, or accident.  In deciding whether the
6    defendant acted knowingly, you may consider all of the
7    evidence including what the defendant did, said, or
8    perceived.  And that's where I would add, if you find -- I
9    can --
10        MR. CRISP:  Your Honor, I think that's a correct
11   definitional -- I mean, what I was trying to do with the
12   earlier 501 instruction that I sent the Court was to give a
13   bit more clarity.  And I think the instruction you are
14   proposing does that.  So because it does encompass the idea
15   of ignorance, mistake, or accident, it further defines that
16   is so they understand what that is.  So I think it's not
17   going to cause confusion.  It's going to be better for the
18   jury to understand it.
19        THE COURT:  I would probably say a person does not
20   act knowingly if they act with a good faith belief that
21   they are entering or remaining with lawful authority.
22        MS. BOYLES:  Your Honor, I am concerned.  If we are
23   going to go down this route, I would like to consider a
24   willful blindness instruction based on the testimony today.
25        THE COURT:  I am going to let you guys propose
```

1    alternate language.  I will give you overnight.  Because we

2    are starting at 10:00, if you can send it to me tonight or

3    the first thing tomorrow before we come in.

4            MS. BOYLES:  Yes, Your Honor.  Thank you.

5            THE COURT:  I realize this is kind of last minute,

6    and we have had these instructions for a while, and your

7    instructions were due a long time ago.  And the reason I

8    asked for instructions before the last day of trial is so

9    we don't have to be doing this, but such is the nature of

10   trials.  So if you would all propose alternate language --

11   I can tell you, Mr. Crisp, I am not going to give it the

12   way in that last sentence in Carpenter.  I don't think

13   that's actually correct.  I think that language is

14   unduly -- well, I don't think it's appropriate.  I don't

15   say is no guilty or is guilty in any other instruction.  I

16   don't think that emphasis is appropriate in that

17   instruction either.

18           MR. CRISP:  Did you email that to us, Your Honor?

19           THE COURT:  Yes, I will.  Ms. Walker will do that.

20           MR. CRISP:  If you could, I would appreciate that.

21   Thank you.

22           THE COURT:  Okay.  Anything else?

23           MS. BOYLES:  Not from the government, Your Honor.

24   Thank you.

25           THE COURT:  All right.  10:00 tomorrow.  Thank you.

1           (The trial adjourned at 4:33 p.m.)

2                       –  –  –

C E R T I F I C A T E

  I hereby certify that the foregoing is an accurate

transcription of the proceedings in the above-entitled

matter.


3/18/24     s/ Tammy Nestor
        Tammy Nestor, RMR, CRR
        Official Court Reporter
        333 Constitution Avenue NW
        Washington, D.C. 20001
        tammy_nestor@dcd.uscourts.gov

A JUROR: [1] 107/10
MR. CRISP: [62] 3/6
3/13 3/16 4/4 4/14
4/25 5/2 13/15 16/6
16/12 25/8 27/21
28/15 28/23 29/1
34/24 40/15 40/19
40/21 40/24 42/5
42/10 44/17 48/7 49/6
50/17 51/4 51/10 52/4
52/7 53/1 53/8 53/21
53/24 56/3 56/11
56/14 57/15 57/18
63/20 92/3 93/1 93/8
97/12 105/7 105/13
105/15 105/19 105/25
106/3 106/7 106/18
107/18 108/7 109/17
109/20 109/24 110/3
111/4 114/10 115/18
115/20
MR. MORGAN: [24]
25/10 27/24 28/17
42/7 49/10 49/13
57/23 58/17 66/20
67/22 78/1 80/14 81/6
81/8 84/7 88/16 88/19
88/22 91/9 91/12 94/1
97/9 106/15 106/22
MS. BOYLES: [19]
52/11 53/17 54/21
55/22 56/17 93/11
108/20 109/2 111/8
111/16 111/25 112/6
112/20 113/6 113/9
113/23 114/22 115/4
115/23
THE COURT: [106]
3/3 3/10 3/14 3/18 4/5
4/7 4/9 4/16 4/23 5/1
13/14 15/22 15/25
16/9 16/11 17/25 18/3
25/11 27/25 28/18
28/22 28/25 29/2
42/8 44/3 44/5 44/20
49/8 49/12 49/14
49/17 50/19 51/8
51/11 52/6 52/10
52/19 53/2 53/11
53/18 53/23 55/6 56/1
56/9 56/13 56/15
56/23 57/17 57/19
57/21 58/18 63/22
66/18 69/13 80/15
87/1 88/18 88/21
88/23 91/11 92/2 92/7
93/6 93/10 93/21
96/21 97/10 97/16
105/9 105/14 105/16
105/22 106/2 106/4
106/9 106/16 106/20
106/23 107/11 107/16
107/22 108/8 108/24
109/3 109/19 109/23
110/1 110/4 111/6
111/13 111/18 112/3
112/7 112/25 113/7

114/25 115/5 115/19
115/22 115/25
THE COURTROOM
DEPUTY: [5] 4/6 4/17
4/22 44/19 80/16
THE WITNESS: [6]
18/2 44/1 44/7 44/21
88/17 96/23

'

'22 [1] 64/23

1

10 [1] 81/2
10:00 [2] 107/12 115/2
10:00 a.m [1] 21/2
10:00 or [1] 21/2
10:00 tomorrow [2]
107/12 115/25
11:30 [1] 22/7
11:40 [2] 22/7 22/23
12 [2] 16/20 17/10
120 [1] 10/19
12:17 [1] 3/2
14 [2] 16/21 113/16
15 feet [1] 81/2
16 [1] 53/11
170 [1] 10/19
17110 [1] 1/17
1752 [2] 113/24 114/2
1752s [1] 114/1
1:00 [1] 29/13
1:00 and [1] 29/23
1:28 [1] 4/8

2

20001 [2] 1/21 117/9
20004 [1] 1/13
2015 [1] 5/24
2020 [30] 6/7 6/25 7/7
8/22 8/24 9/9 9/9
13/25 14/11 14/24
15/12 16/16 17/16
17/17 18/19 18/23
65/24 65/25 66/11
66/12 69/19 70/11
93/12 93/15 94/15
94/18 95/2 99/12
99/15 104/15
2021 [3] 66/23 68/11
86/7
2022 [1] 23/20
2024 [1] 1/5
21-CR-305 [1] 112/11
21-CR-619 [1] 55/25
22-00183-2 [1] 1/3
22-38 [1] 49/25
24 [2] 95/2 117/7
24th [1] 93/15
25 [1] 30/23
250 [1] 29/10
29 [1] 107/18
2:35 [2] 49/16 51/16
2:39 [1] 52/5
2:50, 2:51 [1] 95/24
2:51 [3] 95/24 95/25
96/2
2:57 [1] 57/20

3/18/24 [1] 117/7
30 [4] 6/5 21/11 21/11
43/10
30 feet [1] 30/23
300 feet [1] 29/10
305 [1] 112/11
333 [2] 1/21 117/8
38 [1] 49/25
3:00 [1] 29/23
3:00 p.m [1] 95/23
3:18 p.m [1] 97/5
3:53 [1] 86/16
3:55 [2] 86/8 86/16
3:55 p.m [1] 83/24

4

40 [3] 21/11 34/8
46/11
4031 [1] 1/16
45 [6] 20/21 21/11
23/14 43/10 46/15
96/4
4:02 [1] 112/2
4:15 [1] 107/1
4:19 [1] 107/15
4:33 [1] 116/1

5

5-foot [1] 30/11
50 percent [1] 11/2
500,000 [1] 103/7
501 [1] 114/12
5104 [1] 113/24
57 [1] 5/11

6

601 [3] 1/13 36/10
36/16
619 [1] 55/25
6th [8] 28/12 37/1
37/15 47/6 47/7 61/3
61/8 69/12

7

7th [1] 17/18

8

8-ball [1] 12/18
804.3 [1] 78/1

9

907 [1] 88/20
9:00 a.m [1] 20/15
9:30 [1] 107/12

A

a.m [2] 20/15 21/2
able [10] 11/9 20/18
24/17 25/1 41/3 42/24
44/15 71/11 82/6
113/1
about [107] 3/18 6/5
6/6 6/24 7/23 8/7
12/11 14/2 14/23
14/25 15/19 16/19
17/8 17/10 17/15 18/5
18/8 19/1 19/7 19/11
20/13 20/15 22/23

25/25 29/8 30/21 31/3
34/2 34/11 36/13
37/16 38/2 38/5 38/9
40/4 40/5 43/17 43/18
44/25 45/1 45/12
45/17 46/21 46/23
47/1 48/9 48/20 51/12
51/12 51/14 53/3 54/1
54/13 54/14 55/1 56/4
58/21 59/12 59/20
60/13 60/14 60/15
62/18 68/22 68/24
69/5 70/13 70/16
70/17 70/24 71/1 71/9
72/25 77/25 78/6 80/6
80/7 80/23 81/1 81/2
82/2 82/4 84/16 85/18
86/2 86/4 93/1 97/21
98/18 98/19 98/20
99/20 100/1 100/3
100/23 101/9 102/8
103/16 103/17 104/12
109/5 109/18 109/21
110/12
above [1] 117/3
above-entitled [1]
117/3
acceptable [1] 51/3
access [5] 31/19 34/17
46/20 48/11 48/21
accident [2] 114/5
114/15
accomplishment [1]
103/14
according [2] 35/21
53/11
account [5] 87/20
87/23 88/2 88/3 88/10
accurate [9] 24/14
25/15 28/11 47/4 54/8
57/3 101/24 101/24
117/2
accurately [5] 25/18
28/8 41/24 42/2 54/24
acquittal [3] 106/11
107/19 108/2
across [5] 24/8 26/22
39/4 45/8 45/18
act [3] 114/4 114/20
114/20
acted [3] 98/7 110/21
114/6
acting [2] 98/9 104/7
action [2] 87/24 101/17
active [4] 7/1 60/17
63/14 104/15
actively [1] 7/12
activism [1] 63/4
activities [3] 99/11
99/12 99/15
actors [1] 104/3
acts [4] 54/12 113/16
113/17 114/2
actual [2] 72/18 116/1
actually [17] 25/4 49/3
53/19 54/22 67/4 82/6
84/18 89/13 90/11
90/12 101/13 101/13

104/18 111/24
113/14 115/13
add [1] 114/8
addition [4] 92/14
additional [6] 35/4 35/6
49/6 105/7 105/11
112/23
address [3] 14/8
100/12 113/5
addressed [1] 18/11
adjourned [1] 116/1
administer [1] 50/24
admission [6] 25/9
27/23 28/16 42/6
88/21 88/22
admit [1] 62/19
admitted [4] 25/11
27/25 28/18 42/8
advocate [2] 14/17
14/20
advocated [1] 14/21
affect [2] 6/19 6/21
affected [1] 85/12
affiliation [1] 10/4
affirmative [1] 108/9
afraid [2] 46/3 46/6
after [26] 7/20 9/14
13/5 14/24 15/11
20/22 25/25 26/21
33/4 45/1 45/23 49/20
51/13 58/4 58/11 59/1
68/16 75/19 84/13
84/22 90/5 90/7 90/9
90/13 90/13 102/3
afternoon [2] 4/2 4/9
afterthought [1] 103/1
again [12] 4/9 28/4
32/16 43/13 47/19
49/17 60/25 78/15
100/8 105/23 109/6
111/16
against [1] 74/12
ago [6] 49/18 49/18
51/2 51/9 74/18 115/7
agree [5] 39/11 55/6
69/23 70/19 92/7
102/16 102/17
agreed [3] 70/6 70/21
86/7
ahead [4] 31/1 38/21
39/21 83/2
air [2] 73/19 103/24
alarm [3] 73/9 73/10
73/12
alarms [1] 74/8
alcove [1] 44/14
alert [3] 45/8 45/12
45/18
all [52] 3/4 4/5 4/16
4/23 6/14 8/24 10/3
10/7 15/4 17/22 20/25
21/9 23/11 29/14 30/9
32/7 41/3 44/20 45/13
49/5 49/8 50/10 56/1
56/13 57/17 65/14
68/9 78/13 78/17
80/15 88/8 91/18
93/13 93/13 93/21
93/21 100/13 103/20

**A**

all... [14] 104/19 106/16 106/17 106/23 106/24 107/1 107/16 110/3 110/11 110/22 111/13 114/6 115/10 115/25
allegations [1] 69/1
alleged [2] 66/2 70/8
allow [2] 63/22 92/16
allowable [1] 67/19
allowed [5] 31/10 33/19 75/7 92/21 92/22
almost [5] 15/15 20/21 91/12 91/19 92/12
alone [1] 49/22
along [4] 45/16 62/12 89/15 92/11
alphabet [1] 11/8
already [6] 14/1 62/17 68/15 81/14 86/8 112/24
also [32] 3/8 9/4 11/17 13/11 28/3 28/11 29/1 40/18 52/16 52/21 53/13 54/7 56/6 61/4 63/3 63/11 63/18 64/5 64/17 65/4 65/22 66/4 71/14 73/2 74/15 75/16 76/16 84/10 93/18 94/24 96/10 96/12
alt [1] 25/6
alternate [3] 66/8 115/1 115/10
although [4] 19/9 53/5 99/5 109/10
always [4] 101/4 108/24 109/11 111/13
am [33] 16/6 24/2 27/8 40/15 40/24 41/2 41/4 44/17 49/21 51/22 53/21 55/17 56/24 57/1 63/4 66/24 70/1 78/8 81/24 85/20 107/2 107/8 109/16 110/4 110/5 110/6 111/18 111/19 112/22 113/10 114/22 114/25 115/11
AMERICA [3] 1/2 17/3 60/25
among [1] 63/8
amorous [1] 92/5
amount [2] 39/6 101/18
analogies [1] 109/22
angle [1] 38/10
animation [1] 41/18
animations [1] 41/17
announcement [1] 88/6
announcing [2] 45/8 88/6
another [8] 20/3 32/24 40/16 43/25 83/10 84/23 96/3 97/24
answer [3] 53/21 94/9 103/18

any [42] 4/12 7/8 7/15 7/21 9/10 14/11 14/14 15/11 21/21 23/24 39/25 40/3 40/4 43/23 53/25 55/9 55/21 56/1 66/9 69/11 72/7 73/11 78/24 79/12 82/6 83/10 83/16 89/21 89/22 94/12 96/20 97/9 98/22 105/1 105/11 106/21 106/1 108/9 109/9 111/6 112/5 112/14 115/15
anybody [5] 13/6 13/17 17/8 19/15 109/7
anymore [1] 104/9
anyone [1] 105/3
anything [18] 9/6 12/11 14/2 14/8 14/14 14/20 15/8 15/9 22/13 33/23 35/3 39/19 39/22 52/1 55/21 93/1 98/7 115/22
anytime [1] 14/7
apologize [2] 44/21 111/25
appear [1] 32/8
APPEARANCES [1] 1/10
appeared [2] 82/22 89/17
appears [1] 55/11
Appellate [1] 57/4
applied [1] 55/8
apply [1] 50/10
appoint [1] 69/22
appointed [1] 65/2
appointment [2] 72/4 79/9
appreciate [1] 115/20
approach [2] 58/17 88/16
approached [1] 60/7
appropriate [7] 8/12 55/13 108/10 108/16 111/24 115/14 115/16
approve [1] 35/8
approximately [2] 5/10 59/2
April [4] 6/25 7/7 8/24 9/9
April 2020 [1] 9/9
archery [2] 5/17 5/22 5/16 10/3 10/17 11/13 11/13 11/15 11/17 11/21 12/3 12/24 16/3 25/23 30/10 30/12 31/10 33/7 39/2 41/3 43/11 43/13 43/22 44/23 45/2 47/8 48/16 50/15 51/2 51/5 51/6 51/10 51/16 52/2 54/10 54/14 54/19 55/1 57/4 57/10 63/8 63/19 64/24 66/22 80/22 81/2 81/24 85/18 86/1 86/4 86/9

91/4 91/6 91/7 91/12 92/4 93/19 94/11 94/20 97/5 98/9 99/17 100/22 101/20 101/21 103/16 104/3 104/5 104/6 104/6 106/25 109/1 110/16 110/17 111/2 111/17 112/1 112/25 113/2 113/11 114/13 114/21 114/22 115/2
area [40] 21/10 21/12 21/14 22/1 26/10 26/13 26/14 26/24 27/5 29/4 30/16 31/9 32/5 33/4 33/24 35/11 39/13 43/24 43/25 44/7 44/14 44/23 44/25 45/6 46/10 48/23 48/24 78/7 78/8 80/9 85/11 85/11 86/25 104/1 104/7 104/10 111/1 111/20 112/8 112/16
areas [3] 41/20 48/15 48/21
argument [5] 50/6 79/14 106/4 106/10 107/20
arguments [5] 106/13 106/25 107/4 109/5 109/7
arise [1] 3/21
around [18] 22/1 22/11 26/13 26/23 29/13 40/7 45/5 60/17 60/21 63/3 63/25 73/3 78/11 84/6 85/15 95/23 109/8 109/9
arrive [1] 54/11
arrived [8] 20/13 21/5 22/4 26/24 28/21 29/4 29/9 29/12
arrows [1] 5/19
as [68] 4/21 5/19 8/9 8/14 8/14 9/14 9/18 11/4 11/5 12/12 12/12 14/20 17/11 19/9 22/11 23/18 24/3 25/9 27/9 28/16 31/8 32/4 32/17 33/22 35/7 37/4 39/10 40/25 41/12 42/25 45/15 50/12 51/4 51/16 54/2 54/2 55/3 56/10 60/24 62/19 63/17 64/12 67/25 68/19 76/22 78/15 82/18 85/21 87/5 88/20 92/10 99/10 99/14 99/18 99/18 99/21 100/10 101/18 101/18 101/25 104/19 104/25 110/4 111/11 113/9 113/10
aside [4] 6/22 14/1 69/16 88/25
ask [16] 3/8 13/14

51/14 56/9 59/11 68/14 77/24 80/5 87/17 88/13 98/10 98/18 109/17
asked [17] 3/19 16/2 45/22 51/1 51/8 53/18 60/15 91/14 91/15 93/1 94/5 95/21 98/19 99/17 100/1 101/9 115/8
asking [10] 36/13 52/14 99/20 99/24 100/5 100/7 104/12 106/3 107/11 113/7
assault [1] 105/1
assemble [1] 5/21
assembled [1] 79/17
assertion [1] 98/1
assess [1] 55/16
assist [1] 55/10
Associated [1] 66/11
Associates [1] 1/16
assume [2] 50/23 83/10
assumed [3] 15/7 33/19 36/7
assumption [1] 101/14
assures [1] 11/12
attempt [1] 75/21
attempting [1] 32/8
attend [7] 7/6 8/25 15/11 16/20 20/2 20/11 82/15
attendance [3] 16/2 16/4 48/9
attended [6] 7/7 17/11 60/20 61/4 61/13 66/25
attendees [1] 87/25
attending [4] 13/10 17/7 47/8 100/10
attention [2] 103/5 107/9
attorney [1] 70/10
Attorney's [1] 1/12
audits [1] 100/24
authority [7] 100/11 111/3 111/21 112/10 112/18 113/2 114/21
authorized [4] 33/18 46/16 50/2 50/7
available [1] 20/4
Avenue [4] 1/21 23/17 26/19 117/8
aware [34] 7/5 12/24 13/2 13/9 13/13 16/6 17/4 19/22 19/25 20/6 31/1 34/9 34/13 35/4 37/6 39/7 39/16 40/8 47/5 47/9 48/4 48/10 66/22 68/19 69/1 83/17 85/11 86/25 88/2 92/3 98/23 103/23 113/21 114/3
awareness [3] 14/2 19/15 48/14
away [7] 26/1 29/8 30/21 36/25 80/11

awesome [2] 103/7 103/8

**B**

back [41] 31/13 31/17 32/4 33/23 36/25 39/5 40/7 42/10 43/5 43/21 44/23 45/5 46/3 46/3 46/6 46/8 47/19 53/7 60/13 63/25 64/4 64/23 65/24 65/24 67/11 67/21 76/9 77/13 77/18 77/23 78/4 84/9 86/6 86/14 86/18 91/13 96/19 96/20 97/6 99/25 100/11
background [2] 5/12 60/14
backing [1] 102/13
backward [1] 39/8
bad [4] 103/2 104/3 104/10 104/16
badly [2] 75/25 104/7
bag [1] 39/3
ball [2] 12/18 33/23
ballot [3] 8/13 11/15 12/20
balloting [1] 12/17
ballots [4] 10/5 12/11 12/18 13/23
barricade [1] 81/10
barricades [17] 26/25 30/7 30/15 30/15 30/16 30/17 30/18 30/22 30/25 37/25 65/15 67/14 79/22 79/23 80/2 80/4 82/15
based [13] 3/17 32/7 41/11 52/13 56/18 67/2 79/14 101/14 102/17 102/17 102/18 111/8 114/24
basically [2] 54/13 87/7
battle [2] 103/11 103/13
Bauer [2] 96/25 97/5
be [84] 3/7 4/22 8/2 14/5 15/5 19/23 20/7 23/2 24/8 25/11 25/20 25/25 26/14 26/15 26/20 27/25 28/18 29/17 29/21 32/8 32/18 33/1 33/2 33/8 33/18 33/19 36/7 37/6 38/8 40/6 41/13 42/8 44/16 46/16 47/5 47/16 50/2 51/6 51/17 51/19 52/8 52/14 52/17 54/2 54/16 56/21 65/10 65/17 65/19 66/4 67/2 67/19 71/7 71/25 72/3 75/17 78/7 78/13 78/15 78/20 79/2 82/6 82/18 82/22 83/2 88/8 89/16 92/11 97/25 98/25 104/1 104/18 104/21 106/10 106/12 107/7

**B**

be... [7] 108/14 108/19
109/13 111/4 112/9
114/17 115/9
became [3] 13/9 37/6
39/16
because [40] 9/18
18/25 35/19 45/9 52/8
56/11 56/19 57/5
59/21 60/15 65/7
68/13 70/16 72/23
75/8 76/7 78/6 84/16
84/21 91/16 92/25
93/3 93/11 99/3
103/11 104/3 104/3
104/6 104/9 104/23
107/7 107/11 108/20
109/15 111/23 112/13
113/3 113/14 114/14
115/1
become [7] 7/5 17/4
19/22 19/25 34/9 40/8
47/5
been [31] 3/20 4/20
5/23 5/24 7/18 18/11
19/2 19/8 19/9 23/21
24/2 27/8 50/23 55/20
56/22 62/21 62/23
67/25 90/2 90/4 90/14
98/4 99/4 100/16
101/16 101/17 102/12
103/23 104/24 107/2
111/9
before [28] 1/8 18/10
21/2 21/3 26/5 30/15
30/17 30/18 46/11
49/11 51/13 55/21
55/25 57/14 61/8
61/13 71/10 71/10
71/14 80/1 81/1 86/15
88/12 89/9 107/6
110/4 115/3 115/8
beforehand [1] 20/9
began [1] 11/7
begin [2] 107/5 107/6
beginning [3] 54/3
60/14 94/4
behind [1] 12/17
being [25] 3/19 6/22
9/23 19/1 20/6 29/14
31/4 34/3 34/22 67/20
70/13 71/6 77/9 81/16
85/18 93/19 95/3
98/20 101/9 101/21
103/12 103/12 103/19
103/19 103/25
belief [10] 50/1 67/16
108/21 108/23 111/2
111/20 112/8 112/17
113/1 114/20
believe [27] 8/25 13/11
18/7 25/6 29/25 29/25
30/1 35/24 41/19 45/7
52/24 53/3 56/14
58/14 70/25 82/24
90/8 95/13 95/21
95/24 95/25 105/22
107/23 110/11 110/13
111/14 112/14

below [1] 44/11
bench [2] 49/21 108/22
besides [1] 17/18
best [1] 38/21
better [2] 44/16 114/17
between [11] 8/24
29/23 39/7 68/23
68/23 74/21 81/18
98/16 101/6 106/24
113/11
beyond [2] 107/24
112/23
Biden [1] 69/25
big [4] 65/4 65/24
100/23 103/4
bigger [4] 99/10 99/11
99/14 99/16
bike [16] 26/25 27/6
29/8 31/13 31/15
31/17 32/4 32/10
33/20 60/7 80/6 80/12
80/12 81/10 82/8
102/14
bit [14] 6/6 9/5 12/17
18/1 32/5 43/16 45/24
54/18 54/19 59/12
60/13 71/9 99/2
114/13
blindness [1] 114/24
blocking [3] 33/20 36/4
36/5
blowing [1] 16/3
board [1] 65/2
Boasberg [3] 111/7
112/4 112/12
Bob [8] 83/19 83/21
83/24 84/5 84/9 86/7
86/16 96/6
body [2] 19/21 39/3
bona [1] 50/1
bona fide [1] 50/1
book [2] 8/11 10/1
10/2 10/4 10/23 11/6
11/14 11/23 12/8 12/9
12/9 13/1
books [5] 9/24 10/23
11/9 13/22 19/8
boots [1] 88/8
border [1] 10/14
both [6] 61/21 91/4
91/6 91/7 100/20
100/21
bottom [3] 25/14 32/15
58/22
bought [2] 71/14 71/17
Bowhunters [1] 5/18
bows [1] 5/19
Boyles [2] 1/11 53/13
breach [1] 81/1
breached [3] 80/2 85/3
85/24
break [4] 3/11 49/14
49/21 71/25
breaking [1] 104/22
Brian [1] 1/11
Bright [1] 107/12
bring [2] 13/20 71/11

broken [2] 73/14 74/9
bronze [1] 79/5
brother [1] 40/11
brought [1] 107/8
brushed [1] 89/25
Bryan [1] 62/2
building [32] 35/14
35/16 35/20 35/21
35/25 37/22 37/23
40/5 41/7 48/16 58/12
60/2 60/3 68/3 68/8
72/3 72/4 73/1 77/3
77/4 78/18 78/24
79/19 79/24 80/10
87/4 89/2 89/9 90/3
90/24 91/2 110/20
burden [2] 108/9
108/13
burn [1] 85/13
business [4] 6/1 6/16
9/4 72/7
businesses [1] 6/15
buying [2] 104/12
109/25

**C**

call [6] 72/17 72/19
87/23 91/9 100/10
100/11
called [3] 8/10 61/10
63/6
calls [1] 4/14
came [21] 11/7 30/15
39/4 40/2 43/16 45/1
45/5 45/8 45/15 45/18
47/16 58/4 59/2 59/13
60/7 65/7 65/11 89/17
90/13 103/8 112/1
camera [1] 45/5
campaign [1] 21/23
can [45] 4/22 13/17
15/22 16/5 39/1 43/16
43/25 44/2 44/5 44/6
51/7 53/7 54/2 54/6
55/2 57/11 58/8 63/22
64/4 66/17 67/18
67/25 72/25 73/25
74/1 78/3 78/3 80/23
80/24 81/8 91/9 93/23
93/23 106/6 106/8
106/9 106/16 106/17
109/4 109/10 109/24
110/25 114/9 115/2
115/11
can't [5] 51/20 54/16
97/6 104/9 107/1
candid [1] 101/21
candidate [1] 7/13
candidates [2] 14/17
63/12
candy [1] 93/20 95/3
cane [6] 92/10 92/19
92/20 93/1 93/20 95/3
cannot [1] 50/24
Capitol [73] 22/21
22/24 23/4 23/5 23/8
23/8 23/9 23/13 26/6
29/18 29/21 32/21
32/25 36/1 38/7 38/8

41/20 42/3 46/19
46/19 47/6 48/10
48/12 48/15 48/16
48/18 48/24 49/2 49/3
49/4 58/4 58/11 58/12
59/2 59/3 59/5 59/7
59/9 59/25 60/2 60/3
60/8 60/11 61/8 67/4
67/7 67/12 68/7 72/3
73/1 78/18 78/24 79/6
79/7 79/19 79/24
80/10 82/14 84/17
86/9 87/4 89/1 89/8
89/18 90/3 90/11
90/24 91/2 91/18
Capitols [1] 48/20
caps [2] 93/13 93/14
capture [8] 24/23 25/4
28/6 28/9 41/24 42/2
42/21 44/10
captured [3] 3/9 36/15
44/12
captures [1] 54/24
car [1] 109/25
careful [1] 109/13
carefully [1] 51/23
Carpenter [3] 111/7
112/11 115/12
carry [1] 21/21
carrying [2] 31/15
61/19
cars [1] 104/22
case [19] 1/3 3/5 23/19
40/18 50/23 50/25
51/19 56/11 56/22
105/17 105/23 105/24
106/14 107/5 107/6
108/6 108/16 112/9
112/11
cases [2] 55/20 111/10
catch [1] 96/15
categories [1] 13/18
causal [1] 91/4
cause [5] 90/17 90/20
90/25 91/3 114/17
caused [1] 6/10
CCTV [1] 42/25
centered [1] 9/3
central [1] 17/23
certain [2] 75/16 90/2
certainly [4] 13/13
109/4 113/4 113/5
certification [13] 18/5
18/8 18/16 18/21 19/5
47/6 47/10 47/23
62/18 62/19 62/23
62/25 69/16
certified [5] 18/10
18/14 19/3 47/20
62/22
certify [2] 69/9 117/2
cetera [1] 74/10
chain [1] 77/8
chambers [1] 3/11
chance [1] 41/21
change [4] 9/15 37/11
108/5 111/23
chanted [1] 95/11

**B** [column 5]

...g [2] 96/10
96/13
chaotic [1] 72/23
chapter [2] 64/8 64/12
characterization [1]
85/20
characterize [2] 46/22
47/1
characterizing [1] 78/8
charged [3] 23/18
23/19 108/1
charges [2] 50/3 50/11
checking [1] 49/24
chemical [2] 83/17
103/24
choking [1] 39/2
choose [2] 78/24 79/11
chopping [1] 34/25
Church [1] 8/18
CHUTKAN [1] 1/8
circle [2] 25/7 91/13
circled [1] 80/20
circuit [8] 3/17 52/25
53/5 53/16 55/8 55/13
55/17 110/5
Circuit's [2] 55/4 55/6
circumstances [2]
54/17 77/6
citations [1] 55/21
55/23
citing [1] 84/23
city [1] 5/6
claim [1] 100/14
claimed [1] 50/10
claims [3] 70/3 70/5
84/16
clarification [1] 92/21
clarify [3] 24/22 29/25
43/16
clarity [2] 54/20 58/6
114/13
clear [8] 15/25 54/2
55/16 57/4 65/19 72/3
85/18 100/23
clearer [1] 55/14
clerk [3] 8/10 49/23
53/12
client [2] 3/7 51/14
clip [1] 102/13
clips [1] 102/12
close [5] 30/14 77/12
77/17 94/4 107/9
closed [4] 6/14 26/10
27/5 106/24
closely [1] 68/16
closer [4] 18/1 45/19
96/21 97/25
closing [5] 95/9 106/25
107/4 109/5 109/6
closures [1] 9/4
clothing [1] 24/20
collateral [2] 92/16
92/17
College [2] 69/22
69/24
COLUMBIA [2] 1/1
1/12
combat [1] 89/8
come [21] 3/3 4/16

**C**

come... [19]  7/20 7/23
12/19 31/17 32/4
32/18 53/7 58/9 59/21
64/4 67/11 67/21 70/5
72/20 72/21 75/1 78/4
84/9 115/3
comes [1]  8/7
coming [10]  14/22
45/14 58/11 59/20
65/9 71/10 71/10
71/14 80/16 108/25
comments [1]  110/11
commission [1]  64/25
committee [1]  64/20
common [1]  19/9
communicating [1]
22/16
communication [5]
30/2 30/4 36/11 36/14
102/9
concern [6]  12/21
16/18 18/5 56/6
100/23 108/22
concerned [4]  18/10
18/13 112/22 114/22
concerns [19]  11/5
13/5 13/6 13/19 14/9
14/25 15/19 16/25
17/8 17/15 18/8 19/7
20/3 34/5 37/4 46/21
46/23 47/1 100/12
concert [3]  31/8 33/22
81/23
condition [1]  24/11
condone [1]  35/8
conduct [3]  113/20
113/22 114/4
conducted [8]  15/20
16/19 17/24 19/6
19/11 71/4 108/5
108/18
confuse [1]  55/11
confuses [1]  76/21
confusing [3]  55/7 56/7
108/15
confusion [2]  56/6
114/17
Congress [3]  68/10
69/9 95/11
congressmen [1]  68/9
conjunction [2]  27/5
55/14
connect [1]  63/22
consequences [1]
54/12
conservative [1]  63/11
consider [7]  51/23 55/2
56/24 57/2 110/22
114/6 114/23
considered [2]  6/25
56/23
considering [1]  111/19
consisted [1]  41/18
consistent [5]  13/20
25/20 27/15 27/18
31/24
consistently [1]  28/8
constantly [1]  71/6

constitute [1]  98/8
Constitution [1]  1/21
117/8
construction [1]  26/11
contain [1]  10/2
context [6]  60/1 60/4
100/13 102/8 102/16
109/25
continuation [1]  81/15
continue [4]  35/3 45/21
58/9 110/6
continued [3]  14/4 14/6
82/20
conversation [2]  36/13
102/22
copies [1]  52/16
copy [1]  52/19
correct [43]  30/17
40/19 48/1 51/10
56/12 58/5 58/13 59/3
59/21 59/22 59/25
60/3 60/11 60/12 61/8
61/11 61/18 62/3 62/8
63/18 64/9 64/18
65/12 67/2 67/7 68/11
69/11 70/8 75/5 76/6
76/11 79/1 83/11
83/11 84/10 88/4
94/10 94/13 94/25
100/25 101/1 114/10
115/13
corresponds [1]  42/23
corroborate [1]  43/2
could [37]  3/11 3/12
3/20 4/17 6/20 9/8
12/4 12/23 17/25 19/8
19/9 19/11 19/16
19/21 23/6 29/25 32/2
36/6 36/7 45/10 49/21
53/13 53/17 58/6
72/12 80/14 88/13
88/14 91/1 94/17
96/21 97/25 102/12
102/15 111/16 112/6
115/20
couldn't [1]  11/9
counsel [2]  52/17
60/15
Count [2]  50/8 112/19
Count 1 [2]  50/8
112/19
counted [1]  62/24
counter [2]  102/6
104/18
counts [1]  50/13
county [4]  10/10 10/12
10/12 10/17
couple [2]  49/11 92/25
course [1]  30/9
court [14]  1/1 1/20
16/10 51/22 52/15
54/23 57/4 59/12
59/21 72/21 94/2
106/19 114/12 117/8
courtroom [4]  4/8
49/16 57/20 107/15
courts [1]  57/4
covered [3]  108/11
110/13 110/14

COVID [1]  6/14
CR [3]  49/24 55/25
112/11
create [1]  41/15
created [1]  41/25
credibility [1]  91/24
crime [2]  111/22
112/11
criminal [2]  1/3 50/20
Crisp [20]  1/15 1/16
2/5 3/10 4/12 4/24
15/22 16/11 49/17
52/21 52/23 53/15
56/1 57/10 92/2
105/11 105/18 107/16
110/17 115/11
critic [1]  65/24
cross [9]  2/2 12/25
39/3 49/9 57/22 57/24
92/9 99/25 103/18
cross-examination [3]
49/9 57/22 92/9
cross-referenced [1]
12/25
crossed [2]  26/21
30/16
crossing [1]  80/9
crowd [16]  20/23 21/6
32/14 35/22 73/2
77/13 77/18 80/2
81/23 82/18 89/15
90/1 95/14 98/24
101/17 103/12
crowding [1]  78/11
CRR [2]  1/20 117/7
crush [3]  39/10 39/16
46/8
Cumberland [2]  64/8
64/12
curfew [1]  45/8
current [3]  6/7 42/18
42/19
currently [2]  5/16 64/24
customary [1]  105/22
cut [3]  26/22 26/22
55/22
Cutler [6]  61/14 62/1
62/1 62/2 100/2 100/5

**D**

D.C [24]  1/4 1/21 3/17
16/20 17/11 20/13
20/17 38/8 45/8 61/2
65/11 66/23 71/10
71/10 71/12 71/15
87/24 88/8 97/3 103/8
104/17 104/18 104/19
117/9
darn [1]  52/21
date [1]  9/8
day [29]  12/20 21/17
21/22 37/1 37/9 37/10
37/16 47/10 47/23
50/21 51/16 61/7
64/11 67/9 71/7 72/4
83/16 83/21 84/13
84/22 90/15 90/19
99/20 105/1 105/3
107/2 107/3 107/9

daylight [1]  113/11
days [6]  36/23 37/5
61/4 61/13 71/14
102/3
DC [1]  1/13
dcd.uscourts.gov [2]
1/22 117/9
deal [1]  3/22
December [13]  17/10
17/17 17/17 17/22
18/19 18/22 19/24
93/12 93/15 94/15
94/18 94/24 95/2
December 12 [1]  17/10
December 24 [1]  95/2
December 24th [1]
93/15
December 9 [4]  93/12
94/15 94/18 94/24
decertify [8]  61/14 62/1
62/7 62/10 100/1
100/4 100/7 100/8
decertifying [1]  100/1
decide [3]  20/2 22/25
54/8
deciding [2]  110/21
114/5
decision [2]  3/20
109/13
defeated [1]  76/2
defend [1]  77/4
defendant [14]  1/6
1/15 34/24 50/5 56/20
56/20 57/16 108/10
110/21 110/22 113/19
113/21 114/6 114/7
defendant's [6]  2/8
25/12 28/1 28/19 42/9
50/10
defending [2]  50/23
77/3
defense [38]  3/5 4/14
24/3 25/9 25/9 25/15
26/1 27/9 27/21 27/22
28/4 40/21 40/25 42/5
42/6 50/3 50/15 50/20
50/21 50/24 51/15
51/17 51/20 51/24
52/16 56/22 57/1
57/11 105/14 105/24
108/3 108/9 108/10
108/16 108/24 108/25
110/14 113/3
defense's [1]  108/6
deficient [1]  53/3
defines [1]  114/15
defining [1]  98/9
definition [2]  113/13
113/15
definitional [2]  113/24
114/11
definitions [1]  113/16
degree [1]  5/14
deliberately [1]  92/18
deliberating [1]  107/7
deliberations [3]
106/24 107/5 107/6
demonstrated [1]

denied [2]  91/23 92/14
dense [1]  90/1
deny [1]  108/1
depends [2]  16/7 106/8
deployed [2]  103/20
103/25
deploying [2]  87/24
104/2
describe [4]  31/14
38/13 70/16 102/10
described [2]  39/9
102/1
description [1]  54/14
desire [1]  96/20
detail [1]  93/25
detailed [1]  54/14
detect [1]  83/10
detecter [1]  59/18
determination [1]  42/24
determine [2]  24/17
54/5
deterrent [1]  80/13
did [171]  6/4 6/10 6/16
6/19 6/21 7/3 7/15
7/20 7/23 8/1 8/15 9/6
9/14 9/19 9/22 9/22 11/4
11/5 11/11 12/1 12/6
12/16 12/21 13/3 13/5
13/8 13/19 14/1 14/11
14/14 14/16 14/20
14/25 15/8 15/9 15/11
16/14 16/20 17/4 18/8
18/19 18/21 19/18
19/22 19/25 20/2
20/11 20/22 21/12
21/21 21/21 21/8 22/8
23/4 23/7 23/13 23/24
24/7 25/4 25/6 26/5
26/6 26/9 26/24 27/2
27/5 27/13 28/4 28/6
29/1 29/4 29/16 29/19
30/25 31/3 31/13
31/17 31/20 31/22
32/8 32/13 32/20 33/6
33/8 33/17 34/1 34/9
34/14 34/18 35/6
35/13 35/24 36/3
37/10 37/16 38/11
39/19 39/22 40/3 41/8
41/15 41/16 43/2 43/5
43/7 45/23 46/1 46/16
47/5 47/19 47/23
48/17 48/20 48/23
52/23 58/14 59/6
62/10 62/15 64/15
66/3 66/8 67/5 67/8
67/10 73/1 73/10
73/11 74/19 76/19
76/21 76/22 77/16
78/13 78/17 81/19
82/9 83/7 85/16 87/11
87/13 88/11 89/10
89/21 90/5 90/7 90/9
95/12 95/16 95/17
95/19 96/17 97/7 98/1
99/10 99/14 100/8
100/14 100/16 100/22
100/2 102/2 103/19

122

**D**

did... [9] 104/10 104/13 105/1 105/3 105/25 110/23 112/21 114/7 115/18
didn't [70] 8/4 9/13 12/8 19/4 34/2 35/8 35/8 35/15 35/15 35/20 35/22 36/8 38/25 39/18 39/18 39/25 43/23 46/7 52/8 59/5 59/7 59/12 66/19 69/8 69/11 69/23 70/5 70/19 72/4 72/7 72/9 72/11 72/13 72/15 74/15 74/19 76/17 77/5 81/15 81/20 83/4 83/9 83/10 84/18 84/24 85/13 87/14 89/6 89/7 89/13 89/22 90/8 93/6 95/4 95/12 95/20 96/2 96/14 96/15 96/20 97/6 98/6 99/13 101/18 101/25 101/25 103/3 103/17 104/2 104/2
die [4] 90/17 90/19 90/25 91/3
different [7] 9/25 38/7 70/14 78/3 79/4 82/1 113/25
Dillsburg [2] 5/7 5/8
direct [9] 2/2 5/3 54/16 65/4 70/17 74/12 95/9 95/20 99/4
directed [2] 98/22 99/22
direction [3] 23/8 26/17 43/13
directly [1] 35/4
disagree [4] 51/5 56/9 60/10 85/20
disagreement [1] 84/15
discern [1] 56/7
discerning [1] 56/14
discovering [1] 13/5
discuss [2] 106/17 106/17
discussed [2] 14/2 71/6
disobey [1] 113/18
disorderly [1] 79/17
disorganized [1] 72/23
dispel [1] 102/23
dispute [1] 58/6
disregard [1] 113/18
dissimilar [1] 33/12
distance [1] 45/17
distinct [1] 50/11
distinction [2] 74/21 101/6
distinctive [1] 24/21
DISTRICT [4] 1/1 1/1 1/9 1/12
do [119] 3/7 3/14 3/25 4/12 5/14 5/19 6/4 8/1 8/3 8/4 8/15 9/6 10/17 11/11 14/1 14/14 14/16 14/20 15/8

19/13 19/18 19/19 20/6 20/13 20/16 20/25 21/4 21/7 21/9 21/24 22/3 22/15 22/17 22/19 22/22 23/18 24/3 24/5 25/4 25/21 26/3 26/16 26/17 27/9 27/11 29/11 29/22 30/7 30/14 30/17 31/6 31/6 32/1 32/10 34/6 34/21 36/11 36/16 36/20 36/22 37/5 37/22 37/23 37/25 38/1 38/13 43/9 44/25 45/2 45/2 45/23 46/9 46/12 52/8 53/8 56/9 57/10 61/15 61/22 68/11 69/4 70/14 77/11 80/15 80/18 84/19 84/25 85/5 88/18 94/6 94/8 97/1 97/15 97/18 99/17 100/5 101/6 102/21 104/5 104/9 105/5 105/11 105/18 105/19 106/9 106/14 107/16 108/19 109/6 111/6 111/14 112/20 113/13 113/17 114/11 115/19
document [4] 24/12 24/15 41/25 44/11
documents [2] 23/25 50/25
does [30] 8/3 10/1 11/17 11/20 25/18 27/18 28/8 39/22 41/12 41/24 42/2 42/17 42/21 51/18 55/5 55/9 58/24 58/25 92/17 93/3 98/8 105/14 105/16 106/20 112/22 113/20 114/4 114/14 114/14 114/19
doesn't [8] 11/19 44/5 53/25 92/5 98/15 104/4 104/7 104/7
doing [15] 5/23 15/10 23/22 34/15 37/5 39/2 43/22 43/22 50/20 54/1 69/12 75/12 113/11 114/3 115/9
Doll [6] 75/24 76/4 76/16 76/24 90/12 90/14
don't [48] 3/10 3/19 8/18 9/10 15/9 18/7 19/19 37/20 39/24 47/15 50/19 51/17 53/19 55/21 56/14 57/14 58/6 60/10 66/9 66/18 71/8 80/4 88/17 89/18 93/21 93/24 94/23 95/1 95/21 96/7 97/9 99/22 101/3 101/3 101/3 106/15 107/19 108/14 109/7 109/16 110/12 112/14

115/14 115/14 115/16
done [10] 3/17 14/8 28/23 33/12 38/6 49/23 57/16 69/23 91/12 107/1
door [30] 34/10 34/15 34/17 34/19 39/21 42/13 45/6 45/20 45/21 45/24 49/5 73/11 73/15 74/13 74/22 74/22 75/21 75/22 76/18 78/24 79/2 79/2 79/4 79/5 79/5 79/8 79/10 79/18 85/2 85/24
doors [26] 16/3 33/5 33/7 34/7 35/19 36/6 38/17 45/16 45/16 45/17 46/4 46/6 46/11 73/14 74/3 74/6 74/22 74/23 74/25 75/3 77/14 78/11 85/4 85/7 86/1 98/21
doorway [2] 39/15 46/8
dot [4] 41/19 42/12 42/23 43/21
doubt [4] 107/24 109/7 109/21 109/24
Doug [6] 14/19 21/23 23/2 65/5 69/1 70/19
Douglas [2] 21/20 29/15
down [14] 17/6 20/9 20/10 30/15 44/7 44/15 45/1 46/1 90/14 90/15 90/22 103/2 105/9 114/23
downward [3] 34/22 34/25 35/10
draw [2] 43/25 44/2
drawn [2] 44/11 44/11
dressed [1] 89/19
drew [1] 25/7
drive [2] 20/9 20/10
driven [1] 56/21
drove [3] 16/8 36/25 97/2
dual [5] 52/12 55/19 56/11 56/25 57/8
due [3] 6/14 51/1 115/7
duly [1] 4/20
dumb [1] 34/14
duration [1] 101/15
during [3] 3/11 3/21 9/11 15/4 40/18 48/12 48/18 68/22 71/5 83/21 96/5

**E**

each [7] 10/5 47/15 50/3 50/11 69/21 98/4 107/25
eager [1] 31/18
earlier [5] 29/1 51/4 56/5 99/25 114/12
early [1] 107/12
east [14] 20/17 26/4 26/5 26/16 26/20

28/12 28/21 42/12 44/23 49/4 79/23
eastern [1] 42/18
editing [1] 41/16
educational [1] 5/12
effect [7] 6/16 7/3 36/18 39/11 40/3 58/14 76/7
efforts [1] 66/12
Eicher [1] 49/24
either [4] 10/19 51/6 52/10 115/17
elected [2] 63/12 64/17
election [53] 8/5 8/16 8/20 12/20 13/25 14/11 14/24 14/24 15/1 15/11 15/20 16/16 16/25 17/9 17/16 18/6 18/13 18/22 19/1 19/2 19/21 20/3 34/5 60/18 61/11 62/7 62/21 62/24 65/25 66/2 66/13 68/16 68/23 69/2 69/10 69/17 70/4 70/5 70/6 70/11 70/20 70/23 70/24 71/3 71/4 71/7 90/21 90/23 100/4 100/12 100/18 100/23 103/6
elections [14] 7/17 9/6 9/10 9/11 13/12 13/13 16/19 17/23 46/22 46/23 47/1 47/9 47/20 100/15
electoral [3] 47/16 69/22 69/24
electors [1] 66/8
electronic [2] 30/2 30/4
element [4] 107/25 109/3 112/21 112/23
elements [2] 50/11 50/13
elicited [1] 92/9 93/2
eligibility [1] 11/10
else [8] 13/17 13/21 35/3 52/1 59/15 62/13 82/17 115/22
email [6] 50/17 52/15 75/24 77/5 112/1 115/18
emailed [1] 3/11
emails [1] 112/5
embellishing [1] 99/2
emergency [3] 45/7 45/12 45/18
emphasis [1] 115/16
emphasize [1] 107/20
emphasized [1] 107/22
employed [3] 5/16 5/24 6/7
employment [4] 5/25 6/7 6/10 7/20
encompass [1] 114/14
end [3] 26/3 105/23 105/24
ended [5] 20/23 22/1 22/12 26/22 104/20

end up [3] 3/21 77/12 77/17
ensure [1] 11/17
enter [9] 35/24 50/7 73/1 73/22 73/23 74/3 75/14 78/23 79/10
entered [12] 4/8 39/20 42/14 44/15 46/11 57/20 59/5 67/6 74/7 89/2 89/9 112/16
entering [8] 48/23 75/13 110/19 111/2 111/21 112/9 112/17 113/2 114/21
enters [3] 111/1 111/19 112/7
entire [4] 78/8 95/9 96/7 99/13
entitled [4] 50/5 50/15 109/1 117/3
entrance [4] 36/4 36/6 79/2 79/6
entry [2] 72/18 76/23
equipment [2] 5/22 26/11
erroneous [1] 111/15
error [2] 51/21 57/6
Esquire [3] 1/11 1/11 1/15
essentially [1] 12/1
Ester [11] 36/11 36/15 75/24 76/4 76/16 76/23 90/12 90/13 101/24 102/10 102/22
et [1] 74/10
et cetera [1] 74/10
evaluate [1] 109/21
evaluating [1] 55/10
even [6] 3/10 50/2 57/12 74/8 89/6 99/7
evening [2] 47/7 107/14
event [5] 23/22 33/25 55/9 103/9 112/14
events [1] 87/25
ever [6] 7/7 7/10 7/12 12/25 88/17 100/14
every [4] 20/4 77/14 77/19 107/25
everybody [6] 31/11 32/14 33/4 59/15 60/7 82/17
everything [6] 8/4 55/4 70/13 99/16
evidence [19] 4/12 25/12 28/1 28/19 42/9 50/6 54/16 55/2 55/10 55/16 92/3 93/3 93/8 105/11 106/21 106/23 107/23 110/22 114/7
exact [1] 76/12
exactly [2] 19/19 29/22
examination [9] 5/3 49/9 57/22 57/24 70/17 92/9 95/9 95/20 97/13
examined [1] 4/20
example [5] 31/8 33/22 59/12 66/10 73/25

EXCERPT [1] 1/8
exchange [3] 71/23
86/6 94/5
exchanged [1] 93/15
exchanging [1] 84/12
excited [3] 82/17 82/21
82/22
exclude [1] 98/25
excuse [9] 8/7 16/21
31/21 95/25 97/22
106/5 106/13 106/16
107/8
exhausted [5] 36/19
77/14 77/18 101/10
101/12
exhibit [19] 22/15 24/3
25/9 25/9 25/15 26/1
27/9 27/22 28/4 36/10
36/16 40/16 40/18
40/22 40/25 42/6
67/23 68/1 88/20
Exhibit 4 [1] 68/1
exhibits [2] 2/8 51/6
exited [4] 49/16 95/25
96/2 107/15
expect [1] 76/22
expected [8] 31/24
39/17 39/18 40/1 77/1
77/4 77/7 81/23
experience [2] 14/5
102/18
explain [2] 31/7 50/13
explanation [1] 55/16
exposed [1] 103/23
extent [3] 7/18 50/7
52/23
extra [1] 107/13
eye [1] 92/12

F
fabrication [1] 6/3
face [3] 61/15 62/1
85/12
Facebook [13] 17/5
20/1 30/1 36/11 36/14
45/4 67/2 87/19 87/23
88/2 88/3 88/9 102/9
fact [18] 3/8 49/20
49/25 50/9 51/15
52/22 52/24 53/19
60/20 64/7 66/7 76/22
91/17 91/20 96/19
110/10 110/12 110/24
fail [1] 92/6
fair [6] 24/14 28/11
30/2 33/1 60/17 65/5
fairly [4] 41/12 55/15
71/24 104/12
faith [8] 111/2 111/20
112/8 112/16 113/1
113/12 113/13 114/20
false [3] 85/19 95/7
95/8
familiar [4] 47/14 49/5
95/5 103/22
family [1] 6/1
family-owned [1] 6/1
far [3] 29/8 30/21

fashion [1] 98/21
fast [1] 44/21
fatigues [1] 89/8
federal [1] 48/24
feel [2] 37/16 91/19
feet [3] 29/10 30/23
81/2
fence [1] 26/10
fenced [1] 31/9
fenced-off [1] 31/9
few [2] 70/25 98/17
fiddling [1] 45/4
fide [1] 50/1
filled [1] 33/4
final [5] 55/18 57/14
62/24 106/25 107/4
finalized [1] 71/7
finalizing [1] 71/2
finally [1] 95/22
find [10] 8/10 28/4 43/8
54/10 65/12 100/25
107/24 112/15 112/18
114/8
finding [1] 22/12 54/14
fine [3] 108/4 110/1
110/2
fire [2] 76/22 104/22
first [23] 4/20 9/23
12/16 17/3 23/19
25/23 26/6 26/7 26/18
29/5 29/9 30/21 39/13
39/14 40/1 50/21 56/9
77/23 98/10 108/4
108/17 110/11 115/3
five [7] 36/24 37/5 45/1
45/3 49/14 54/9 102/3
five-minute [1] 49/14
fix [1] 19/21
fixed [1] 90/23
flag [1] 35/10
flagpole [1] 34/22
flawed [1] 79/14
flipping [1] 102/16
floor [2] 41/6 41/6
fluke [1] 19/8
fly [3] 3/20 3/22 51/24
focus [5] 9/11 9/13
9/14 16/18 17/21
focused [2] 9/10 68/18
follow [1] 91/20
followed [3] 20/23 87/7
87/8
following [8] 15/24
16/10 68/14 68/16
91/10 94/2 105/21
106/19
follows [1] 4/21
fond [2] 64/3 98/4
foot [1] 30/11
forbids [1] 113/18
force [1] 92/22
forecasted [1] 52/12
foregoing [1] 117/2
forget [4] 51/8 51/8
61/15 62/1
form [6] 11/12 11/15
11/21 12/2 30/2 30/4
former [3] 66/5 66/25

forms [1] 12/25
forward [3] 32/3 32/4
81/24
fought [2] 36/19 77/13
found [3] 24/9 27/16
103/9
four [3] 50/10 65/3
107/25
four-year [1] 65/3
foyer [4] 42/12 44/8
44/14 44/23
frame [2] 18/22 47/21
fraud [13] 66/2 69/2
69/5 70/8 70/10 70/20
70/22 70/24 71/1
100/14 100/14 101/5
101/6
fraudulent [4] 70/4
70/5 70/6 100/18
free [9] 61/20 63/6
63/8 64/5 64/8 64/11
64/12 104/5 104/8
Freedom [6] 22/2 22/5
22/6 22/9 22/12 23/12
friend [4] 29/20 38/21
63/18 64/3
friends [7] 13/9 17/5
20/1 25/22 63/19
94/10 94/11
front [15] 1/16 30/7
30/14 34/6 34/10
34/15 38/18 77/13
79/23 80/10 81/10
82/8 82/17 82/18
106/1
fronts [1] 89/25
full [3] 5/5 21/13
102/15
fundamentally [1] 51/5
further [5] 54/9 97/9
106/12 114/15

G
gaining [1] 34/17
gait [1] 24/21
game [1] 33/23
gas [3] 73/19 74/9 85/7
gathered [1] 33/14
gathering [1] 33/10
gave [5] 24/6 52/21
103/14 111/7 112/4
gear [2] 73/17 74/9
general [17] 7/17 8/20
13/25 14/11 14/24
15/11 16/16 16/18
23/5 23/8 23/9 37/1
46/19 46/22 46/23
46/24 46/25
generally [6] 19/20
36/2 46/21 48/13
109/16 109/20
genitalia [1] 98/15
get [39] 3/16 4/3 20/21
21/13 23/13 26/5
26/16 31/5 31/11
31/16 38/25 39/6
39/13 44/15 45/4
45/25 46/1 46/7 51/20
52/9 57/2 57/11 57/13

73/24 82/13 82/17
85/16 92/21 93/21
93/24 96/1 97/6
104/13 107/1 107/13
getting [6] 30/14 31/13
52/3 84/21
give [23] 3/18 8/12 9/8
49/22 51/6 51/22
53/25 55/17 55/18
57/1 57/6 57/8 57/14
108/17 109/1 110/4
110/8 110/24 110/25
112/13 114/12 115/1
115/11
given [6] 3/21 55/20
55/24 69/24 92/19
111/13
gives [4] 54/6 54/18
55/3 55/15
giving [2] 54/13 67/12
glass [2] 73/14 74/9
go [57] 15/22 16/4
20/4 20/22 22/25
31/10 33/24 35/13
35/20 35/21 36/3
38/17 40/7 43/5 43/7
43/17 43/23 44/6
44/21 46/3 46/3 46/6
46/9 48/17 52/9 54/1
54/14 55/23 60/13
67/14 67/16 72/9
72/11 72/13 74/16
74/19 74/20 75/2 75/6
75/7 75/10 77/23
79/13 79/18 82/8
86/14 89/17 90/14
90/15 90/22 92/17
96/19 96/20 99/25
104/9 107/2 114/23
goers [1] 48/17
goes [3] 10/14 54/9
110/18
going [73] 13/14 16/7
17/6 19/23 20/4 20/7
22/19 22/24 24/2 26/3
27/8 29/16 30/6 30/18
30/24 32/10 32/17
33/2 33/8 33/9 33/25
35/7 37/6 37/21 37/22
37/23 38/10 40/16
41/2 43/11 43/13
43/21 43/24 44/17
47/5 51/6 52/8 55/17
56/7 56/24 57/1 57/10
65/10 65/17 68/19
68/24 75/4 77/2 82/13
82/14 83/2 86/6 90/11
92/11 101/16 104/17
104/18 104/21 104/23
106/9 107/2 107/8
109/1 109/12 110/4
110/5 110/8 110/24
114/17 114/17 114/23
114/25 115/11
gone [3] 43/14 43/19
69/25
good [18] 3/25 4/9
37/3 37/14 55/8 93/16

107/13 111/2 111/20
112/8 112/16 113/1
113/12 113/13 114/20
got [14] 12/17 12/18
20/20 21/1 23/1 26/18
26/20 34/12 45/7
45/23 49/18 84/15
103/13 108/3
government [23] 3/4
3/25 4/3 4/11 16/4
22/15 40/18 44/18
50/13 51/18 52/2
52/11 56/16 64/24
87/19 93/2 93/4 98/3
105/16 106/20 113/19
113/20 115/23
government's [8] 36/10
36/16 54/21 67/23
88/20 92/21 105/23
108/13
governor [3] 6/14 6/23
65/22
governor's [1] 7/5
great [2] 18/3 60/25
green [2] 26/10 80/20
ground [2] 87/1 88/9
grounds [4] 36/1 46/19
48/15 50/7
group [18] 23/1 24/19
24/20 40/9 63/6 71/24
84/6 85/21 87/5 88/25
90/12 92/11 99/4 99/6
99/18 99/19 99/21
104/12
Guard [3] 89/14 89/20
89/21
guarding [1] 74/22
guess [1] 111/14
guidance [3] 53/25
54/6 54/18
guilty [7] 111/22
112/10 112/14 112/15
112/18 115/15 115/15
gun [2] 71/11 71/12
guy [1] 22/16
guys [1] 114/25

H
H-E-R-R-E-R-A [1]
55/24
had [85] 7/7 7/10 7/12
8/25 8/25 11/12 12/10
12/19 12/20 13/20
13/22 14/3 14/9 16/16
17/8 18/11 19/7 21/16
21/23 22/11 23/21
29/20 32/21 33/12
35/24 36/3 37/2 37/4
37/4 37/8 38/2 38/6
38/7 40/5 40/8 40/17
41/21 45/22 47/15
47/16 48/2 48/20
50/20 52/11 55/22
56/3 59/21 59/23 60/3
61/13 61/22 62/21
62/25 66/25 67/13
69/18 69/22 69/23
69/24 73/21 73/22
74/2 75/6 75/14 77/15

**H**

had... [20]  77/19 78/13
78/15 78/20 79/18
79/18 81/22 84/2
88/11 89/16 89/23
90/2 90/4 90/11 90/14
91/14 95/6 99/4 99/4
115/6
hadn't [2]  37/21 56/19
half [10]  11/7 11/8
43/17 43/18 46/15
51/21 52/2 96/3 96/4
96/16
hallway [1]  43/24
hand [4]  4/18 34/25
61/20 95/17
handlers [1]  26/12
hands [1]  61/22
handwrite [1]  57/12
hang [2]  96/10 96/11
hanging [1]  39/4
happen [3]  6/10 32/17
33/25
happened [20]  34/1
34/2 37/2 37/10 37/14
37/19 37/21 62/25
68/17 84/17 84/19
84/24 98/17 99/7 99/8
99/9 102/4 103/2
103/11 104/17
happening [2]  31/1
81/3
hard [3]  12/4 30/12
45/9
hardcore [2]  71/24
104/13
Harrisburg [4]  1/17 5/8
10/15 15/17
has [8]  3/4 4/11 19/2
53/15 55/20 56/22
92/14 100/11
hasn't [1]  3/25
have [157]  3/10 3/11
3/12 3/14 3/17 3/20
3/22 4/1 5/14 5/23
5/24 6/16 6/25 7/4
7/15 7/18 9/6 9/13
10/24 11/1 11/5 12/1
12/6 12/8 12/23 14/1
14/25 18/8 18/25 19/8
19/9 21/21 23/4 23/7
24/15 28/23 30/24
35/22 39/20 39/25
40/3 40/15 41/21
43/14 43/19 44/10
44/11 44/17 48/7 49/6
49/10 49/23 50/16
50/17 50/23 50/24
51/1 51/5 51/17 52/1
52/14 52/15 52/16
52/16 52/19 52/20
53/2 53/8 53/17 53/18
53/19 53/25 54/13
55/21 56/6 56/11
56/23 57/5 57/13
57/15 62/23 63/17
64/17 66/9 69/11
69/13 69/25 70/21
72/4 72/7 76/22 77/3

79/10 79/10 80/15
82/1 84/18 87/1 88/7
89/21 89/25 91/9
91/21 91/24 92/8 93/4
93/12 94/23 95/1 95/1
96/12 96/20 97/9
97/15 97/19 97/23
98/1 98/3 98/6 100/16
101/4 101/16 101/17
102/12 103/23 104/8
104/24 104/24 105/7
105/11 105/16 105/18
106/4 106/14 107/5
107/6 107/7 107/13
107/16 107/19 107/19
108/22 109/16 110/6
111/6 111/9 111/9
112/4 112/21 113/3
113/12 113/25 115/6
115/9
haven't [5]  4/1 52/1
53/3 86/9 98/4
having [4]  4/20 11/5
102/9 102/21
he [50]  16/7 29/20
29/21 29/23 43/15
43/19 52/8 54/10
65/10 65/16 65/22
65/24 65/25 66/2 66/3
66/4 66/5 66/7 66/8
66/11 66/19 66/25
66/25 67/1 67/3 67/4
67/5 67/8 67/12 85/2
85/24 86/14 91/23
92/4 92/12 92/14
92/23 92/23 93/6
99/17 100/10 100/11
111/21 112/8 112/9
112/17 112/21 113/17
114/3 114/3
he's [5]  65/19 85/3
85/25 91/17 91/19
head [2]  10/18 95/17
headed [2]  22/21
26/20
heading [1]  22/20
hear [13]  29/15 39/1
40/12 61/10 61/10
70/23 73/10 73/11
82/18 82/22 83/7
99/13 109/12
heard [16]  15/24 16/10
45/13 52/14 82/10
83/5 90/4 90/9 91/10
94/2 96/10 96/12
105/21 106/12 106/19
108/19
hearing [5]  12/4 21/17
30/12 38/13 71/8
held [8]  17/18 50/5
61/14 61/16 61/17
61/19 65/2 64/3
Hello [1]  58/3
helmets [2]  80/25 89/8
help [6]  31/6 36/22
47/8 47/12 55/10
97/21
helped [1]  24/22

helpless [1]  91/20
her [25]  38/22 38/25
39/1 39/5 39/8 40/12
45/4 45/4 64/3 76/9
83/5 83/7 91/17 91/18
91/20 92/4 92/13
92/24 93/7 94/13 95/2
97/23 98/6 98/8 98/16
here [18]  15/25 33/3
41/2 41/22 42/10 43/5
50/4 52/10 53/10
55/21 75/17 85/17
97/19 99/25 101/25
106/11 113/10 113/15
here's [1]  54/5
hereby [1]  117/2
Herrera [1]  55/24
hesitating [1]  108/20
him [14]  14/22 14/23
35/11 52/7 52/9 67/9
67/20 86/8 86/12
91/14 92/12 92/23
100/7 112/18
Hirsch [9]  83/19 83/21
83/24 84/5 84/9 86/7
86/16 96/6 99/17
his [12]  16/4 20/11
34/25 52/22 65/12
67/17 70/21 91/14
91/24 108/21 113/22
114/4
hit [2]  52/7 85/13
hold [8]  33/22 39/5
64/15 77/13 100/9
110/7 113/14 113/15
holding [9]  38/22 39/3
61/22 91/17 92/13
92/23 92/23 92/24
103/10
holds [1]  64/7
home [4]  37/1 93/16
104/9 107/3
Honor [59]  3/6 4/4 4/6
4/14 4/25 16/6 16/12
25/8 27/21 28/15
28/23 40/15 40/24
40/24 42/5 44/17 48/7
49/6 49/10 51/4 52/11
52/18 53/1 53/17
53/21 54/21 55/22
56/3 56/18 58/17
63/20 88/16 88/19
91/9 91/12 93/11 94/1
97/12 105/7 105/13
105/15 106/15 106/22
107/18 108/20 109/2
109/17 111/4 111/8
111/17 111/25 112/20
113/6 113/23 114/10
114/22 115/4 115/18
115/23
HONORABLE [1]  1/8
hopes [1]  44/15
hour [9]  46/15 46/15
51/21 52/2 80/7 96/3
96/4 96/16 96/16
hours [1]  56/5

62/7 95/12 95/13
95/14 95/15 100/10
100/11
housekeeping [1]  3/7
how [68]  3/22 5/10
5/16 5/23 6/4 6/19
6/21 7/23 10/17 10/23
17/4 18/5 18/7 18/16
19/4 19/6 19/11 19/25
21/9 22/3 22/8 23/13
24/5 24/7 24/17 25/4
25/21 26/16 27/11
29/8 30/10 30/14
30/21 34/6 36/22
36/23 37/13 37/16
41/15 42/24 43/9
44/18 44/25 46/12
46/22 47/1 47/12
51/19 52/8 54/1 54/14
54/19 55/16 67/15
70/16 80/4 80/5 82/13
94/21 95/11 98/8 98/9
108/4 108/17 109/21
Howell [2]  49/25 55/25
huge [1]  73/2
huh [1]  22/10
hundred [1]  10/20
hundreds [3]  78/10
78/10 78/18
hung [2]  31/16 73/24

**I**

I'll [2]  84/9 106/11
I'm [39]  5/17 8/17 8/19
9/8 11/23 12/4 12/4
13/2 13/14 16/20 19/1
19/11 28/22 40/21
44/1 45/9 46/5 53/10
55/19 58/15 58/21
60/6 72/12 73/24
75/17 90/21 92/3
94/20 102/3 102/5
103/21 103/22 108/20
109/1 110/8 110/24
111/16 112/3 113/7
I've [1]  111/13
I-N-D-E-X [1]  1/23
idea [9]  17/23 37/8
38/7 47/16 76/11
88/11 97/22 103/10
114/14
identification [2]  27/22
88/20
identified [1]  24/15
ignorance [2]  114/5
114/15
image [10]  24/6 24/7
24/18 25/25 27/9
27/12 27/15 27/16
27/18 41/16
immediately [3]  35/10
38/17 39/16
impeaching [1]  92/15
impeachment [1]  92/16
importance [1]  90/22
important [2]  91/22
95/10
impose [1]  44/17

impression [4]  37/2
39/14 40/1 92/18
inadvertently [1]  92/18
incidence [1]  35/9
included [5]  9/4 60/23
87/23 96/8 99/6
including [3]  61/2
110/22 114/7
inclusion [1]  108/21
incomplete [1]  102/13
incorrect [2]  70/11
70/12
Independence [1]
26/19
indicate [1]  12/22
indicating [1]  22/19
individual [2]  99/18
99/21
individual's [2]  12/2
12/6
individually [2]  6/19
6/21
individuals [4]  11/16
24/21 31/14 31/18
influence [1]  102/4
information [4]  14/23
23/2 54/22 84/21
informs [1]  91/16
ingress [1]  33/21
initial [1]  39/9
initially [3]  33/20 36/4
48/23
innocence [1]  108/12
inquire [1]  13/3
inside [13]  36/7 38/19
41/20 68/8 75/16 76/8
78/17 78/20 80/3
87/22 87/23 90/3
96/19
insisted [1]  76/4
instance [1]  92/8
instructed [1]  51/17
instruction [56]  3/8
3/14 49/20 49/25 50/1
50/9 50/12 50/16
50/21 51/15 51/15
51/18 51/20 52/13
52/15 52/22 52/24
52/25 53/2 53/4 53/4
53/9 53/15 53/19
53/24 54/4 55/5 55/7
55/7 55/12 56/5 56/10
56/24 56/25 57/1 57/7
57/9 57/11 108/11
108/12 110/5 110/9
110/10 110/13 110/14
110/15 110/18 110/25
112/4 113/3 113/25
114/12 114/13 114/24
115/15 115/17
instructions [26]  3/9
4/2 49/18 49/19 51/9
51/11 51/12 53/8 54/2
55/1 55/3 55/14 55/18
57/14 106/25 107/4
109/4 109/10 109/12
109/14 110/19 111/9
111/11 115/6 115/7
115/8

**I**

instructs [1]  54/7
Integrity [2]  61/11
70/24
intend [3]  3/8 4/12
106/20
intent [18]  29/14 52/13
55/19 56/8 56/12
56/25 57/8 82/24
100/3 100/4 100/5
100/7 100/9 105/5
105/12 106/7 113/3
113/17
interest [1]  21/17
interested [3]  14/4
19/16 37/7
interpret [1]  94/21
interprets [1]  91/17
interrupt [1]  109/6
interrupting [1]  112/1
invaded [1]  60/3
invited [3]  76/5 76/10
76/13
involve [1]  98/15
involved [8]  63/3 63/18
64/1 68/13 71/25 93/7
94/12 104/13
involvement [4]  7/4
7/15 7/18 37/16
ironic [1]  104/20
ironically [1]  104/24
irregularities [1]  70/15
irritant [1]  103/24
irritants [3]  83/17 85/11
86/25
is [168]  3/9 3/15 3/16
3/22 3/24 5/8 5/12 8/8
10/2 10/10 10/12
11/23 11/24 16/7 17/1
18/12 24/11 24/14
24/23 25/15 25/23
27/15 28/11 33/24
33/25 36/1 36/11 38/2
40/1 40/3 40/12 41/3
41/4 41/5 42/13 42/17
43/21 43/22 46/20
50/2 50/3 50/3 50/12
50/19 50/20 50/22
51/3 51/14 51/18
51/19 52/6 52/10
52/25 53/3 53/4 53/5
53/10 54/1 54/2 54/4
54/22 54/22 55/7 55/7
55/13 55/13 55/18
56/6 56/6 56/12 56/21
57/7 57/16 59/3 62/23
64/5 64/13 65/5 67/11
67/14 67/19 68/3 68/5
69/7 69/17 70/11
70/12 70/13 71/24
73/21 75/10 76/13
76/21 77/8 78/21
78/25 79/4 79/6 79/8
82/14 82/21 85/18
86/7 86/8 86/21 88/6
90/13 90/13 90/19
90/23 92/14 92/15
92/21 93/3 93/8 93/10
95/10 95/24 96/25

106/23 107/1 107/23
108/1 108/4 108/5
108/8 108/11 108/15
109/8 109/12 109/20
109/22 110/7 110/14
110/14 110/18 110/20
111/14 111/19 111/21
111/21 112/9 112/10
112/11 112/14 112/15
112/18 113/1 113/2
113/9 113/10 113/18
113/25 114/3 114/3
114/16 114/16 115/5
115/8 115/9 115/13
115/15 115/15 115/16
117/2
Isn't [1]  71/5
issue [5]  13/22 14/6
50/4 57/6 93/22
issued [1]  11/15
issues [7]  9/23 14/2
15/4 19/1 19/15 103/6
113/5
it [293]  3/10 3/12 3/15
3/16 3/17 3/24 3/24
4/1 4/1 6/18 6/22 8/11
8/17 8/19 8/20 8/21
9/4 9/6 9/13 9/19
10/14 11/17 11/19
11/20 13/20 13/21
14/5 16/3 16/6 16/8
16/15 16/16 16/18
16/24 16/24 17/15
18/7 18/10 18/12
18/12 18/24 19/6 19/9
20/3 20/17 20/20
20/20 20/25 21/13
22/3 23/9 23/13 24/8
24/10 24/11 24/14
25/11 26/14 27/25
28/8 28/18 29/11 30/1
30/1 31/14 31/24 33/1
33/10 33/10 35/15
36/8 36/10 36/15 37/3
37/14 37/18 37/21
38/9 38/15 38/16
39/15 39/15 39/15
39/17 39/18 39/20
39/24 39/24 39/25
39/25 41/3 41/10
41/12 41/13 42/2 42/8
42/10 42/13 42/18
43/5 43/6 43/6 44/3
44/5 44/19 44/21
45/24 46/1 46/20
47/14 47/16 48/2 48/4
49/5 49/18 49/22 50/7
50/10 50/22 50/22
51/22 52/3 52/15
52/16 52/20 52/21
52/22 53/5 54/4 54/6
54/7 54/9 54/16 54/18
55/4 55/9 55/20 55/23
56/4 56/7 56/16 56/17
56/18 56/19 57/2 57/2
57/12 57/12 57/13
57/13 57/15 58/6 58/7
58/8 58/9 58/10 58/15

62/10 62/11 62/19
63/22 63/22 64/10
64/13 66/10 66/11
67/19 67/20 68/5 68/6
68/16 69/23 70/6
70/13 70/17 71/1 71/5
71/6 72/19 72/25 74/1
75/10 76/8 77/5 77/9
77/24 77/25 78/7
78/15 79/15 80/15
81/11 81/15 81/16
82/11 85/3 85/12
85/12 85/13 85/17
85/22 85/24 87/17
88/14 88/18 89/17
89/19 89/19 90/8
91/16 91/19 91/23
91/23 92/6 92/14
92/15 92/15 92/17
92/18 93/8 94/22 96/8
96/15 97/19 97/19
98/7 98/15 98/16
98/17 98/21 98/22
99/3 99/6 99/8 99/9
100/2 100/3 100/16
100/20 100/20 100/24
101/2 101/24 102/5
102/12 102/13 102/14
103/5 103/6 103/11
103/18 103/21 103/21
104/2 104/17 104/21
104/25 105/5 105/19
105/25 106/6 106/8
106/8 106/9 106/11
106/11 107/1 108/3
108/5 108/15 108/22
109/1 109/20 110/14
110/14 111/7 111/18
111/18 112/6 112/9
112/9 113/7 113/9
113/16 114/2 114/14
114/15 114/18 115/2
115/11
it's [50]  8/10 10/19
11/21 31/10 33/12
40/22 41/6 49/2 51/21
51/24 53/11 54/7
54/19 55/7 56/14 57/3
57/6 62/24 72/23
79/12 79/13 80/16
81/1 82/1 88/3 88/19
91/18 92/3 92/5 93/22
95/11 102/3 102/4
103/25 104/8 104/9
104/20 105/22 106/9
107/1 107/11 108/9
108/25 108/25 112/4
112/11 113/8 114/16
114/17 115/14
items [1]  21/21
its [4]  49/2 63/8 69/22
69/24
itself [1]  11/23

**J**

jam [1]  45/24
January [27]  19/23
20/8 27/19 28/13
42/20 47/7 61/5 61/7

66/23 68/11 68/23
69/8 71/6 71/23 83/22
84/13 84/13 84/22
86/7 87/14 87/25 88/9
88/12 91/25
January 4 [1]  71/23
January 5 [3]  61/7
87/25 88/9
January 6 [16]  19/23
20/8 27/19 42/20 61/5
63/25 64/1 64/17
66/23 68/23 69/8 71/6
83/22 87/14 88/12
91/25
January 7 [2]  84/13
84/22
Jenkins [1]  44/20
Jeremy [1]  71/23
Jersey [1]  26/21
job [2]  7/3 76/8
Joe [1]  69/25
Jonathan [1]  1/15
Jones [2]  67/22 78/1
journey [1]  23/11
judge [10]  1/9 13/11
13/13 49/25 50/17
52/4 55/25 111/7
112/4 112/12
judgment [3]  106/11
107/19 108/2
jump [1]  93/11
June [4]  8/22 8/24 9/9
13/25
jury [37]  1/8 3/5 3/9 4/1
4/6 4/8 4/10 49/16
49/17 49/19 51/9
51/11 51/12 51/17
54/1 54/23 54/24 55/3
55/10 55/15 55/23
56/6 56/7 57/6 57/19
57/20 69/7 91/16
92/19 92/21 106/1
106/13 106/16 107/15
107/24 109/12 114/18
jury's [1]  30/10
just [72]  5/8 10/14
11/13 11/21 12/1
14/21 15/25 17/8
17/25 22/12 22/13
23/4 23/8 23/9 25/23
28/3 30/10 31/5 32/3
32/14 33/10 33/11
33/14 34/5 37/2 39/24
40/17 44/11 46/10
47/14 47/15 47/17
49/10 50/24 51/3
51/13 52/11 52/18
52/21 54/15 54/17
54/19 55/5 55/19 60/8
61/5 61/7 65/19 72/3
79/19 80/23 82/20
83/1 83/24 84/7 86/12
86/18 91/13 91/18
92/4 92/10 92/19 99/5
99/23 100/16 104/3
104/3 104/6 104/8
106/10 108/22 112/3

Katherine [1]  1/11
keep [5]  16/2 69/13
77/2 77/18 92/12
Keepers [10]  87/5
87/12 87/15 87/24
88/7 88/11 89/1 89/4
89/7 89/24
Keeping [1]  34/17
Keith [2]  58/5 59/1
kept [1]  16/3
killed [1]  90/3
Kimberly [3]  84/10
84/12 84/15
kind [11]  22/12 24/20
31/10 45/10 46/8
73/24 75/16 92/24
99/5 103/12 115/5
kinds [1]  55/2
kissed [1]  98/8
kissing [3]  93/14 94/25
98/12
knew [15]  54/10 62/17
62/18 62/21 68/10
68/10 68/13 69/17
69/21 83/8 87/10
87/12 89/11 101/15
113/19
knife [1]  71/21
know [54]  3/24 7/12
7/12 8/4 10/1 10/17
18/16 18/21 19/19
20/16 21/24 23/19
25/21 33/2 44/18
47/15 47/20 47/23
50/19 52/8 52/18
52/23 53/14 54/4
54/15 54/25 57/2 67/2
68/3 68/8 68/12 69/8
76/8 77/13 79/14 80/4
83/19 84/10 87/14
87/18 88/1 89/7
89/13 89/18 93/16
93/23 96/25 101/3
101/3 104/2 104/2
111/14 113/4 113/7
knowingly [8]  110/21
112/22 112/23 113/11
113/15 114/3 114/6
114/20
knowledge [5]  14/8
25/15 41/11 69/11
100/15
known [1]  66/4
knows [1]  44/20

**L**

landing [2]  43/24 43/25
language [8]  53/20
61/25 96/8 111/23
112/13 115/1 115/10
115/13
lapse [1]  112/1
large [2]  73/2 89/23
larger [1]  31/19
last [12]  45/10 49/19
50/25 51/12 54/9
64/11 104/11 110/17
110/20 115/5 115/8

**L**

last... [1] 115/12
last-minute [1] 50/25
late [2] 12/18 18/24
later [4] 9/5 36/23
77/11 86/18
law [15] 3/17 49/23
53/11 54/24 56/10
56/11 57/3 57/7
108/11 109/10 111/15
113/1 113/18 113/18
113/21
lawful [6] 111/3 111/21
112/10 112/17 113/2
114/21
lawmakers [3] 19/17
19/18 69/4
laws [1] 71/11
lawyer [2] 57/5 62/18
lawyers [1] 109/11
lead [2] 13/14 93/22
leader [3] 64/7 64/8
64/12
leading [1] 61/5
learned [2] 7/24 90/2
least [6] 49/24 61/2
61/3 62/13 62/19 65/4
leave [7] 21/12 90/5
90/7 90/9 96/3 96/14
96/17
leeway [1] 3/18
left [12] 22/5 26/19
43/17 52/22 80/20
86/10 95/10 95/22
101/19 101/20 101/22
103/3
legal [2] 87/18 109/14
legislature [1] 62/3
less [4] 80/4 84/20
85/3 85/25
lesser [1] 84/20
let [22] 31/4 31/12
34/24 44/10 52/18
52/19 52/23 53/12
53/14 56/9 68/14
87/17 89/1 93/16 96/1
102/23 103/12 103/12
114/25
let's [12] 6/24 8/7
20/13 36/25 49/14
60/13 71/9 77/23 78/6
81/6 97/20 98/10
letter [1] 11/8
letting [3] 31/20 74/5
76/9
level [2] 34/11 62/8
lie [1] 84/5
like [35] 3/19 3/22 14/5
28/12 33/22 34/14
37/21 38/10 39/7
39/18 39/18 44/6
44/14 51/24 59/15
61/16 61/17 63/9 68/6
70/10 76/8 77/24
89/19 92/5 93/2 93/20
95/4 99/3 101/4
104/25 109/6 109/23
109/25 113/7 114/23

likely [1] 55/11
limine [1] 16/1
line [10] 10/5 72/15
72/16 72/17 72/19
72/19 72/20 77/23
80/23 81/18
listed [3] 10/3 25/14
64/11
listen [1] 33/16
litigating [1] 16/1
little [20] 6/6 9/5 12/4
18/1 32/4 43/16 59/11
60/13 71/9 81/24
83/25 84/3 84/15
86/12 86/18 93/19
95/3 96/21 97/25 99/2
live [1] 76/22
lived [1] 12/2
Livestream [1] 43/1
living [3] 8/17 11/18
LLC [1] 11/9
local [8] 13/9 13/19
60/14 60/17 62/8
62/19 63/12 64/24
locale [2] 23/4 46/16
locality [1] 10/10
locate [1] 63/11
located [2] 24/9 25/24
location [10] 5/24
21/14 23/7 25/19 26/2
32/24 50/2 67/14
76/13 78/14
locations [1] 42/22
locked [1] 93/17
long [22] 5/23 6/4 21/9
22/3 22/8 23/13 23/15
34/6 43/9 44/25 46/12
52/8 53/10 80/1 80/4
80/5 98/5 106/4
106/10 107/2 107/13
115/7
longer [3] 30/22 36/5
37/14
look [14] 3/12 3/24
27/15 27/18 39/18
39/18 44/5 44/15 54/3
54/6 54/6 54/17 57/12
58/20
looked [3] 64/10 65/11
89/19
looking [8] 21/14 28/12
40/21 55/20 65/14
65/16 71/25 104/13
looks [3] 49/5 68/6
76/8
lose [1] 6/10
losing [2] 7/3 7/20
lot [10] 3/18 3/18 19/10
60/8 60/9 70/9 70/10
103/5 104/16 104/17
loud [1] 38/16
love [5] 93/13 93/14
94/15 94/19 94/25
loves [1] 92/4
loyal [1] 12/17
lunch [5] 3/11 49/21
51/13 107/7 107/8
Lynn [1] 39/2

**M**

mace [5] 83/3 83/10
103/19 103/19 103/22
machine [2] 72/11
72/13
macing [7] 83/1 83/1
83/8 83/9 83/9 103/17
103/17
made [8] 6/18 22/1
22/24 44/21 60/9
66/12 75/6 101/14
MAGA [1] 60/24
mail [9] 10/5 12/11
12/16 12/18 12/20
13/23 13/23 19/7
19/10
mail-in [9] 10/5 12/11
12/16 12/18 12/20
13/23 13/23 19/7
19/10
main [1] 79/6
maintained [1] 64/14
major [2] 66/4 93/22
majority [3] 80/11
111/10 111/11
make [7] 3/19 5/19
31/19 42/24 52/7 56/7
60/25 91/23 96/1 99/2
101/6 105/19 105/22
105/25 106/5 106/7
106/12
makes [1] 85/17
making [1] 84/16
man [1] 92/10
many [7] 10/17 10/23
18/14 32/22 36/23
37/3 38/6
March [1] 1/5
mark [2] 44/3 88/18
marked [5] 24/2 27/9
40/25 67/25 88/19
markings [8] 89/21
89/22
Maryland [1] 10/14
masks [1] 93/17
massive [1] 21/6
Mastriano [13] 14/19
21/20 21/23 23/2
26/15 29/15 29/16
65/5 65/8 65/19 66/22
69/2 70/19
Mastriano's [1] 65/16
material [2] 26/11
87/23
matter [5] 3/7 16/24
92/16 92/17 117/4
matters [1] 90/21
may [28] 4/25 10/1
16/11 23/20 34/14
40/15 43/14 43/19
44/10 48/7 49/10
51/17 53/22 57/22
58/17 66/11 88/16
93/11 94/23 95/1
96/12 97/23 98/2
105/9 109/17 110/21
112/18 114/6

me [78] 4/3 6/18 8/8
9/8 16/2 16/21 20/4
23/25 26/14 31/2 31/6
31/12 31/21 36/13
36/22 38/13 38/21
39/2 39/20 39/21
41/21 44/10 49/5
49/19 50/16 51/16
51/20 51/24 52/1 52/9
52/19 52/22 52/23
53/3 53/12 53/14 55/9
55/21 56/9 57/11 60/5
64/13 66/14 66/16
68/14 70/5 74/16
75/12 76/20 76/21
80/5 84/6 85/15 87/17
89/17 89/19 90/6
90/22 93/3 93/16
95/25 96/1 97/21
97/22 98/22 99/5 99/8
99/16 99/22 99/23
102/10 103/14 104/7
105/19 105/25 108/25
109/13 115/2
mean [23] 31/6 31/7
32/2 36/8 36/9 39/22
39/22 44/3 50/22
51/21 56/21 57/11
74/1 74/1 88/13 92/5
103/5 103/20 104/4
104/7 104/7 104/14
114/11
meaning [1] 60/24
means [4] 60/5 62/23
77/15 77/19
meant [8] 59/23 60/3
60/4 62/25 90/7 99/7
99/18 105/25
meet [1] 92/22
meeting [1] 68/11
meetings [1] 63/8
megaphones [1] 38/16
member [3] 63/6 63/14
64/5
members [5] 4/9 47/8
87/5 88/25 90/12
memory [2] 58/21
58/24
men [1] 89/8
mens [1] 50/8
mention [1] 95/20
mentioned [4] 56/16
56/17 71/1 95/11
message [8] 22/16
30/1 58/5 59/1 67/3
77/6 86/6 93/18
messages [4] 84/12
91/24 93/24 99/22
messing [1] 109/8
metal [1] 59/18
mic [1] 97/25
microphone [2] 17/25
96/22
Microsoft [1] 25/7
middle [3] 19/24 48/18
80/24
might [5] 24/8 44/16
52/12 82/1 113/14

40/11 40/12
40/12 43/8 43/14
44/16 96/10 96/11
military [1] 89/12
militia [1] 87/5
mind [17] 52/25 53/2
53/9 53/15 53/24 54/5
54/15 55/12 56/24
58/7 74/21 98/14
110/8 110/8 110/9
110/15 113/4
minded [1] 63/9
mine [1] 56/4
minor [1] 51/15
minute [5] 49/14 50/25
81/1 84/9 115/5
minutes [13] 20/21
21/11 23/14 34/8 45/1
45/3 46/11 46/15
49/11 58/4 59/1 70/17
86/18
mischaracterizing [1]
81/25
misguided [1] 103/15
missing [6] 10/23 11/2
12/9 12/25 13/22
missions [1] 63/8
misspoke [1] 29/25
mistake [13] 3/8 49/20
49/25 50/9 51/14
52/22 52/24 53/18
110/10 110/12 110/24
114/5 114/15
mistaken [1] 108/21
mistakenly [2] 36/8
79/3
misunderstood [2] 70/9
82/2
mixed [3] 55/19 56/25
57/8
mob [12] 59/24 60/10
60/15 72/17 72/23
75/9 79/18 80/9 82/20
89/16 96/13 96/17
modify [1] 111/18
moment [10] 32/7 40/5
40/15 41/2 42/13
43/22 48/7 53/17
74/18 84/7
months [4] 49/18 49/18
51/1 51/9
monument [5] 20/24
21/1 21/10 21/24 22/5
more [17] 7/5 31/14
39/17 54/18 54/19
55/11 55/13 56/7
66/17 67/18 71/1
72/25 85/22 97/18
98/25 99/3 114/13
Moreover [2] 50/15
54/8
Morgan [13] 1/11 2/6
52/10 53/13 57/22
66/19 91/11 92/14
93/10 93/25 97/10
106/14 106/20
morning [7] 20/8 51/13
52/12 56/17 59/13
59/16 107/3

**M**

most [1] 7/16
motion [9] 35/1 105/18
105/23 106/5 106/7
107/17 107/19 107/21
108/2
motions [1] 16/1
move [4] 32/3 45/6
78/3 106/10
moved [6] 22/14 34/22
35/10 40/18 45/16
45/19
movements [1] 25/2
moves [2] 42/5 81/24
moving [3] 35/22 88/21
88/22
Moynihan [1] 64/20
MR [4] 2/5 2/6 93/10
100/2
Mr. [67] 3/10 4/12 4/16
4/17 4/24 5/5 15/22
16/1 16/11 18/1 23/18
24/2 27/8 29/16 41/2
44/13 48/9 49/17 52/6
52/10 52/21 52/23
53/7 53/13 53/15 56/1
57/10 57/22 58/2
58/20 65/8 65/16
65/19 66/19 66/22
66/22 67/25 68/10
69/14 71/9 80/18
83/19 84/9 86/6 87/4
91/11 92/2 92/9 92/14
93/13 93/18 93/25
94/4 97/10 97/20
99/17 105/10 105/11
105/18 106/14 106/20
107/16 108/1 108/6
110/17 112/15 115/11
Mr. Crisp [17] 3/10
4/12 4/24 15/22 16/1
49/17 52/21 52/23
53/15 56/1 57/10 92/2
105/11 105/18 107/16
110/17 115/11
Mr. Hirsch [1] 99/17
Mr. Mastriano [4]
29/16 65/8 65/19
66/22
Mr. Mastriano's [1]
65/16
Mr. Morgan [10] 52/10
53/13 57/22 66/19
91/11 92/14 93/25
97/10 106/14 106/20
Mr. Nester [33] 4/16
4/17 5/5 18/1 23/18
24/2 27/8 41/2 44/13
48/9 52/6 53/7 58/2
58/20 66/22 67/25
68/10 69/14 71/9
80/18 83/19 84/9 86/6
87/4 92/9 93/13 93/18
94/4 97/20 105/10
108/1 108/6 112/15
Mr. Nester's [1] 16/1
Ms. [9] 44/20 53/13
67/22 78/1 91/15
93/19 95/7 97/21

Ms. Boyles [1] 53/13
Ms. Jenkins [1] 44/20
Ms. Jones [2] 67/22
78/1
Ms. Walker [1] 115/19
Ms. Weyer [4] 91/15
93/19 95/7 97/21
much [7] 37/21 54/22
55/5 79/5 100/17
101/4 101/18
multiple [2] 12/23 88/7
mumbled [1] 45/10
must [3] 39/20 50/13
113/19
my [47] 3/7 14/5 16/18
24/19 24/20 25/22
29/20 30/11 36/1
38/21 40/1 40/17
41/19 46/19 49/23
50/17 50/17 50/21
52/24 53/11 54/3
55/18 62/11 65/9
67/16 67/19 74/21
75/10 82/6 82/24 84/6
85/12 88/3 93/12 99/4
100/9 104/8 106/7
106/25 108/11 109/8
109/12 109/20 110/8
110/18 111/4 112/9
myself [2] 24/9 99/6

**N**

name [5] 5/5 8/11 11/7
22/17 36/15
narrative [1] 76/12
nation [2] 88/8 90/22
National [3] 89/14
89/20 89/21
natural [1] 54/11
nature [5] 5/20 92/6
104/16 114/4 115/9
near [3] 20/23 29/6
73/11
necessarily [4] 39/5
39/23 62/9 92/5
necessary [1] 66/18
neck [1] 96/6
need [10] 4/2 52/12
54/11 57/13 93/22
93/24 97/18 97/19
106/17 113/20
needed [3] 61/20
92/11 92/11
needs [4] 54/24 55/4
91/20 108/14
negated [1] 50/8
neither [1] 51/18
NESTER [39] 1/5 1/8
2/4 4/15 4/16 4/17
4/19 5/5 5/7 18/1
23/18 24/2 27/8 41/2
44/13 48/9 52/6 53/7
58/2 58/20 66/22
67/25 68/10 69/14
71/9 80/18 83/19 84/9
86/6 87/4 92/9 93/13
93/18 94/4 97/20
105/10 108/1 108/6
112/15

nestor [5] 1/20 1/22
117/7 117/7 117/9
never [12] 33/17 49/18
59/20 67/9 70/8 70/21
75/2 93/1 95/11 98/22
100/24 103/23
New [2] 8/18 26/21
news [6] 18/25 19/2
48/2 68/20 68/22 71/5
next [13] 21/25 32/11
32/17 37/5 40/22
45/23 51/21 52/2
69/19 69/21 82/25
83/5 84/13
night [3] 49/19 51/12
93/16
Nigrotime [1] 38/9
nitpick [1] 85/17
no [89] 1/3 5/21 7/2
7/9 7/11 7/14 9/13
11/19 11/22 12/10
13/4 13/18 14/10
14/13 16/6 18/20
20/12 21/8 25/10 27/7
27/24 28/17 30/22
32/9 33/13 35/15 36/5
37/8 37/14 37/19 38/7
38/12 39/24 42/7 44/5
47/16 47/22 48/2 48/5
49/6 56/11 57/15
57/18 59/8 59/14
59/15 63/19 65/9
67/16 71/4 72/6 72/8
72/10 72/14 72/22
75/2 76/10 77/9 79/1
79/1 79/9 79/9 81/21
83/4 84/6 87/16 88/3
88/5 90/10 94/9 95/6
95/8 96/20 96/20
98/13 98/17 100/6
101/3 101/25 105/2
105/4 105/6 105/13
106/2 106/15 106/22
109/3 112/3 115/15
No. [2] 28/22 110/19
No. 1 [1] 110/19
No. 4 [1] 28/22
noise [2] 82/11 82/12
noisy [1] 38/15
nonessential [1] 6/15
normally [2] 55/8 92/7
North [1] 1/16
Northwest [1] 1/13
1/21
not [159] 3/9 3/16 3/22
3/25 8/17 10/1 11/5
11/13 12/8 12/24 13/2
13/14 16/7 18/7 24/18
26/13 26/14 31/16
33/2 33/8 33/12 35/4
39/15 39/23 40/1 40/7
44/13 48/9 52/6 53/7
47/11 47/13 50/19
50/22 51/3 51/15
51/18 51/22 51/23
52/2 52/10 52/23
52/24 53/10 54/7 54/8
54/10 55/7 55/9 55/17

60/4 61/15 62/1 62/9
62/10 62/15 64/2 64/9
64/13 64/13 65/9
65/25 66/5 66/8 66/14
66/16 67/10 67/17
70/2 70/8 73/10 75/17
76/4 76/10 76/21
77/10 78/18 79/1 79/1
79/1 79/12 81/19
83/11 83/13 83/15
83/17 84/4 84/4 85/8
85/9 85/11 85/12
85/13 85/14 85/17
86/1 86/4 86/5 86/21
86/23 86/24 87/11
87/13 88/3 89/11 90/5
90/7 91/18 91/22 92/3
93/22 94/12 94/20
95/8 96/17 97/22 98/1
98/8 98/14 98/24
98/25 99/8 100/8
100/25 103/9 103/12
103/21 103/22 106/9
107/11 108/8 108/9
108/10 108/15 109/6
110/1 110/4 110/24
111/21 111/24 112/4
112/10 112/13 112/15
112/18 112/25 113/2
113/20 113/24 113/25
114/4 114/16 114/19
115/11 115/23
nothing [6] 38/4 75/11
75/13 99/23 99/23
105/7
notice [1] 3/20 3/21
89/22
notion [2] 100/18
102/23
notwithstanding [2]
69/8 73/22
November [12] 14/1
14/25 15/15 16/14
16/20 16/21 17/17
17/18 17/22 18/22
18/24 69/18
November 12 [1] 16/20
November 14 [1] 16/21
November 3 [1] 69/18
November 7 [2] 15/15
16/14
November-December
[2] 17/17 18/22
now [37] 8/17 13/21
18/18 26/1 27/8 38/1
43/11 44/23 52/19
55/20 63/3 64/5 64/7
65/20 68/12 69/7
74/19 76/16 77/23
79/14 79/22 86/14
86/21 87/4 89/6 91/22
91/23 100/20 105/19
106/5 106/6 106/16
106/23 107/2 110/10
110/16 113/10
number [9] 12/19
24/19 26/19 29/24
30/6 40/12 40/21

numerous [3] 60/20
91/24 92/20
NW [1] 117/8

**O**

oath [11] 4/20 87/5
87/12 87/14 87/24
88/6 88/11 88/25 89/4
89/7 89/24
object [3] 109/22 111/8
111/12
objection [9] 25/10
27/24 28/17 42/7
52/17 56/1 56/3 63/20
111/6
objections [1] 19/6
observation [1] 39/24
observe [5] 9/19 9/22
25/1 101/25 102/1
observed [9] 9/18 14/3
15/4 31/25 32/1 32/2
32/21 102/5 102/7
observing [1] 21/4
obtain [3] 24/7 27/13
41/8
obvious [1] 26/14
obviously [2] 24/23
54/1
occurred [7] 18/6 18/7
18/24 37/8 37/17 48/3
81/1
occurrence [1] 19/9
occurring [2] 47/10
48/4
off [8] 10/18 31/9
34/12 44/18 44/19
102/17 102/17 102/18
offense [4] 109/4 110/7
110/16 110/18
offenses [2] 107/25
113/24
offer [4] 25/8 28/15
105/12 106/21
offers [1] 27/22
office [2] 1/12 50/18
officers [5] 34/10 34/18
39/9 80/3 105/1
offices [1] 63/12
official [5] 1/20 72/7
89/11 89/16 117/8
oh [4] 44/6 52/21
72/23 76/7
okay [130] 3/13 6/6
6/19 6/24 7/3 7/7 8/1
8/14 9/6 9/11 11/16
12/24 13/5 13/15
14/18 14/24 15/6
15/18 15/21 16/9 17/4
17/6 19/4 19/18 19/22
19/25 20/2 20/9 20/11
20/19 21/21 21/24
22/3 22/8 23/21 24/7
24/11 25/1 26/1 26/5
26/9 26/13 27/5 27/13
28/22 28/25 29/7
29/11 29/16 29/24
30/2 30/21 31/3 31/12
31/16 31/20 32/1
32/13 32/16 32/23

O
okay... [70] 33/1 33/6
34/3 34/21 35/24
36/13 38/22 39/22
40/7 40/10 40/20
40/23 41/11 41/18
41/21 42/16 42/19
43/9 45/2 45/13 45/15
45/23 46/3 47/23 48/6
48/17 53/24 58/16
59/5 59/7 59/11 60/20
61/10 63/17 65/7
65/19 65/22 66/20
67/11 67/21 68/8 74/8
78/8 78/23 79/15 80/8
80/20 81/5 86/17
86/17 88/23 91/6 91/8
94/1 95/6 96/5 97/8
97/20 98/16 98/18
99/17 100/20 100/22
101/9 102/21 102/25
104/1 108/8 112/6
115/22
old [1] 5/10
older [1] 92/10
once [1] 105/23
one [41] 3/17 9/24
13/11 14/17 15/15
17/1 20/4 22/20 25/22
31/14 35/9 39/1 40/22
48/7 50/2 50/16 50/17
50/23 51/22 57/14
61/7 66/17 67/18
69/21 74/15 74/18
79/19 83/10 84/7 84/9
84/22 85/22 91/4
91/13 93/2 97/2 97/24
102/12 108/5 110/6
110/25
ones [1] 15/14
ongoing [2] 18/15
98/16
only [8] 19/20 19/20
36/7 57/4 76/21 94/9
108/20 112/18
open [17] 8/11 16/4
16/10 27/14 27/16
28/5 36/2 38/17 41/10
42/25 48/16 74/22
79/12 82/15 94/2
102/15 106/19
opened [14] 9/24
30/17 30/19 35/19
36/6 36/7 39/15 74/23
74/25 75/3 85/5 85/7
86/1 98/21
opening [1] 56/18
opinion [2] 9/20 19/14
opportunity [1] 45/25
oral [1] 106/7
orally [1] 103/25
order [1] 3/3
orders [1] 7/5
ordinarily [1] 54/16
organization [2] 63/15
organize [1] 63/8
organized [1] 66/7
organizing [1] 66/7
orientation [1] 23/7

other [21] 17/18 19/19
24/19 39/20 47/19
48/2 48/20 55/1 55/14
68/19 71/14 77/8
79/12 81/18 88/25
91/5 96/10 98/4 99/7
104/20 115/15
others [2] 69/2 99/4
otherwise [1] 91/19
our [10] 9/24 22/1 40/9
45/8 71/24 94/4 95/12
95/13 95/14 99/6
out [29] 12/18 16/3
16/3 32/18 34/6 40/7
43/21 45/5 45/14
45/15 45/21 45/25
46/1 46/3 46/6 46/7
46/10 58/4 58/11 59/2
70/15 71/25 80/2
90/13 95/10 95/22
96/13 100/25 103/9
outnumbered [1] 75/25
outset [1] 91/14
outside [1] 5/8 14/21
31/9 33/5 33/7 46/10
67/6 80/6 96/3 97/5
over [8] 10/20 34/5
45/19 69/17 88/8
95/17 104/9 104/9
overlooks [1] 44/7
overnight [1] 115/1
overpowered [3] 59/23
59/24 75/25
overreach [1] 6/23
overtop [1] 44/14
overwhelmed [1] 36/19
overwhelming [2]
82/11 82/12
own [3] 23/22 102/18
109/15
owned [1] 6/1

P
p.m [10] 3/2 4/8 49/16
52/5 57/20 83/24
95/23 97/5 107/15
116/1
PA [6] 63/6 63/8 64/5
64/8 64/12 64/12
page [5] 2/8 53/9
53/11 58/22 113/16
Paint [1] 25/7
pandemic [1] 6/14
panel [1] 4/6
paper [2] 52/16 52/19
paraphrasing [2] 109/9
109/14
Pardon [1] 90/6
park [1] 20/18
parked [4] 20/16 20/20
20/21 20/22
parking [1] 20/20
part [16] 23/16 23/18
26/6 37/20 45/11
50/22 59/24 60/10
64/24 80/2 89/11
99/10 99/14 103/4
108/4 108/17
particular [10] 7/13

54/10 54/15 79/8
89/22 106/12 112/13
parties [1] 109/16
party [1] 10/4
pass [1] 81/11
passed [2] 31/13 89/1
passing [1] 37/25
past [4] 32/6 60/7 89/3
89/4
path [1] 42/2
patriots [1] 63/9
Pauline [2] 96/25 97/5
pause [2] 41/2 42/13
Pence [3] 96/11 96/11
96/12
Pennsylvania [44] 1/17
5/7 5/8 10/12 12/16
15/1 15/17 15/19
16/17 16/18 17/19
18/6 18/9 18/14 18/17
18/21 19/2 19/5 21/20
23/17 32/21 32/25
33/13 38/6 38/8 46/25
47/20 47/25 48/10
48/12 48/16 49/2 49/3
61/4 62/3 62/4 62/5
62/6 62/21 65/20
68/18 69/23 69/24
79/6
Pennsylvania's [1] 66/8
people [60] 5/21 12/19
14/4 14/22 21/13
22/20 23/1 24/19
24/19 26/10 31/4 31/9
31/21 32/3 32/8 33/11
33/23 33/24 34/17
35/10 37/3 37/7 38/15
38/15 39/6 39/7 39/17
39/20 43/17 43/18
45/5 45/14 45/15 60/8
60/9 73/2 73/5 73/7
75/21 76/9 78/11
78/19 78/23 79/9
79/17 79/20 82/21
82/22 83/3 84/6 85/10
85/15 97/2 99/8 99/20
102/23 103/5 103/7
104/6 104/21
people's [1] 25/1
pepper [14] 71/19
83/12 83/14 83/16
83/18 83/25 84/3 84/4
85/13 86/12 86/19
86/22 86/23 103/22
pepper-sprayed [7]
83/12 83/14 83/16
83/18 84/4 86/22
86/23
perceived [2] 110/23
114/8
perceives [1] 91/16
percent [1] 11/2
perception [1] 92/9
perimeter [1] 67/6
period [5] 6/11 7/3
9/12 71/5 80/8
permissible [2] 75/10

permission [10] 59/21
67/13 73/22 73/23
73/25 75/6 75/14
78/13 79/10 79/18
permitted [1] 67/16
persist [1] 104/6
persisted [1] 15/7
person [17] 8/5 8/6
19/20 21/22 35/11
61/19 64/20 91/20
104/4 110/20 111/1
111/19 112/7 113/1
113/16 114/2 114/19
person's [1] 8/11
perspective [2] 12/12
37/10 84/20
pertain [1] 16/14
pertaining [1] 20/3
phone [2] 15/22 45/18
phones [1] 45/8
phrase [2] 78/15 98/21
phrased [1] 8/19
physical [2] 92/24
101/17
physically [4] 77/14
77/18 94/21 101/10
picking [1] 70/15
picture [6] 25/22 25/24
61/21 61/22 62/13
80/24
pitcher [1] 97/16
place [8] 14/21 18/22
20/18 30/22 47/24
65/16 81/17 100/25
Plaintiff [2] 1/3 1/11
plan [1] 41/6
planned [1] 20/18
planning [1] 64/25
play [2] 42/16 81/6
played [3] 66/7 77/9
81/7
plaza [15] 22/2 22/5
22/6 22/9 22/12 23/12
26/23 26/24 28/21
29/4 29/6 30/20 67/17
67/20 80/9
pleadings [1] 51/1
please [14] 3/3 5/5
15/23 35/3 45/10
67/23 69/13 78/2 81/6
84/7 96/22 97/21 98/1
112/6
plowed [1] 87/1
point [32] 6/24 13/11
15/8 19/8 22/20 23/10
23/21 25/8 26/16
27/21 29/7 31/21
31/21 32/16 33/1 33/7
34/4 35/25 39/1 40/4
46/9 51/4 70/3 74/15
75/16 82/7 82/23 90/2
91/22 92/15 94/6
94/13
points [1] 43/3
police [44] 27/2 31/20
32/5 34/9 34/13 34/15
34/18 35/13 35/20
36/4 36/19 37/6 39/9

74/3 74/5 74/9 74/13
74/15 75/22 75/25
76/8 76/17 77/1 77/18
77/23 79/22 80/3 80/8
80/11 80/22 80/22
80/23 80/24 81/18
82/3 82/5 82/6 82/14
83/2 83/8 101/9
102/13 102/15 105/1
political [10] 7/4 7/8
7/15 60/20 61/17
62/12 63/4 99/11
99/12 99/15
politically [1] 7/1
politicians [3] 13/9
13/19 14/6
politics [3] 60/14 60/17
68/14
poll [26] 7/24 8/2 8/3
8/9 8/11 8/14 8/15
9/14 9/18 9/24 10/1
10/2 10/3 10/23 10/23
11/5 11/9 11/23 12/8
12/8 12/12 12/25
13/22 14/5 19/8 70/13
polling [1] 14/21
polls [5] 7/10 7/21 9/24
14/12 14/14
Pomeroy [1] 40/11
poorly [1] 8/19
population [1] 69/18
porch [1] 46/10
portico [4] 34/12 34/12
46/10 46/13
portion [2] 77/10
102/14
portray [3] 28/8 41/12
41/24
portrayal [1] 92/22
posed [2] 61/21 62/15
position [5] 34/23
53/14 54/22 64/15
101/13
positions [1] 64/17
possibility [1] 4/2
possibly [3] 21/11 47/7
49/10
post [2] 64/8 102/9
posts [2] 17/5 20/1
potentially [1] 12/22
practice [2] 50/20
109/20
practitioner [1] 51/2
preceding [2] 64/1
91/25
precinct [7] 9/24 9/25
10/8 10/10 11/13
11/24 12/7
precincts [1] 10/17
predicated [1] 67/17
predominately [2] 53/5
55/13
preparation [1] 23/24
preparations [1] 71/10
prepare [1] 23/24
prepared [7] 24/6
24/12 33/24 51/23
52/15 53/21 55/23
preparing [1] 50/18

**P**

presence [2] 40/4 67/17
present [2] 49/19 50/5
presented [1] 51/24
presently [1] 3/9
president [4] 20/6 66/5 69/19 70/1
president's [1] 66/25
presidential [6] 62/7 65/25 66/13 70/11 71/3 100/4
Press [1] 66/11
presumption [1] 108/12
pretty [2] 68/16 95/10
prevent [1] 76/23
preventing [1] 80/9
previously [2] 38/6 64/15
primaries [1] 15/4
primarily [4] 9/4 19/7 19/10 68/18
primary [6] 7/16 8/20 8/21 13/24 46/24 46/25
print [1] 25/6
prior [9] 5/25 7/7 15/10 41/22 48/4 61/3 87/14 90/11 95/6
probable [1] 54/11
probably [11] 10/22 13/24 18/25 33/2 55/8 57/1 70/25 89/20 99/2 113/9 114/19
problem [2] 50/8 108/24
problematic [1] 9/20 9/22 12/12
problems [2] 11/4 19/21
proceed [3] 3/23 4/25 57/22
proceedings [1] 117/3
process [17] 8/6 8/8 18/8 18/16 19/5 33/15 35/7 35/21 38/3 47/24 62/18 62/20 70/18 71/1 71/2 71/4 87/18
proffer [2] 93/3 93/10
proffered [3] 50/9 50/22 53/14
proffering [1] 50/25
progressed [1] 32/4
proof [5] 55/12 108/13 110/7 110/8 110/9 113/4
properly [1] 55/3
property [1] 46/20
prophylactic [1] 16/8
proposal [1] 54/23
propose [2] 114/25 115/10
proposed [3] 3/14 52/22 53/19
proposing [1] 114/14
protect [1] 87/24
protest [4] 17/2 17/4 19/23 48/18
protesters [2] 48/17

protesting [1] 62/6
protestors [3] 81/18 96/10 104/18
protests [3] 48/10 108/4 108/17
proud [3] 37/18 37/19 37/20
prove [3] 50/14 112/21 113/21
provide [1] 19/16
provided [3] 41/4 50/16 52/1
public [11] 36/2 46/20 46/20 48/11 48/15 48/16 48/21 48/24 78/7 79/2 79/6
pull [5] 17/25 40/16 67/22 77/24 78/1
pulled [1] 102/15
pulling [2] 39/8 40/24
purely [1] 56/21
purpose [12] 10/2 15/18 17/6 17/13 19/13 33/12 34/3 34/16 35/23 54/2 89/16 89/18
pursuant [3] 87/18 87/22 107/18
pushed [2] 89/3 89/4
pushing [3] 73/7 74/8 89/8
put [6] 4/12 17/1 41/16 41/19 69/16 108/5
putting [2] 104/22 109/14

**Q**

qualified [2] 85/4 85/25
question [17] 8/19 12/5 17/10 19/12 23/6 34/14 40/5 47/19 53/22 91/1 91/23 94/17 97/20 98/20 99/13 99/24 109/17
questioning [1] 92/8
questions [11] 18/11 18/15 19/10 28/3 49/7 60/15 68/15 97/9 98/18 98/19 104/11
quick [5] 3/6 43/6 49/23 91/9 109/17
quickly [1] 31/11
quite [1] 77/5
quote [3] 66/17 76/20 93/23

**R**

rack [6] 26/25 31/13 31/15 31/17 32/4 82/8
racks [5] 27/6 29/8 32/10 33/20 60/7 80/7 80/12 80/12 102/14
raindrops [1] 60/9
raise [5] 4/18 13/6 13/8 14/2 14/6 15/19 19/15
raised [3] 13/22 14/9 56/19 95/17
raising [1] 51/5
rallies [22] 7/6 7/8 9/1

16/5 17/18 17/21 17/22 19/13 48/10 48/12 60/20 60/23 60/23 60/24 60/25 61/4 61/7 104/19
rally [18] 7/24 15/18 16/14 16/20 16/24 17/11 17/13 20/3 33/10 34/5 47/9 48/17 61/11 61/13 61/17 62/12 70/24 100/10
rambling [1] 19/11
ran [2] 24/8 65/22
range [2] 9/8 95/24
ray [2] 72/11 72/13
rea [1] 9/8
read [5] 45/19 57/12 66/19 85/22 109/10
reading [4] 109/11 111/17 112/1 112/3
ready [6] 3/4 57/19 90/14 90/19 90/25 91/2
real [2] 3/6 39/25
realization [1] 103/2
realize [1] 115/5
realized [4] 22/13 30/22 33/2 75/17
realizes [1] 114/3
really [8] 3/19 3/24 39/25 53/25 84/19 84/24 103/15 109/7
reason [9] 11/14 43/14 43/19 49/22 55/8 55/9 65/9 91/15 115/7
reasonable [8] 107/24 107/24 108/21 108/23 109/3 109/9 109/21 109/24
rebuttal [3] 105/16 106/14 106/21
recall [12] 13/17 20/6 21/7 21/9 22/15 28/12 38/14 58/11 71/8 88/17 94/23 104/19
receive [2] 55/1 55/15
received [8] 10/4 25/12 28/1 28/19 42/9 84/2 96/5 99/4
recently [1] 28/24
recess [2] 3/2 52/5
recognize [4] 24/3 24/5 27/9 27/11
recognized [1] 79/2
recollecting [1] 8/17
recollection [5] 9/12 27/3 41/9 51/7 66/9
recommend [1] 110/12
reconcile [5] 97/21 97/21 98/1 102/5 103/3
record [4] 34/24 44/10 57/13 107/23
records [1] 40/17
RECROSS [1] 2/2
red [2] 41/19 42/12
Redbook [4] 3/15 3/16 53/6 110/11

97/11 97/13
redundant [1] 112/21
reference [1] 104/15
referenced [2] 12/25 98/3
referred [3] 60/24 63/17 68/20
referring [5] 40/13 60/6 62/2 84/2 85/20
reflect [1] 34/24
refresh [1] 58/24
refreshes [1] 58/20
refreshing [1] 51/7
refuse [1] 49/21
regard [9] 35/9 53/14 55/19 56/15 108/3 110/10 110/16 110/25 112/19
regarding [1] 47/9
regardless [1] 50/12
region [1] 11/18
registered [8] 7/16 10/3 10/7 10/7 11/17 11/24 12/3 12/7
regret [4] 37/20 37/22 37/23 37/25
rejected [2] 49/25 50/1
related [2] 16/1 62/19
relations [1] 98/11
relationship [11] 91/14 91/21 92/1 93/5 94/6 94/13 95/7 97/23 98/2 98/5 98/9
release [1] 107/2
relented [1] 76/2
relevance [2] 63/21 92/6
reliable [1] 100/24
relinquish [1] 104/8
relinquishes [1] 104/4
rely [1] 111/10
remain [1] 4/18
remained [2] 80/6 112/16
remaining [7] 110/19 111/2 111/21 112/10 112/17 113/2 114/21
remains [1] 111/1 111/20 112/7
remedy [1] 19/16
remember [38] 8/15 8/18 20/14 20/25 21/4 22/3 22/17 22/18 22/19 22/22 29/11 29/22 30/7 30/14 30/18 32/10 34/6 34/21 34/22 36/12 36/16 36/20 36/23 37/5 38/13 43/9 44/25 46/12 53/9 61/15 61/23 80/18 84/19 84/25 85/5 94/7 102/6 110/7
remove [1] 81/13
removed [3] 35/11 81/15 81/16
repair [1] 5/20
repeat [9] 12/5 19/12

94/17 111/16 112/6
repeating [1] 100/17
rephrase [1] 74/1
reported [4] 1/20 19/2 66/10 66/11
Reporter [2] 1/20 117/8
reports [3] 48/2 90/4 90/9
reposting [1] 100/16
represent [2] 25/18 42/17
representation [2] 24/14 28/11
Representative [1] 100/2
represents [3] 41/19 42/18 44/13
republican [1] 64/20
request [2] 51/24 111/5
requested [6] 10/5 12/20 49/17 49/20 56/5 110/5
requesting [2] 110/17 110/17
required [1] 54/10
requirement [2] 50/8 112/23
research [1] 23/22
researched [1] 71/11
resembles [1] 79/5
residence [1] 5/6
resist [3] 100/18 100/20 104/25
resistance [1] 59/24
resisted [3] 76/11 100/20 101/4
resisting [1] 101/17
respect [1] 56/4
responded [2] 29/20 95/14
responding [1] 102/10
response [4] 8/1 66/15 77/8 86/16
rest [4] 75/8 105/14 107/20 108/8
rested [2] 3/4 4/11
restricted [8] 50/3 50/7 67/6 110/19 111/1 111/20 112/8 112/16
restricting [2] 75/11 75/13
restrictions [1] 48/11
restroom [1] 5/22
restrooms [1] 23/16
result [4] 8/14 11/4 11/5 62/24
results [7] 18/13 62/7 66/12 69/9 71/2 71/7 100/25
resume [1] 16/11
retrospect [1] 103/14
reversals [1] 57/5
reversible [2] 51/21 57/6
review [2] 23/25 41/21
right [134] 3/4 4/5 4/16

**R**

right... [131] 4/18 4/23
8/17 8/24 10/23 11/13
12/10 16/3 20/25 21/9
23/11 25/14 25/23
25/25 29/14 30/9 32/7
34/25 35/16 35/24
36/3 40/7 41/8 42/13
44/11 49/8 56/1 56/13
57/17 59/5 59/13 61/5
62/20 63/1 63/4 64/5
64/7 65/2 65/8 65/17
65/20 68/3 69/17
69/19 69/24 70/1 70/2
71/12 71/15 71/17
72/1 72/5 72/23 73/3
73/22 74/2 75/17
75/18 75/22 76/5
76/10 76/14 76/18
76/24 77/7 77/12
77/15 77/19 77/21
78/8 78/11 78/15
78/17 78/20 78/23
79/10 79/18 80/10
80/23 80/25 81/2 81/3
81/10 81/11 82/7 82/8
83/5 83/12 83/19
83/22 83/25 84/3
84/13 84/18 85/19
87/6 87/20 88/12 89/2
89/9 89/9 89/12 90/3
90/15 90/20 92/14
93/21 94/14 94/16
95/23 96/1 96/6 96/8
96/18 96/19 96/25
97/3 100/13 101/10
104/8 106/6 106/16
106/17 106/23 107/16
108/4 108/17 110/3
111/13 113/10 115/25
rights [2] 104/4 104/5
ringing [3] 73/9 73/12
74/9
riot [4] 73/17 74/9
80/22 84/22
rioters [1] 76/17
riots [1] 104/16
river [1] 60/9
RMR [2] 1/20 117/7
road [1] 26/22
Roar [3] 61/10 61/11
70/23
role [2] 8/8 66/7
rolling [1] 88/7
romantic [12] 91/15
91/21 91/25 92/4 93/9
94/5 94/13 95/6 97/22
98/2 98/6 98/9
romantically [3] 63/18
64/1 93/7
room [1] 44/12
rooms [2] 43/21 43/23
rotunda [10] 33/5 33/7
39/13 43/7 43/7 45/6
45/15 45/16 46/11
49/5
roughly [7] 10/18 20/14
20/25 22/22 23/19
29/11 53/9

rule [3] 106/6 106/11
107/18
Rule 29 [1] 107/18
rules [2] 38/7 48/20
running [1] 8/5
rush [4] 31/10 39/9
45/14 45/15
rushing [1] 45/5

**S**

sad [1] 37/17
safe [1] 93/17
said [51] 8/25 10/22
13/11 13/19 13/20
16/14 22/11 29/23
30/1 33/22 36/18
43/15 48/2 59/3 59/9
62/10 65/7 66/15 70/9
70/13 71/24 74/12
74/15 74/18 75/16
75/24 75/24 76/10
76/16 76/20 77/6 83/9
84/17 85/14 86/14
86/16 89/24 93/6
94/19 94/24 95/2
95/13 96/6 97/23 98/3
99/6 100/17 103/17
110/4 110/23 114/7
salacious [1] 93/24
sales [1] 5/17
same [13] 16/24 17/10
17/15 24/1 28/3
33/11 45/7 56/3 56/23
56/25 73/3 87/5
100/13
Sandra [9] 42/25 61/21
63/17 67/3 82/25
93/12 94/6 94/18 98/2
Sandy [5] 38/21 43/14
45/4 45/22 103/16
Sandy's [2] 40/11
45/18
saw [32] 10/22 14/7
27/18 29/24 30/6
31/12 31/17 32/3 32/3
32/5 32/7 36/10 38/9
67/9 74/12 75/21 77/6
77/21 77/23 78/10
78/10 79/22 79/22
80/1 81/13 81/15
81/17 82/8 89/7 89/25
96/13 102/18
say [45] 8/16 10/7
11/21 18/12 19/17
23/12 30/3 32/1 33/1
54/9 54/10 57/4 59/5
59/7 59/20 60/17
63/14 65/5 65/14
67/18 69/17 76/19
77/5 77/11 77/12 83/7
84/18 85/3 85/17
85/25 89/3 93/6 93/16
93/23 98/5 98/24
101/20 101/21 102/2
102/11 102/15 111/24
112/15 114/19 115/15
saying [14] 21/13 39/1
58/12 61/14 76/7 83/5
84/24 92/4 94/20

112/14 112/25
says [6] 54/4 54/15
111/18 112/9 113/16
114/2
scaffolding [1] 26/11
school [2] 5/13 5/14
scraped [2] 84/4 86/24
scrapes [4] 83/25 84/3
86/13 86/19
screen [9] 24/3 25/4
25/6 28/6 28/8 41/3
43/25 44/2 93/12
screening [3] 72/9
72/20 79/10
scrolling [1] 53/10
scuffle [6] 31/1 31/7
81/17 81/20 82/3 82/4
scuffles [3] 71/25
81/24 104/13
search [2] 87/19 87/22
searched [1] 24/9
seated [2] 3/3 4/22
seating [1] 67/1
second [6] 11/8 36/25
38/2 41/6 58/21 69/16
secondary [2] 21/15
21/15
secondhand [1] 84/21
seconds [2] 43/5 43/10
section [1] 113/24
secure [1] 47/3
security [6] 59/15 72/9
72/20 79/9 79/12 88/7
see [38] 11/4 26/9
26/24 27/2 27/5 30/25
31/13 32/2 34/18
35/12 38/11 40/1 41/3
44/5 48/17 53/2 58/6
58/8 58/20 65/8 67/25
71/11 77/17 80/23
80/24 81/11 81/15
81/20 82/6 90/23 92/6
92/10 99/14 99/14
101/13 101/18 102/3
107/13
seeing [10] 30/7 34/21
34/22 58/7 58/15
88/17 101/9 102/6
102/14 102/20
seek [1] 52/12
seem [2] 35/15 99/3
seemed [3] 15/5 43/17
102/6
seen [5] 3/25 4/1 18/25
30/24 56/11
selectively [1] 93/23
selfie [1] 61/20
semantics [1] 31/16
senator [3] 21/20
26/15 65/20
send [2] 58/14 115/2
sense [1] 103/14
sent [13] 12/18 27/12
49/19 51/11 53/15
58/4 58/12 59/1 67/3
94/18 94/24 95/2
114/12
sentence [5] 110/18

115/12
sentences [2] 54/9
54/13
separated [2] 38/25
40/8
series [2] 28/3 104/11
seriously [1] 51/22
served [1] 87/19
session [1] 100/12
set [3] 5/21 43/11
79/23
several [3] 9/23 22/18
68/20
sexual [4] 93/4 93/6
98/11 98/12
sexy [2] 93/19 95/3
Shall [1] 105/19
Shame [1] 96/12
she [26] 39/3 40/13
43/15 43/19 43/22
45/23 50/1 50/5 64/5
64/7 64/11 64/15 76/7
83/5 83/9 83/11 92/11
92/23 94/15 94/23
94/24 95/1 97/2 97/23
98/2 112/9
she's [2] 64/3 64/7
shoes [1] 30/11
shooting [3] 76/17 77/1
77/7
short [1] 102/14
shortage [1] 7/24
shortly [1] 58/11
shot [2] 90/4 96/6
should [4] 8/16 40/6
69/25 75/17
shouting [3] 38/15
40/12 82/10
show [8] 24/2 27/8
28/3 80/14 88/14 93/4
113/1 113/19
showed [3] 33/17 37/4
37/8
showing [1] 92/22
shown [2] 52/16 54/16
shows [4] 22/15 43/6
43/6 91/25
side [13] 20/17 23/12
26/4 26/5 26/8 26/16
26/21 28/12 28/21
49/3 49/4 68/6 104/20
sidebar [3] 15/24 91/10
105/21
sidewalk [1] 26/20
sign [18] 8/12 11/9
11/14 11/21 21/23
61/14 61/16 61/17
61/19 61/20 61/22
61/25 61/25 62/10
62/11 62/12 62/15
100/9
signage [1] 100/2
signature [1] 10/5
signed [2] 8/2 11/16
significance [2] 39/23
39/25
significant [2] 12/19
99/3

significantly [1] 56/19
signs [2] 26/11 27/5
similar [9] 14/25 17/8
27/15 32/21 37/4 38/5
48/20 49/4 72/19
similarity [1] 49/2
similarly [1] 89/19
simply [1] 12/6
since [3] 5/24 64/17
91/23
singing [1] 38/16
Sir [1] 87/17
sit [1] 101/25
site [1] 64/13
skylight [1] 29/6
slate [1] 66/8
sleep [1] 107/13
slightly [1] 21/2 21/2
82/1
slowed [1] 46/1
small [1] 26/10
smelled [1] 103/21
snow [1] 26/10
so [163] 3/11 4/2 6/24
8/1 8/3 8/7 8/7 8/24
10/3 10/22 11/1 11/11
11/16 12/1 12/16
12/18 12/21 13/5
13/19 13/25 14/11
14/24 15/25 16/4
18/14 19/4 19/22 20/4
20/11 20/13 20/20
21/14 21/24 22/24
23/15 23/18 24/23
25/1 25/14 26/2 26/13
26/16 26/24 28/21
29/24 30/14 30/17
30/24 31/3 31/12
32/10 32/16 33/1 33/6
33/15 34/3 35/13
35/16 35/20 36/3 36/5
36/10 36/18 37/3
37/10 37/13 38/9
38/17 39/4 39/4 39/7
39/13 39/15 40/7
40/22 42/12 43/19
43/21 44/8 44/21
44/23 45/2 46/9 46/21
47/8 48/9 50/23 51/20
51/22 52/1 53/10
53/24 54/13 54/18
55/2 55/17 55/23 57/8
68/14 69/1 70/13
70/19 74/18 74/25
75/12 75/13 76/20
77/9 78/13 78/17
78/21 78/23 79/16
81/10 82/20 82/25
83/8 84/5 84/18 84/22
85/2 85/9 85/14 86/21
88/11 89/15 90/19
90/24 95/6 97/20
98/18 99/9 100/8
100/13 100/22 100/22
101/6 101/13 102/2
102/12 102/21 103/22
105/5 106/23 107/1
107/2 107/8 107/12
108/14 108/16 109/1

so... [12] 109/16
110/18 111/10 111/11
112/22 112/22 113/4
114/14 114/16 114/16
115/8 115/10
software [1] 41/16
solo [1] 51/2
some [38] 7/6 11/14
13/5 13/9 15/25 19/1
23/1 23/2 23/16 27/4
30/2 30/4 31/18 31/21
32/5 34/13 40/8 41/17
43/14 43/18 45/5
49/23 83/17 86/25
87/22 89/16 92/24
94/6 97/18 98/6 98/18
99/4 101/19 101/20
103/10 103/24 104/6
113/11
somebody [8] 47/17
62/13 90/4 92/19
100/9 100/17 104/10
112/14
someone [2] 50/2 90/2
something [29] 4/3
6/10 10/19 13/21 31/8
36/8 36/18 38/10 39/2
69/5 76/7 77/11 81/22
81/23 92/4 95/10
99/10 99/14 100/16
100/17 103/4 104/5
104/10 104/10 104/23
109/22 109/25 113/12
113/17
sometimes [2] 33/13
81/24
somewhere [1] 20/17
soon [1] 4/3
sorry [14] 6/20 8/19
9/8 11/23 12/4 16/21
28/22 44/1 45/9 46/5
72/12 73/24 96/23
111/16
sort [6] 92/10 92/10
92/12 92/16 92/18
103/24
sorts [1] 72/16
sound [2] 34/14 93/17
sounded [1] 70/10
sounds [2] 95/5 104/25
source [8] 27/14 27/16
28/5 41/10 42/25
84/23 84/24 88/13
south [2] 10/14 26/18
southeast [3] 26/23
29/6 30/20
spare [1] 7/13
speak [4] 32/19 46/21
65/8 96/21
speaker [7] 33/3 33/8
33/16 62/2 62/4 62/5
100/10
speakers [13] 21/7
21/15 21/16 29/15
32/18 32/23 32/23
33/13 33/17 34/1
70/25 82/18 87/25
speaking [10] 20/7

29/21 32/23 32/24
32/25 65/15 65/19
specific [20] 15/9 23/4
23/7 35/23 50/12
67/20 69/11 77/9
77/10 77/11 95/1
98/25 99/23 102/12
106/12 107/20 109/4
110/16 110/18 113/21
specifically [6] 19/16
29/15 35/9 40/11 86/5
94/23
speech [12] 20/11
65/12 65/14 66/25
67/1 67/13 82/13
82/16 82/22 83/2
104/5 104/8
spent [2] 7/13 15/25
spray [8] 83/25 84/3
85/13 86/12 86/19
98/22 99/5 103/22
sprayed [16] 83/12
83/14 83/16 83/18
84/4 85/4 85/7 85/10
85/12 85/16 85/18
86/1 86/3 86/22 86/23
98/20
spraying [1] 83/3
sprays [1] 71/19
stage [2] 21/14 21/15
stairs [10] 32/15 34/12
43/11 43/15 43/15
43/18 43/19 45/1
65/15 72/25
stamp [4] 25/14 25/16
25/17 25/24
stand [7] 4/15 29/5
31/9 51/14 53/7 88/1
113/10
standing [6] 4/18 32/5
33/7 34/6 34/10 82/25
stands [1] 106/24
start [7] 9/14 76/17
77/1 77/7 97/20 107/3
109/14
started [5] 7/5 7/6 8/25
21/14 45/6
starting [5] 32/3 102/3
102/4 102/8 115/2
state [21] 5/5 5/6 47/15
52/25 53/2 53/9 53/15
53/24 54/5 54/15
55/12 56/24 57/7
63/12 65/20 69/22
110/7 110/8 110/9
110/15 113/4
statement [3] 56/10
57/3 111/15
states [9] 1/1 1/2 1/9
1/12 49/24 55/24 68/6
68/19 69/18
stating [1] 29/20
stay [3] 22/8 22/8 29/5
stayed [2] 29/6 75/19
staying [2] 21/9 46/12
step [2] 69/21 105/9
stepped [1] 34/11
steps [15] 29/18 29/21

32/25 33/4 33/16 45/5
67/12 69/24 81/24
82/20 83/8 103/13
stick [1] 26/13
still [10] 11/17 33/11
33/18 75/21 85/15
86/9 96/14 103/1
103/10 104/5
stolen [9] 100/19 101/2
101/4
stood [2] 14/21 88/25
stop [4] 32/8 32/13
81/8 109/15
stopped [3] 23/16
32/14 32/14
stopping [3] 75/4 75/8
79/13
stories [1] 68/22
storm [4] 59/12 60/6
78/17 79/19
stormed [12] 58/12
59/3 59/9 59/11 59/20
59/23 60/1 60/2 60/5
60/11 90/24 91/2
storming [1] 61/8
straight [1] 43/18
straightforward [1]
55/15
strange [1] 104/25
strategic [1] 109/13
strays [1] 109/7
Street [4] 1/13 1/16
25/23 26/18
strike [2] 75/21 105/3
struggled [1] 100/3
struggling [1] 103/1
subject [2] 16/24 78/3
submit [3] 106/5 106/8
106/11
submitted [1] 47/17
Subsequent [1] 25/22
substantial [1] 101/18
subvert [1] 66/12
such [3] 39/16 92/17
115/9
sucking [2] 93/19 95/3
sufficient [1] 107/23
sufficiently [1] 87/2
suggest [1] 112/22
suggested [1] 84/20
suggesting [1] 108/22
suggests [1] 91/19
Superstore [1] 5/18
supervisors [1] 65/2
support [3] 17/8 63/11
92/24
supported [1] 7/12
supporter [2] 65/5 66/4
supporting [1] 7/13
supposed [5] 10/24
11/1 11/23 51/19 54/1
sure [11] 12/6 18/2
19/2 52/8 56/19 58/15
75/17 85/23 96/1
103/21 109/16
surprise [7] 64/10
64/13 66/10 66/13
66/14 66/16 67/17

95/25 95/2 96/5 96/7
surrounding [1] 54/17
sworn [1] 4/20

T
take [14] 3/24 12/1
12/6 23/13 26/1 26/17
28/6 44/18 44/19
47/19 49/14 51/14
51/22 61/20
taken [4] 3/2 3/12
24/23 52/5
taking [2] 55/3 81/17
talk [13] 6/6 6/24 8/7
20/13 23/11 71/9
72/25 78/6 102/8
104/17 109/4 109/20
110/12
talked [6] 19/1 48/9
51/11 51/12 60/13
70/16
talking [8] 58/21 80/23
82/2 82/4 85/18 86/2
86/4 103/16
tall [1] 30/10
tallied [1] 47/17
tammy [5] 1/20 1/22
117/7 117/7 117/9
TANYA [1] 1/8
taser [1] 71/17
tasted [1] 103/21
teams [1] 88/7
tear [3] 73/19 74/9
85/7
technician [3] 5/17
5/17 5/19
tell [8] 11/20 11/24
14/4 36/6 39/19 60/5
86/14 115/11
telling [2] 22/20 51/16
temporarily [1] 100/9
temporary [1] 23/16
ten [5] 43/5 54/13 58/4
59/1 70/17
term [1] 65/3
terms [8] 7/4 23/7
53/25 54/18 56/5
100/13 109/21 113/16
terrace [2] 86/9 96/3
96/17
terrifying [1] 39/10
territory [1] 109/8
testified [10] 4/21
62/17 65/4 67/15
68/15 69/4 81/13
81/22 94/9 94/12
testify [1] 16/7
testifying [3] 3/7 56/21
57/16
testimony [17] 1/8
41/22 52/13 56/20
67/11 69/7 73/21 78/6
78/25 79/8 79/16
82/21 86/21 89/6 95/6
96/2 114/24
text [21] 22/16 29/20
30/1 58/5 58/12 58/14
58/21 58/22 59/1 59/2
60/24 67/2 71/23 77/8
86/6 91/24 94/18

texted [4] 83/24 93/13
94/15 97/5
texting [2] 83/21 99/20
texts [1] 93/16
than [14] 19/20 38/8
39/17 39/20 48/2 80/4
82/1 85/4 85/25 86/3
99/3 99/11 99/14
99/16
Thank [28] 4/7 4/22
5/2 16/9 16/11 16/12
18/3 45/13 49/8 49/13
49/14 57/18 57/19
57/21 57/23 97/10
105/8 105/9 106/18
107/9 107/11 107/22
109/2 111/5 115/4
115/21 115/24 115/25
thankful [1] 35/12
that [650] 3/8 3/21
5/20 5/23 5/24 5/25
6/4 6/8 6/10 6/13 6/16
6/19 6/21 6/22 6/24
6/24 7/18 7/23 7/24
8/1 8/7 8/8 8/19 8/22
9/7 9/11 9/19 9/22
9/23 10/8 11/7 11/12
11/13 11/17 11/18
11/23 11/24 12/2 12/7
12/7 12/9 12/15 12/21
12/21 12/23 13/9
13/17 13/23 14/4 14/9
14/18 14/22 15/1 15/4
15/7 15/8 15/9 15/16
15/18 15/19 16/2 16/6
16/8 16/14 16/23 17/1
17/4 17/11 17/13
17/15 17/18 18/10
18/13 18/24 18/25
19/2 19/7 19/8 19/11
19/15 19/21 19/22
19/25 20/4 20/6 21/12
21/13 21/17 21/19
21/21 22/1 22/17
22/21 22/22 23/1 23/2
23/9 23/21 24/3 24/5
24/7 24/8 24/9 24/15
24/18 24/21 25/4
25/15 25/17 25/18
25/18 25/19 25/20
25/21 25/24 25/25
25/25 26/2 26/13
26/14 26/14 26/15
26/16 27/9 27/11
27/12 27/13 27/15
27/16 27/18 28/6
28/11 28/15 29/8
29/12 29/19 29/20
30/24 30/25 31/1 31/3
31/4 31/4 31/6 31/18
31/20 31/21 32/5 32/5
32/7 32/16 32/20 33/1
33/6 33/11 33/15 34/3
34/9 34/13 35/4 35/6
35/8 35/8 35/10 35/11
35/12 35/25 36/1 36/6
36/8 36/12 36/14 36/6
36/20 36/22 36/23

that... [475]  37/1 37/3
37/6 37/8 37/8 37/8
37/10 37/14 37/16
37/21 38/2 38/4 38/5
38/5 38/7 38/10 38/10
38/11 38/16 39/3 39/4
39/4 39/9 39/10 39/11
39/16 39/19 39/20
39/22 39/22 40/1 40/3
40/4 40/5 40/8 40/10
40/13 41/4 41/19
41/20 42/12 42/13
42/17 42/21 42/21
42/24 43/13 43/14
43/22 44/7 44/12
44/12 44/18 44/21
44/25 45/10 45/17
45/19 46/8 46/9 46/16
46/19 47/5 47/9 47/10
47/12 47/18 47/18
47/20 47/23 48/2
48/15 48/23 49/22
50/2 50/3 50/5 50/6
50/9 50/10 51/1 51/1
51/4 51/5 51/6 51/7
51/8 51/8 51/16 51/16
51/18 51/25 52/12
52/14 52/14 53/4
53/15 53/25 54/10
54/19 54/22 54/23
55/1 55/2 55/4 55/7
55/9 55/12 55/18
55/23 56/12 56/23
57/4 57/7 58/6 58/11
58/14 58/20 58/20
58/24 59/2 59/3 59/11
59/24 60/1 60/4 60/6
60/8 60/10 60/16
60/21 60/24 61/10
61/13 61/15 61/16
61/17 61/23 61/25
61/25 62/12 62/15
62/21 62/24 63/3
63/14 63/21 64/4
64/23 65/5 65/7 65/10
65/14 66/2 66/9 66/11
66/13 66/14 66/16
66/16 66/22 67/2 67/3
67/9 67/11 67/12
67/14 67/15 67/16
67/18 67/21 68/16
68/23 69/5 69/7 69/8
69/8 69/17 69/21
69/23 70/3 70/6 70/7
70/11 70/12 70/15
70/16 70/19 70/24
71/5 71/5 71/6 71/8
72/4 72/12 72/17
72/19 72/20 73/2
73/11 73/11 73/21
73/22 74/2 74/5 74/18
75/3 75/6 75/7 75/10
75/11 75/19 75/24
76/4 76/11 76/12
76/17 76/19 76/21
76/23 76/23 77/1 77/5
77/8 77/9 77/10 77/13

78/4 78/6 78/8 78/11
78/13 78/20 78/21
78/25 79/2 79/4 79/5
79/8 79/10 79/13
79/16 79/18 79/23
80/5 80/8 80/14 80/22
81/10 81/13 81/17
81/22 81/22 81/23
81/25 82/12 82/14
82/20 82/20 82/21
82/23 82/24 83/2 83/4
83/5 83/7 83/8 83/16
84/19 84/24 84/25
85/4 85/5 85/10 85/15
85/16 85/19 85/25
86/3 86/6 86/8 86/15
87/1 87/17 87/18
87/22 88/6 88/9 88/13
88/17 89/7 89/11
89/15 89/16 89/17
89/18 89/23 90/2 90/4
90/5 90/7 90/12 90/14
90/15 90/17 90/19
90/19 90/22 90/23
91/13 91/15 91/16
91/17 91/19 91/20
91/22 91/25 92/3 92/5
92/5 92/12 92/18
92/19 92/22 92/22
93/2 93/8 93/12 93/19
93/20 94/7 94/12
94/19 94/23 94/24
95/2 95/3 95/4 95/5
95/6 95/7 95/10 95/12
95/18 95/20 95/23
96/5 96/6 96/7 96/8
96/13 96/16 96/16
96/16 97/2 97/22 98/3
98/8 98/10 98/21
98/22 98/24 99/1 99/7
99/8 100/4 100/8
100/10 100/10 100/14
100/18 100/24 100/24
101/14 101/14 101/14
101/15 101/19 101/20
102/6 102/8 102/9
102/15 102/16 102/17
102/23 103/2 103/4
103/6 103/7 103/8
103/9 103/9 103/10
103/10 103/13 103/14
103/14 103/25 104/1
104/4 104/6 104/10
104/14 104/15 104/20
104/23 104/25 105/1
105/3 106/24 107/1
107/20 108/6 108/11
108/14 108/19 108/22
108/22 109/1 109/5
109/15 109/22 109/22
109/25 110/7 111/2
111/4 111/6 111/9
111/12 111/16 111/20
112/1 112/4 112/4
112/8 112/13 112/15
112/17 112/18 112/20
112/21 112/21 112/22
112/22 112/25 113/1

113/18 113/19 113/19
113/21 113/21 114/12
114/14 114/15 114/16
114/20 115/12 115/13
115/16 115/16 115/18
115/19 115/20 117/2
that's [66]  18/3 23/2
24/6 25/14 25/17
27/12 28/22 31/24
32/1 33/16 42/16
44/14 51/15 53/4 54/8
59/22 60/1 60/4 60/12
62/25 64/9 65/9 66/18
67/13 69/11 70/3 70/8
74/25 75/5 75/18 76/6
76/11 77/17 79/1
79/16 80/20 81/3 82/4
82/24 85/15 88/2
94/14 94/21 95/8
96/18 97/16 106/3
108/10 108/11 108/14
108/24 109/13 110/1
110/1 110/2 110/13
111/15 111/24 111/24
112/20 112/24 112/25
113/23 114/8 114/10
115/13
their [12]  10/4 11/7
11/9 34/16 47/15
47/20 54/5 54/12
89/23 89/25 104/4
109/11
them [39]  5/20 5/21
8/11 8/12 11/21 13/8
13/20 14/6 14/7 14/22
19/19 30/7 34/2 45/17
47/2 47/12 47/17
47/17 51/12 54/7
55/11 55/15 66/19
77/2 77/4 77/7 81/13
85/2 85/19 87/7 87/8
89/1 99/9 100/11
102/15 104/22 106/5
109/10 109/12
themselves [1]  80/12
then [31]  11/14 11/20
20/6 22/13 23/11
26/19 33/23 33/24
34/4 39/16 43/21
45/14 45/19 54/7
65/24 67/4 68/13 78/3
82/20 85/3 85/25 86/2
93/15 93/18 95/25
100/20 102/1 103/9
104/11 107/4 107/4
theory [14]  50/15
50/21 50/24 51/17
51/20 57/1 57/11
108/3 108/6 108/10
108/16 108/25 108/25
110/14
there [128]  7/24 9/23
10/17 10/22 12/3 12/3
12/11 12/12 12/15
17/11 17/11 17/17
18/5 18/14 18/25
19/10 19/22 21/16
21/19 22/4 22/8 22/12

23/13 25/20 26/2 27/2
27/4 29/12 29/14
30/25 31/1 32/13
32/18 33/11 33/13
33/15 33/19 33/20
34/3 34/9 34/13 34/13
35/4 35/10 36/5 36/14
37/7 38/4 38/15 39/6
39/6 39/17 39/17 40/6
42/13 43/9 44/6 44/7
44/12 45/2 45/2 45/9
45/13 46/12 47/5 47/9
48/11 52/17 55/1 60/8
66/2 67/1 67/20 70/10
70/19 70/25 72/7
72/16 73/1 73/2 73/9
73/14 73/16 73/17
73/19 74/8 75/11
75/11 75/13 78/16
80/1 80/3 80/3 80/6
81/2 81/24 82/7 84/18
84/19 84/25 85/10
86/4 89/16 90/19 93/8
96/13 98/20 98/22
100/14 101/15 101/16
103/2 103/3 103/22
103/24 104/3 104/6
104/16 104/17 104/21
104/23 104/24 107/23
112/24 113/10
there's [14]  11/22
25/24 31/7 33/8 39/1
43/23 43/25 46/20
74/21 79/12 91/13
93/18 109/3 113/14
therefore [3]  4/11
92/15 108/1
these [7]  13/5 13/6
19/13 55/20 80/22
111/10 115/6
they [101]  8/12 10/4
11/13 11/13 11/14
11/17 11/21 12/2 12/3
12/7 12/8 12/9 12/17
15/7 15/15 16/5 19/20
24/20 30/18 31/10
32/8 33/22 35/15 36/5
36/5 36/7 36/19 38/8
47/15 47/17 50/6 50/6
54/11 54/14 54/19
55/1 55/2 66/16 69/12
69/25 74/19 74/19
74/21 75/1 75/2 75/3
75/8 76/2 76/2 76/21
77/3 77/13 77/14
77/15 77/19 78/13
78/15 78/17 78/20
78/24 79/11 84/16
84/17 84/18 84/20
84/21 84/23 87/10
89/3 89/13 89/13
89/15 89/16 89/17
89/19 89/21 89/23
89/25 91/21 92/4
92/25 93/4 93/6 93/6
93/15 99/5 99/23
101/12 101/15 101/16
101/17 104/5 104/11

132
111/2 113/2 114/16
114/20 114/21
they're [8]  47/3 47/3
83/1 83/1 83/9 83/9
103/16 103/17
thing [8]  17/15 37/3
37/14 54/11 76/21
91/13 98/16 115/3
things [15]  3/19 3/21
3/25 5/19 37/8 51/6
68/19 70/15 91/4
97/24 98/3 99/7
101/15 103/23 104/16
think [90]  8/10 9/10
10/19 13/23 15/9
16/15 17/22 18/24
18/24 19/11 23/9
26/21 29/16 29/19
31/3 31/8 31/17 31/20
32/20 33/6 33/8 33/17
34/1 34/2 34/15 35/6
35/13 36/3 36/10 38/2
38/9 39/24 43/15
46/16 47/3 48/20
48/23 52/13 53/11
54/18 54/23 55/2 55/6
55/12 56/6 57/3 57/10
60/23 62/17 66/18
68/15 68/20 69/4
74/15 75/6 77/24
78/13 81/13 83/4 87/1
92/8 92/20 93/4 95/10
96/7 99/17 99/22
101/2 102/4 103/17
103/18 103/19 103/25
108/14 108/14 111/7
111/9 111/23 112/11
112/20 113/8 113/9
113/14 114/10 114/13
114/16 115/12 115/13
115/14 115/16
thinking [1]  103/4
third [7]  44/12 52/25
53/16 55/4 55/6 55/17
110/5
this [93]  3/22 4/2 12/16
23/19 24/11 24/12
24/18 24/23 24/23
25/8 25/22 27/21 28/4
29/4 31/13 34/14 40/1
41/2 41/3 41/4 41/5
41/8 41/15 41/21
41/24 44/11 49/7
50/19 50/23 50/25
50/25 51/3 51/13
52/12 53/5 54/1 54/4
54/15 54/22 55/8
55/13 55/20 55/23
56/2 56/6 56/17 56/21
56/24 57/5 57/6 57/8
59/12 59/13 59/15
59/20 68/3 68/8 69/7
76/20 78/6 78/7 80/18
82/12 82/14 82/21
85/9 85/14 86/7 87/18
88/6 89/15 89/16
90/13 90/13 90/22
91/19 91/21 92/8

**T**

this... [15] 92/10 92/15 92/19 93/4 93/22 94/4 102/21 104/9 108/8 111/13 111/22 112/10 114/23 115/5 115/9
those [34] 9/3 9/10 10/1 11/16 13/18 16/2 16/3 16/5 17/21 43/2 60/23 61/7 68/15 74/3 74/6 77/17 78/11 79/20 80/1 85/4 85/25 86/3 90/9 90/14 91/4 91/7 97/23 98/6 98/19 98/20 98/24 103/23 113/5 113/5
though [1] 74/8
thought [52] 6/22 19/20 24/8 31/4 31/18 32/17 32/18 33/10 33/15 35/7 35/21 37/3 37/14 38/3 38/4 38/5 40/3 43/14 43/19 47/15 65/10 67/12 67/13 69/25 70/3 70/7 73/21 74/2 74/2 74/5 74/18 74/18 74/25 75/2 75/3 75/14 76/20 76/22 78/7 79/15 81/22 82/1 82/2 82/12 83/1 89/13 89/15 103/6 103/6 103/8 103/19 104/21
thoughtfully [1] 51/23
thoughts [1] 98/6
thousands [4] 78/18 78/23 79/9 79/17
three [3] 13/18 102/12 104/19
through [32] 8/5 29/7 30/9 31/5 31/10 39/6 39/10 39/10 39/21 42/2 42/14 43/16 46/4 46/6 59/15 59/18 65/15 67/14 72/9 72/11 72/13 72/20 78/24 79/1 79/8 79/13 79/18 82/15 91/18 92/8 95/9 114/4
throughout [1] 99/20
throws [1] 91/23
thus [2] 54/3 54/4
time [75] 6/8 6/11 7/4 7/13 8/4 9/7 9/11 12/16 15/1 16/1 18/22 20/14 20/25 21/4 22/3 22/15 22/22 25/14 25/16 25/17 25/18 25/20 25/24 25/25 29/11 32/16 34/11 35/25 38/4 42/16 42/18 42/19 42/21 42/23 45/7 45/17 46/7 47/21 49/7 57/16 58/15 60/18 60/21 63/3 63/25 67/18 68/23 71/5 73/3 73/11 74/7 75/11 78/25 79/14 79/16 80/1 80/8

85/22 85/24 87/5 87/25 91/25 96/5 98/5 99/5 99/8 101/15 101/18 102/18 107/10 109/11 115/7
times [8] 12/23 32/22 38/6 40/12 68/20 92/20 96/1 98/17
timing [2] 56/4 56/15
tinkering [1] 109/8
today [7] 33/3 41/22 51/13 56/22 89/6 101/25 114/24
together [1] 17/2
told [10] 14/5 14/22 22/21 39/20 52/7 53/3 84/5 85/19 90/11 90/13
tomorrow [6] 107/3 107/10 107/12 107/13 115/3 115/25
tonight [1] 115/2
Tony [3] 84/10 84/12 84/16
too [10] 21/13 43/6 53/10 54/22 55/5 67/21 68/13 93/19 95/3 97/16
took [7] 18/22 20/20 25/22 28/9 34/25 47/24 100/24
top [3] 10/18 34/11 43/24
touching [6] 93/13 94/15 94/19 94/20 94/21 94/21
toward [4] 45/6 45/16 45/17 98/6
towards [1] 34/18
Township [1] 64/21
transcription [1] 117/3
traveling [1] 23/1
trial [8] 1/8 3/21 23/24 30/9 50/21 57/5 115/8 116/1
trials [1] 115/10
tried [2] 51/19 65/12
trouble [1] 22/11
true [10] 71/5 77/17 85/9 85/14 85/15 91/4 91/6 91/7 113/8 113/9
Trump [2] 20/7 70/1
truth [1] 76/13
try [2] 43/8 74/1
trying [14] 39/5 39/6 45/4 73/3 77/18 91/22 99/2 102/5 102/11 102/21 102/23 103/3 110/6 114/11
TSC [1] 1/3
turn [2] 40/7 43/17
turned [2] 26/19 45/5
two [13] 10/25 11/1 24/21 31/14 40/22 56/4 61/2 61/3 61/13 64/11 71/14 71/19 86/18
typed [1] 57/13

**U**

U.S [3] 49/4 89/11 95/11
Uh [1] 22/10
Uh-huh [1] 22/10
ultimately [3] 29/7 35/16 103/13
unaddressed [1] 15/5
uncommon [1] 110/1
under [2] 77/6 113/23
underneath [1] 42/16
understand [15] 19/4 31/6 36/22 45/9 47/8 47/12 47/12 51/2 52/17 54/11 79/13 84/24 98/24 114/16 114/18
understanding [8] 17/1 17/14 25/19 30/10 36/1 46/19 67/19 75/10
understood [5] 36/8 41/13 52/4 78/20 108/7
unduly [2] 108/15 115/14
unemployed [2] 6/18 6/22
unfair [1] 70/18
uniforms [1] 89/23
UNITED [8] 1/1 1/2 1/9 1/12 49/24 55/24 68/6 69/18
unlawful [2] 38/5 113/20
unless [1] 57/14
unmoored [1] 50/11
unnecessary [2] 50/12 108/15
unsuccessfully [1] 65/22
until [7] 24/9 26/18 26/20 33/23 36/19 46/7 77/14
up [56] 4/16 5/21 8/2 10/14 20/23 22/1 22/12 23/16 23/21 26/3 26/6 26/22 30/18 31/16 33/4 33/16 33/17 33/24 34/12 36/25 37/4 39/15 40/16 40/24 42/10 43/5 43/11 43/15 43/15 43/17 43/19 47/17 53/7 53/8 54/7 57/13 61/5 61/14 61/17 62/12 63/23 65/15 67/22 69/13 72/20 72/25 73/24 77/24 78/1 79/23 82/13 101/16 103/13 104/20 108/4 108/17
upon [3] 67/17 98/7 98/9
upstairs [2] 43/20 43/23
us [20] 11/12 11/22 20/20 39/7 61/10 61/10 70/23 75/2 85/4

93/21 98/19 98/20 99/6 99/7 99/9 115/18
use [7] 43/2 70/14 70/14 70/21 73/25 76/21 111/11
used [8] 51/6 53/4 55/13 60/1 100/8 111/9 111/10 113/25
using [1] 101/4
usually [1] 110/13
utmost [1] 90/21

**V**

van [1] 97/2
vantage [1] 82/7
various [4] 8/25 42/21 43/3 104/16
vast [1] 111/10
verification [4] 11/12 11/14 12/2 12/24
verifications [1] 11/16
verify [2] 11/9 12/10
version [3] 55/17 55/18 111/14
versus [3] 49/24 101/6 113/12
very [27] 12/18 30/7 31/5 31/7 32/21 37/21 38/5 38/16 47/3 49/4 49/5 49/23 62/13 64/3 76/13 77/11 77/11 79/5 85/17 91/14 98/4 98/5 100/17 101/3 103/2 104/15 107/9
vet [1] 63/11
video [21] 24/8 24/9 24/24 25/2 25/5 25/17 28/5 37/8 38/9 41/4 41/5 41/15 41/16 41/24 42/25 77/24 78/10 80/18 102/3 102/6 102/20
videos [6] 23/22 29/24 30/6 30/24 77/8 102/19
videotape [1] 81/7
view [2] 44/16 109/24
violated [1] 113/22
violation [1] 110/20
violence [5] 30/24 34/18 35/5 35/6 74/12
VIP [1] 67/1
visited [1] 59/7
voice [1] 69/13
volunteer [1] 88/7
vote [2] 8/8 12/19
voted [3] 7/16 12/23 69/18
voter [6] 8/7 10/6 11/12 11/24 12/3 12/7
voters [7] 8/5 10/3 10/7 10/8 11/7 11/17 12/23
votes [4] 47/16 62/23 69/22 69/25
voting [4] 8/5 13/23 19/7 19/10
vulnerabilities [1] 101/7
Vulnerability [1] 70/18

wait [2] 72/15 105/20
waiting [3] 4/1 39/13 45/24
walk [2] 24/21 26/6
walked [3] 26/20 32/5 95/22
Walker [1] 115/19
walking [1] 91/17
wandering [1] 22/11
want [29] 6/6 17/10 19/18 23/11 35/20 38/25 46/7 46/21 52/9 57/12 57/14 59/11 74/19 74/19 86/14 88/14 88/18 93/21 98/18 99/25 105/19 105/25 106/5 106/10 106/12 108/19 109/11 111/14 113/13
wanted [12] 19/19 35/13 52/18 62/6 65/8 69/4 74/16 75/1 75/2 91/13 96/19 104/24
wants [3] 8/8 16/4 31/11
warrant [2] 87/19 87/22
was [374] 3/2 4/20 5/25 6/2 6/13 6/22 7/16 7/24 8/10 8/17 8/19 8/19 8/20 8/21 8/22 9/11 9/19 9/19 9/22 9/25 10/22 12/9 12/11 12/15 12/16 12/21 13/13 13/20 13/21 13/24 14/5 14/8 14/17 14/18 15/15 15/16 15/18 15/20 15/24 16/7 16/8 16/10 16/15 16/18 16/18 16/23 16/24 16/24 17/6 17/10 17/13 17/15 17/15 17/21 18/5 18/10 18/10 18/13 19/5 19/6 19/10 19/11 19/13 19/15 19/22 20/3 20/4 20/4 20/7 20/17 20/20 21/1 21/13 21/19 22/3 22/22 23/1 23/9 24/11 24/18 24/23 25/17 25/20 26/14 29/11 29/14 29/16 30/1 30/1 30/6 30/24 31/1 31/1 31/24 32/16 32/17 33/6 33/8 33/10 33/10 33/15 34/3 34/12 34/15 35/4 35/4 35/7 35/7 35/10 35/12 35/22 36/10 36/14 36/15 36/22 36/23 37/1 37/3 37/7 37/14 37/17 37/20 38/4 38/4 38/5 38/9 38/10 38/15 38/16 38/21 39/3 39/3 39/4 39/8 39/15 39/15 39/24 39/24 39/25 40/8 40/10 40/13

was... [232] 41/10 45/4
45/13 45/13 45/24
46/11 47/5 47/10
47/11 47/18 48/14
48/24 49/3 50/1 50/5
50/9 50/9 50/18 50/20
52/5 52/8 55/23 55/24
56/4 56/16 56/18
56/18 57/5 59/23 60/3
60/6 60/6 60/8 60/8
60/9 61/7 61/10 61/19
62/2 62/25 64/3 64/11
64/23 65/10 65/17
65/24 65/25 66/2 66/4
66/5 66/11 66/15 67/1
67/12 67/16 67/17
67/19 68/10 68/18
68/18 68/24 69/9
69/17 69/21 70/6
70/10 70/19 71/1 71/4
71/6 71/6 72/16 72/19
73/1 73/2 73/2 73/9
73/14 73/16 73/19
74/8 75/7 75/10 75/11
75/13 76/7 76/14
77/10 77/10 77/12
78/6 78/7 79/15 80/5
80/6 81/7 81/17 81/22
82/4 82/11 82/11
82/12 82/13 82/17
82/19 82/20 82/24
82/25 83/5 83/11
83/13 83/15 83/17
83/17 84/4 84/4 84/5
85/3 85/8 85/9 85/10
85/11 85/11 85/12
85/13 85/14 85/14
85/19 85/24 86/16
86/23 86/25 86/25
88/3 88/9 88/13 89/6
89/11 89/18 89/19
91/10 91/15 91/15
91/22 91/22 92/10
92/12 92/15 92/19
93/4 93/7 93/8 94/2
94/9 95/7 95/21 95/23
96/2 96/6 96/7 97/2
98/5 98/16 98/20
98/22 98/22 98/23
98/25 99/2 99/3 99/3
99/6 99/16 99/23
99/23 100/2 100/3
100/4 100/7 100/8
100/14 100/18 100/22
100/23 101/2 101/14
101/19 101/24 101/24
102/6 102/13 102/20
102/23 103/1 103/2
103/3 103/4 103/5
103/6 103/7 103/7
103/8 103/9 103/10
103/11 103/15 103/18
103/18 103/19 103/19
103/22 103/23 103/24
103/25 104/2 104/11
104/15 104/15 104/16
104/17 104/23 105/5
105/21 106/3 106/7

113/20 113/21 114/11
114/12
Washington [8] 1/4
1/13 1/21 20/23 21/1
22/5 65/7 117/9
Washington, [5] 61/2
65/11 66/23 71/15
97/3
Washington, D.C [5]
61/2 65/11 66/23
71/15 97/3
wasn't [24] 15/9 22/13
37/19 37/19 37/20
39/5 39/7 47/14 62/11
67/20 70/7 70/24 77/9
85/2 85/12 85/24
88/22 91/4 92/23
92/23 92/24 98/7
100/24 101/13
waste [1] 109/11
watching [3] 23/21
37/7 68/22
water [4] 45/22 45/23
97/15 97/16
way [19] 3/25 11/22
12/10 15/19 16/19
17/23 22/1 23/16
39/17 56/23 56/25
65/15 69/23 71/4 77/5
82/14 83/10 91/16
115/12
we [117] 3/4 3/6 4/1
5/21 5/21 11/9 11/12
12/10 12/19 15/25
20/17 20/18 20/20
20/23 21/14 22/1
22/11 22/11 22/12
22/13 22/21 23/16
25/23 26/18 26/18
26/19 26/20 26/21
26/22 29/6 29/24 30/6
30/24 31/4 33/13
33/19 36/10 38/9 40/8
40/12 42/10 42/12
43/16 43/19 43/23
43/24 44/8 44/15
44/15 45/1 45/6 45/7
45/16 45/18 45/19
45/24 46/7 51/11
51/12 52/12 52/14
52/14 53/17 54/2
55/22 56/17 56/18
56/19 58/9 58/9 58/12
59/3 59/5 59/7 59/9
61/14 62/1 63/19 64/4
64/10 67/1 67/21
71/24 72/25 76/10
76/12 77/23 78/3
80/23 87/1 91/9 91/12
91/24 93/24 94/9
94/11 97/5 97/6 98/4
100/22 106/15 106/17
106/17 107/1 107/3
110/6 111/8 111/9
111/11 112/21 113/10
113/25 114/22 115/1
115/3 115/6 115/9
we'll [1] 23/12

weapons [2] 71/14
104/12
wearing [2] 24/20 39/4
website [2] 64/10
64/12
wedging [1] 39/7
weekly [1] 15/15
weeks [1] 63/25
Welding [1] 6/3
well [23] 8/15 9/19
11/7 12/13 17/11 19/9
26/6 28/16 30/17
31/12 42/25 48/2
64/13 68/14 68/19
75/3 80/11 87/17 92/7
98/8 112/8 112/25
115/14
went [28] 21/24 26/18
29/7 33/4 35/16 37/1
38/19 39/21 41/20
43/6 43/6 43/15 43/18
43/20 43/23 43/24
46/7 59/15 59/18
65/11 66/22 67/4
70/23 72/3 72/25
81/10 95/22 101/10
were [236] 6/7 6/17 9/3
9/10 9/23 10/22 10/23
11/1 11/1 12/7 12/8
12/9 12/17 12/25 14/4
14/22 15/15 16/19
17/17 17/18 17/22
17/23 18/14 18/14
19/1 19/20 21/13
21/16 21/19 22/11
22/16 22/19 22/20
22/21 22/24 23/18
23/19 24/17 24/17
24/20 25/1 25/18 26/2
27/2 27/4 29/8 30/18
30/21 30/22 31/4 31/5
31/18 31/20 33/11
33/13 33/15 33/16
33/17 33/18 33/19
33/20 34/9 34/13
34/15 35/10 36/1 36/4
36/5 36/13 36/19 37/6
37/7 37/18 38/7 38/11
38/15 38/15 38/16
38/22 39/2 39/6 39/17
42/21 42/24 43/9
44/15 44/25 45/9
45/24 46/3 46/6 46/16
47/9 47/12 48/4 48/10
48/11 48/23 50/6 51/1
59/24 60/10 60/17
62/2 62/6 63/3 63/6
63/14 63/18 64/1 64/1
64/20 65/4 65/14
65/16 68/13 68/14
68/16 68/19 68/22
69/1 69/12 70/15
70/15 70/25 71/11
73/5 73/7 73/11 73/17
74/2 74/5 74/21 74/22
74/23 74/25 75/3
75/25 76/2 76/4 76/8
76/10 76/12 76/13

77/14 77/17 78/11
79/19 79/23 80/1 80/2
80/2 80/3 80/8 80/11
80/12 80/23 82/2
82/13 82/14 82/21
82/22 83/2 83/8 83/12
83/16 83/21 84/2
84/12 84/16 84/20
84/21 84/23 84/23
85/4 85/7 85/10 85/10
85/15 86/1 86/1 86/3
86/21 86/24 87/10
87/12 87/15 88/2
88/12 89/7 89/13
89/14 89/15 89/19
90/14 90/19 90/21
90/24 91/2 92/25 94/5
94/9 94/12 96/16
97/22 98/4 98/19 99/5
99/8 99/20 99/22
99/23 100/1 100/5
100/25 101/9 101/12
101/15 101/16 102/8
102/9 102/10 102/11
102/11 102/13 102/21
102/23 104/11 104/21
108/5 108/18 115/7
weren't [9] 11/8 20/17
36/5 56/19 68/24 75/4
75/8 83/14 84/17
west [4] 23/12 26/8
49/3 68/6
Weyer [11] 61/21
63/17 82/25 91/15
93/12 93/19 94/6
94/18 95/7 97/21 98/2
Weyer's [1] 42/25
what [191] 5/12 5/25
6/13 6/16 7/3 8/1 8/3
8/9 9/3 9/18 9/19 9/22
10/1 10/2 11/4 11/4
11/11 11/20 12/11
12/15 12/21 13/19
13/20 14/1 14/1 14/4
14/16 14/20 15/8
15/18 16/7 16/14
16/23 17/6 17/13
17/21 18/12 19/5
19/13 19/18 19/19
20/14 20/25 21/4 22/3
22/15 22/22 22/24
26/6 26/9 27/18 28/12
29/11 29/14 30/6 31/3
31/6 31/6 31/17 31/24
31/24 32/1 32/1 32/2
32/2 32/7 32/16 32/17
33/1 33/2 33/6 33/6
33/8 33/12 34/1 34/2
34/3 34/14 34/15
34/21 35/6 35/7 35/7
37/1 37/2 37/5 37/10
37/17 37/19 37/20
38/2 38/6 38/10 38/13
38/13 39/2 39/18
39/19 39/21 39/22
40/1 40/3 41/3 41/5
41/18 42/17 43/22
43/22 44/13 45/2

50/19 52/23 53/3 53/9
54/5 54/6 54/24 56/18
56/19 56/21 59/23
60/2 60/5 60/13 62/23
62/25 66/15 68/3 68/5
68/10 68/24 69/12
70/7 70/9 70/14 77/6
79/14 82/4 82/24 84/5
84/16 84/18 84/24
85/14 85/17 85/18
85/19 86/14 87/12
88/13 89/18 92/3 93/3
93/3 93/8 93/10 100/5
100/7 100/22 100/22
100/23 101/20 101/21
101/23 101/24 102/1
102/4 102/4 102/5
102/6 102/7 102/10
102/11 102/17 102/18
102/20 102/21 103/2
103/18 104/13 107/10
109/23 110/22 111/14
114/3 114/7 114/11
114/16
what's [6] 24/2 27/8
39/14 40/24 63/20
67/25
whatever [4] 78/24
79/1 103/7 106/17
whatsoever [1] 7/15
when [70] 3/20 9/23
10/7 18/12 18/21
19/22 20/6 20/13 21/1
22/4 23/19 26/24
28/21 29/4 29/8 29/22
30/21 31/9 31/12
31/16 32/1 34/9 36/25
38/17 38/19 39/9
39/13 40/2 42/19
43/16 46/1 47/5 50/20
51/24 57/2 57/5 57/10
58/9 59/13 60/6 70/15
70/23 72/3 73/1 74/21
74/22 74/23 74/25
74/25 75/3 76/2 81/23
82/25 85/4 85/7 86/1
93/16 95/17 95/22
95/22 97/23 98/20
99/6 99/17 101/20
101/21 101/22 101/22
103/16 109/12
whenever [1] 79/11
where [42] 8/10 15/16
20/16 20/22 21/24
22/16 22/19 22/20
23/2 25/23 26/2 26/2
27/13 28/4 29/4 29/16
30/16 31/9 32/10
33/13 33/18 35/9
38/11 41/8 42/16
44/10 44/14 44/16
46/9 46/11 50/12 52/6
61/21 65/16 77/9
77/12 81/3 102/12
102/13 110/18 111/17
114/8
whereabouts [2] 41/11
43/2

wherever [1]  33/24
whether [16]  10/4
12/24 16/7 24/17 40/6
50/22 54/7 54/8 83/11
98/19 100/3 100/25
110/21 113/8 113/11
114/5
which [24]  6/2 6/16
8/15 8/15 15/14 24/12
25/23 26/17 26/19
29/7 36/11 39/1 42/14
47/23 52/25 53/4
61/13 71/7 79/6
107/25 109/8 110/7
110/14 113/25
while [8]  18/14 49/21
56/4 61/19 86/8 88/25
113/19 115/6
who [30]  10/1 11/16
11/21 11/24 12/20
14/18 17/1 17/1 17/8
21/19 21/19 37/7
40/10 61/19 63/17
68/8 70/25 82/21
82/22 87/10 87/14
88/11 89/7 89/13
92/10 96/25 104/2
111/1 111/19 112/7
who's [1]  38/17
whole [5]  35/22 55/3
77/8 96/13 96/16
whom [3]  13/8 21/16
40/13
Whose [1]  95/14
why [40]  9/17 12/21
15/3 20/2 21/12 22/24
23/15 26/13 29/19
31/23 32/13 32/20
33/16 33/20 35/18
35/21 36/3 38/24 40/7
43/5 43/7 43/13 45/2
45/21 46/18 49/1
67/13 76/21 79/4
98/14 98/21 98/24
98/25 101/12 102/2
102/10 102/25 103/25
106/3 109/11
will [52]  3/7 3/13 3/16
3/17 3/24 25/11 26/1
27/25 28/3 28/15
28/18 42/8 42/10
42/13 43/5 44/19
50/13 52/17 55/15
55/18 57/2 57/8 57/13
57/15 58/9 58/9 61/14
62/1 63/22 67/11
67/21 71/25 85/22
88/8 103/11 106/4
106/13 107/3 107/5
107/6 107/7 107/17
107/13 107/20 107/20
108/1 108/16 109/7
109/15 115/1 115/19
115/19
willful [2]  113/25
114/24
willfully [1]  113/17
willing [1]  111/18

windows [3]  25/6 73/14
104/22
wish [1]  37/21
within [1]  64/11
without [2]  3/20 58/14
80/14
witness [3]  2/2 58/17
witnesses [2]  4/13
105/12
woman [2]  36/14 96/6
Women [1]  17/3
won [2]  57/5 103/13
won't [1]  98/5
wonder [1]  109/11
word [11]  8/18 12/2
12/7 54/3 59/11 69/16
70/14 70/14 70/21
73/24 100/8
words [7]  36/18 39/10
60/2 76/12 90/15
101/4 109/15
work [5]  7/20 8/14 8/15
14/11 50/20
worked [4]  6/1 7/10
19/5 47/14
worker [9]  8/2 8/3 8/9
8/14 9/14 9/18 12/12
14/5 70/13
workers [1]  7/25
working [3]  6/17 9/14
69/9
works [2]  18/16 68/8
worried [1]  113/10
would [79]  5/5 6/25
7/18 8/10 8/12 8/12
18/25 19/17 23/2 25/8
25/20 25/25 26/14
26/15 26/19 29/21
31/14 32/18 33/1 38/8
39/11 46/22 47/1
50/23 52/14 54/3 54/9
56/21 59/20 63/14
64/10 64/13 66/10
66/13 66/14 66/16
67/22 70/14 70/16
70/21 71/7 72/17
72/19 76/22 77/1 77/3
77/7 77/24 78/1 78/15
85/3 85/25 87/17 89/3
90/22 92/7 93/2
100/16 101/16 101/17
102/2 103/25 104/24
108/5 109/22 111/4
111/8 111/10 111/12
111/23 111/24 112/9
112/13 112/15 114/8
114/19 114/23 115/10
115/20
wouldn't [6]  58/7 82/6
89/25 92/16 102/16
102/17
Wrestler [1]  71/24
writing [1]  89/23
written [1]  111/11
wrote [11]  66/16 76/9
76/23 77/15 84/23
85/2 86/8 86/12 86/18
101/23 101/24

x-ray [2]  72/11 72/13

**Y**

yeah [17]  41/4 44/4
46/25 61/3 68/21
72/18 76/12 76/20
81/1 81/4 82/17 88/15
89/5 99/16 103/21
104/20 104/23
year [4]  6/7 65/3 99/12
104/15
years [1]  6/5
yelled [2]  35/11 95/14
yelling [3]  73/5 74/8
83/1
yellow [1]  89/23
Yep [2]  83/24 86/12
yes [207]  4/4 4/14 5/1
5/9 5/15 6/9 6/12 7/19
7/22 8/23 9/2 9/16
9/21 10/9 10/11 10/13
10/16 10/21 11/3
11/25 12/14 13/7
13/13 13/22 14/15
15/2 15/13 16/22
17/12 17/20 21/18
23/23 24/1 24/4 24/13
24/16 24/25 25/3 27/1
27/4 27/10 27/17
27/20 28/7 28/10
28/14 28/23 29/2 30/5
30/8 30/13 30/20
31/15 33/19 34/20
35/17 36/1 36/17
36/21 37/12 37/24
38/1 38/20 38/23
39/12 40/14 40/17
41/14 41/23 42/1 42/4
42/15 42/23 43/4
43/12 44/24 45/13
46/2 46/7 46/14 46/17
48/19 48/22 48/25
49/12 53/1 53/18
53/23 54/21 55/22
58/18 58/23 59/4
59/10 59/17 59/19
60/12 60/19 60/22
61/1 61/6 61/9 61/12
61/16 61/24 61/25
62/14 62/16 63/2 63/5
63/7 63/10 63/13
63/16 64/6 64/16
64/19 64/22 65/1 65/6
65/13 65/18 65/21
65/23 66/1 66/6 68/2
68/4 68/25 69/3 69/6
69/20 71/13 71/16
71/18 71/20 71/22
72/2 72/24 73/4 73/6
73/8 73/13 73/18
73/20 74/4 74/11
74/14 74/17 74/24
75/15 75/20 75/23
76/1 76/3 76/15 76/25
77/3 77/20 77/22 78/9
78/12 78/21 78/22
79/21 79/25 80/19
80/21 81/12 82/24

84/11 84/14 85/1 85/3
85/6 86/11 86/18
86/20 87/9 87/21
88/19 89/3 89/17
90/16 90/18 90/21
90/21 96/7 96/9 97/4
97/12 98/1 101/8
101/11 105/15 107/18
109/19 110/1 111/4
111/8 113/6 113/23
115/4 115/19
yesterday [1]  56/16
yet [3]  50/16 86/10
101/10
York [4]  8/18 10/10
10/12 10/17
you [892]  3/10 3/14
3/24 4/2 4/7 4/12 4/17
4/22 4/22 5/2 5/5 5/10
5/14 5/16 5/19 5/23
6/4 6/6 6/7 6/10 6/17
6/19 6/20 6/21 6/25
7/4 7/7 7/10 7/12 7/12
7/12 7/15 7/20 8/1
8/15 8/15 8/25 8/25
9/8 9/19 9/22 10/7
10/17 10/22 10/22
10/22 10/23 11/1 11/1
11/4 11/5 11/11 11/20
11/24 12/1 12/4 12/6
12/8 12/21 12/22
12/24 13/3 13/6 13/8
13/11 13/14 13/17
13/19 13/19 13/20
14/1 14/1 14/3 14/9
14/11 14/14 14/16
14/20 14/25 15/8
15/11 15/22 16/2 16/3
16/9 16/11 16/11
16/12 16/14 16/20
17/4 17/11 17/25 18/1
18/3 18/8 18/12 18/16
18/19 18/21 19/4
19/12 19/18 19/22
19/25 20/2 20/6 20/11
20/13 20/13 20/16
20/16 20/22 20/22
20/25 21/1 21/4 21/4
21/7 21/9 21/12 21/16
21/21 21/21 21/24
21/24 22/3 22/4 22/8
22/8 22/15 22/16
22/17 22/19 22/19
22/20 22/22 22/24
22/24 23/4 23/6 23/7
23/13 23/18 23/19
23/19 23/21 23/24
24/2 24/3 24/5 24/6
24/7 24/12 24/15
24/17 24/17 24/18
25/1 25/4 25/18 25/21
26/2 26/3 26/5 26/5
26/6 26/9 26/16 26/17
26/24 26/24 27/2 27/5
27/8 27/9 27/11 27/12
27/13 27/16 27/18
28/3 28/4 28/6 28/9
28/12 28/21 29/4 29/4

29/9 29/8 29/9 29/11
29/12 29/16 29/19
29/22 30/7 30/10
30/12 30/14 30/18
30/21 30/21 30/25
31/3 31/6 31/7 31/8
31/12 31/12 31/13
31/17 31/17 31/20
32/1 32/1 32/2 32/2
32/2 32/7 32/10 32/13
32/20 33/2 33/2 33/6
33/7 33/8 33/15 33/16
33/17 33/17 33/18
34/1 34/6 34/9 34/14
34/18 34/21 35/6
35/13 35/13 35/16
35/20 35/24 35/24
36/3 36/3 36/11 36/12
36/13 36/15 36/16
36/18 36/20 36/22
36/22 36/25 37/5
37/16 37/18 37/22
37/23 37/25 38/2
38/11 38/11 38/13
38/13 38/17 38/18
38/22 39/1 39/1 39/2
39/11 39/13 39/19
39/23 40/17 41/3 41/4
41/8 41/12 41/15
41/21 41/25 42/12
42/14 42/21 42/24
43/2 43/5 43/6 43/6
43/7 43/9 43/9 43/11
43/13 43/22 44/3 44/5
44/6 44/6 44/10 44/11
44/23 44/25 44/25
45/2 45/2 45/9 45/10
45/10 45/13 45/23
46/1 46/3 46/6 46/9
46/12 46/16 46/16
46/22 47/1 47/5 47/8
47/9 47/12 47/19
47/19 47/23 48/4 48/9
48/10 48/17 48/20
48/23 48/23 49/8
49/13 49/15 49/19
49/19 50/15 50/16
50/23 50/23 51/2 51/5
51/10 51/11 51/14
51/16 51/20 52/1 52/1
52/2 52/9 52/19 52/21
52/23 52/24 53/3 53/3
53/7 53/8 53/13 53/18
53/25 54/3 54/4 54/5
54/10 54/13 54/15
54/16 56/9 56/9 57/2
57/10 57/10 57/11
57/12 57/14 57/15
57/18 57/19 57/21
57/22 57/23 58/4 58/4
58/8 58/11 58/12 59/1
59/2 59/5 59/7 59/9
59/11 59/12 59/13
59/15 59/18 59/20
59/21 59/23 59/23
59/24 60/2 60/2 60/3
60/5 60/10 60/10
60/13 60/15 60/17
60/20 60/23 61/4

Y

you... [467] 61/13
61/14 61/15 61/17
61/21 61/22 61/22
62/2 62/6 62/6 62/12
62/15 62/15 62/17
62/17 62/18 62/18
63/3 63/6 63/14 63/14
63/17 63/18 63/22
64/1 64/2 64/10 64/17
64/20 64/24 65/4 65/4
65/7 65/7 65/8 65/10
65/11 65/11 65/14
65/14 65/16 66/10
66/13 66/15 66/22
67/9 67/12 67/13
67/13 67/15 67/18
67/22 67/25 68/3 68/8
68/10 68/10 68/13
68/13 68/14 68/15
68/15 68/15 68/20
68/22 68/24 69/1 69/4
69/4 69/8 69/13 69/16
69/21 69/23 69/25
70/6 70/7 70/9 70/10
70/13 70/14 70/14
70/15 70/16 70/16
70/19 70/23 71/11
71/11 71/14 71/17
71/24 72/3 72/4 72/12
72/13 72/15 72/17
72/19 72/20 72/25
73/1 73/11 73/11
73/21 73/21 73/22
74/1 74/1 74/2 74/2
74/2 74/5 74/5 74/12
74/12 74/15 74/18
74/18 74/19 74/19
74/25 75/1 75/3 75/4
75/6 75/6 75/8 75/13
75/13 75/14 75/16
75/16 75/19 75/21
75/24 75/24 76/4 76/4
76/8 76/9 76/9 76/16
76/16 76/20 76/20
76/23 77/1 77/5 77/6
77/6 77/7 77/11 77/12
77/12 77/15 77/17
77/21 77/24 78/1 78/7
78/10 78/10 78/13
79/13 79/16 79/19
79/22 79/22 80/1 80/1
80/2 80/5 80/14 80/15
80/18 80/20 80/23
80/24 81/2 81/8 81/10
81/11 81/13 81/13
81/17 81/20 81/22
81/23 82/2 82/2 82/8
82/8 82/10 82/12
82/13 82/15 82/25
83/1 83/5 83/6 83/8
83/12 83/14 83/16
83/19 83/21 83/24
84/2 84/2 84/5 84/10
84/12 84/15 84/17
84/19 84/22 84/23
84/25 85/2 85/5 85/7
85/14 85/17 85/18
85/19 86/1 86/4 86/7

86/14 86/14 86/17
86/17 86/17 86/18
86/21 86/24 87/4 87/8
87/10 87/12 87/14
87/17 87/17 87/18
88/2 88/11 88/11
88/14 88/14 88/18
88/21 89/1 89/4 89/6
89/7 89/7 89/9 89/11
89/15 90/2 90/5 90/7
90/9 90/9 90/11 90/12
90/13 90/13 90/14
90/19 90/24 90/24
91/1 91/2 91/2 92/7
92/8 92/20 93/13
93/14 93/19 93/22
93/23 93/23 93/23
94/5 94/5 94/6 94/9
94/12 94/12 94/15
94/16 94/17 94/18
94/19 94/20 94/24
94/25 95/2 95/4 95/6
95/9 95/10 95/11
95/12 95/12 95/14
95/17 95/17 95/20
95/22 95/22 95/25
96/2 96/2 96/5 96/10
96/13 96/13 96/16
96/17 96/19 96/21
96/25 97/2 97/5 97/6
97/10 97/15 97/18
97/22 97/23 97/25
98/1 98/2 98/8 98/9
98/16 98/19 99/10
99/14 99/15 99/17
99/17 99/18 99/18
99/20 99/21 99/21
99/25 100/3 100/5
100/14 100/20 100/22
101/2 101/6 101/9
101/10 101/20 101/20
101/20 101/21 101/21
101/22 101/24 102/2
102/2 102/8 102/9
102/10 102/11 102/11
102/15 102/17 102/18
102/21 103/11 103/16
103/17 103/17 103/18
103/19 103/25 104/9
104/14 105/1 105/3
105/8 105/9 105/9
105/11 105/12 105/18
105/19 105/25 106/4
106/5 106/9 106/10
106/12 106/14 106/18
106/24 106/25 107/2
107/4 107/6 107/7
107/7 107/8 107/8
107/9 107/11 107/12
107/13 107/16 107/22
108/17 108/19 109/2
109/4 109/10 109/14
109/15 109/22 109/24
110/16 110/17 110/21
111/5 111/6 111/14
111/16 111/17 112/1
112/6 112/15 112/18
112/25 113/4 113/4

113/12 113/13 114/6
114/8 114/13 114/25
115/1 115/2 115/4
115/10 115/11 115/18
115/20 115/21 115/24
115/25
you're [4] 70/2 81/2
93/16 95/3
your [200] 3/6 4/4 4/6
4/14 4/18 4/25 5/5
5/12 5/25 6/7 7/3 7/4
7/13 7/18 7/20 8/8
8/14 9/11 9/12 9/14
16/6 16/12 17/1 17/6
17/13 19/5 19/13 20/9
21/22 23/11 23/22
25/8 25/15 25/19 27/2
27/21 28/15 28/23
29/14 32/16 33/6
33/15 33/20 34/3 35/7
35/21 36/4 37/1 37/10
37/16 38/2 39/14 40/3
40/4 40/15 40/22
40/24 41/8 41/11
41/11 41/22 42/2 42/5
43/2 44/17 46/21
46/22 47/1 48/7 48/9
48/14 49/6 49/10
49/17 50/19 51/4
51/13 52/11 52/18
52/24 53/1 53/9 53/14
53/17 53/21 53/21
54/21 55/22 56/3
56/17 56/24 57/1
57/11 58/17 58/21
58/24 60/2 60/14
60/15 61/15 61/22
62/1 62/17 63/20
66/15 67/11 69/7
69/13 70/9 70/17 71/9
71/12 73/21 74/12
76/12 78/6 78/25 79/8
79/16 82/21 85/20
86/6 86/16 86/21
87/19 87/23 88/2 88/9
88/16 88/19 88/25
89/6 90/12 90/14
90/17 90/20 90/25
91/3 91/9 91/12 93/10
93/11 94/1 94/9 95/6
95/9 95/17 95/17
95/20 96/2 97/12 98/1
98/14 99/11 99/11
99/15 100/1 100/1
100/2 100/3 100/5
100/7 100/15 100/22
100/23 102/18 103/18
104/12 105/5 105/7
105/13 105/15 106/15
106/22 106/24 107/5
107/9 107/18 108/20
109/2 109/5 109/15
109/17 111/4 111/8
111/17 111/25 112/20
113/6 113/23 114/10
114/22 115/4 115/6
115/18 115/23

85/18 86/2 86/4 98/25
99/10 99/11 99/14

Z

zone [1] 42/18
Zook [4] 22/17 22/21
58/5 59/1
zoomed [1] 42/12