| Case | Defendant | Statutes | Trial Type | Cooperator | Judge | 18 U.S.C. § 1752(a)(1) | | | | | | | 18 U.S.C. § 1752(a)(2) | | | | | | Other | Total | Guideline Range | Sentence | Months | Category | Home Det. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-cr-111 | Quentin Cantrell | 40USC5104(e)(2) 18USC1752(a)(1) 40USC1034(e)(2)(D) 40USC1034(e)(2)(G) | Bench | | McFadden | 4 | 2 | | | | | 6 | | | | | | N/A | I | 0-6 | 6 | 2 | Probation | 0 days |
| 23-cr-090 | Dillon Homol | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | Yes | Cobb | 4 | 2 | | | | | 6 | 10 | 3 | | | | 13 | I | 8-14 | 13 | 24 | Probation | 0 days |
| 22-cr-089 | Nancy Barron | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | ? | Mehta | | | | | | | | 10 | | | | | 10 | I | 6-12 | 10 | 12 | Probation | 0 days |
| 21-cr-536 | Karol Chwiesiuk | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | Yes | Reyes | | | | | | | | 10 | | 2 | 2 | | 14 | I | 10-16 | 12 | 12 | Probation | 0 days |
| 21-cr-536 | Agnieszka Chwiesiuk | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | ? | Reyes | | | | | | | | 10 | | | | | 10 | I | 6-12 | 10 | 8 | Probation | 0 days |
| 21-cr-301 | Stephen Horn | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | Yes | Kelly | 4 | | 2 | | | | 6 | 10 | | | | -2 | 8 | I | 6-12 | 10 | 10 | Probation | 0 days |
| 21-cr-575 | Casey Cusick | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | ? | Bates | 4 | 2 | | | | | 6 | 10 | | | | | 10 | I | 6-12 | 10 | 9 | 0.33 | 10 days |
| 21-cr-575 | James Cusick Jr | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | Yes | Bates | 4 | 2 | | | | | 6 | 10 | | | | | 10 | I | 6-12 | 10 | 7 | 0.33 | 10 days |
| 21-cr-575 | David Lesperance | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | ? | Bates | 4 | 2 | | | | | 6 | 10 | | | | | 10 | I | 6-12 | 10 | 7 | 0.33 | 10 days |
| 21-cr-092 | Couy Griffin | 18USC1752(a)(1) | Bench | ? | McFadden | 4 | | 2 | | | | 6 | | | | | | N/A | I | 0-6 | 6 | 2 | 0.5 | 14 days |
| 21-cr-719 | Christopher Price | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | ? | Boasberg | 4 | | 2 | | | | 6 | 10 | | | | | 10 | I | 6-12 | 10 | 6 | 1.5 | 45 days |
| 22-cr-038 | Jolene Eicher | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | ? | Howell | 4 | | 2 | | | | 6 | 10 | | | | | 10 | I | 6-12 | 10 | 9 | 2 | 60 days |
| 21-cr-068 | Mick Chan | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | Yes | McFadden | | | | | | | 0 | 10 | | | | | 10 | I | 6-12 | 10 | 10 | 3 | 90 days |
| 21-cr-730 | Daneen MacAndrew | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | Yes | Kollar-Kotelly | 4 | | 2 | 2 | | | 8 | 10 | | 2 | 2 | | 14 | I | 10-11 | 12 | 13 | 3 | 90 days |
| 23-cr-114 | Ronald Balhorn | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | Yes | Reyes | | | | | | | 0 | 10 | 3 | | | | 13 | I | 12-18 | 13 | 13 | 3.33 | 100 days |
| 23-cr-114 | Kyle Mlynarek | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | ? | Reyes | 4 | | | 2 | | | 6 | 10 | 3 | | | -2 | 11 | I | 8-14 | 11 | 9 | 3.33 | 100 days |
| 21-cr-047 | Hector Vargas Santos | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | Yes | Moss | 4 | | 2 | | 2 | | 8 | 10 | 2 | 3 | | | 15 | 2 | I | 18-24 | 15 | 31 | 4 | 4 months |
| 21-cr-687 | David Rhine | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | ? | Contreras | 4 | | 4 | | | | 8 | 10 | | | | | 10 | I | 6-12 | 10 | 12 | 4 | 4 months |
| 21-cr-723 | Cynthia Ballenger-Price | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | ? | Boasberg | 4 | | 2 | 2 | | | 8 | 10 | 2 | | | | 12 | I | 10-16 | 12 | 17 | 4 | 4 months |
| 22-cr-409 | Eric Clark | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | Pro Se | Mehta | 4 | | 2 | | | | 6 | 10 | | | | | 10 | III | 10-16 | 12 | 5 | 5 months |
| 21-cr-244 | Anthony Griffith Sr | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | ? | Kollar-Kotelly | 4 | 4 | | 2 | | | 10 | 10 | | 2 | 2 | | 14 | I | 10-16 | 12 | 13 | 6 | 6 months |
| 21-cr-509 | Antony Vo | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | ? | Chutkan | 4 | | 2 | | | | 6 | 10 | | | | | 10 | II | 8-14 | 10 | 11 | 6 | 6 months |
| 22-cr-121 | Jared Cantrell | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | ? | McFadden | | | | | | | | 10 | | | | | 10 | II | 8-14 | 10 | 10 | 6 | 6 months |
| 21-cr-365 | Stacy Wade Hager | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | ? | Chutkan | | | | | | | | 10 | | | | | 10 | I | 6-12 | 10 | 12 | 7 | 7 months |
| 21-cr-421 | John Nassif | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | Yes | Bates | | | | | | | | 10 | 2 | | | 3 | 15 | not stated | not stated | 15 | 21 | 7 | 7 months |
| 22-cr-300 | Raymond Chambers | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | Yes | Friedrich | 4 | 2 | | 2 | | | 8 | 10 | | 2 | 2 | | 14 | I | 10-16 | 14 | 13 | 7 | 7 months |
| 21-cr-560 | Jesus Rivera | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | No | Kollar-Kotelly | 4 | | 2 | | | | 6 | 10 | | | | | 10 | I | 0-6 | 10 | 9 | 8 | 8 months |
| 21-cr-623 | Kristyn Niemela | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | No | Cooper | 4 | | | | | | 4 | 10 | | | | | 10 | I | 6-12 | 10 | 11 | 11 | 11 months |
| 21-cr-269 | Russel Dean Alford | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Jury | Yes | Chutkan | 1 | | | | | | 7 | | | | | | | "0" | 10-16 | | 13 | 12 | 12 months |
| 21-cr-005 | Isaac Yoder | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Bench | Yes | Lamberth | 4 | 2 | | 2 | 2 | | 10 | 10 | | 2 | 2 | | 14 | I | 10-16 | 12 | 13 | 12 | 12 months |
| 22-cr-027 | Tyler Tew | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | under seal | N/A | N/A | | Probation | 0 days |
| 21-cr-375 | Anthony Mast | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | N/A | 0.66 | 0.33 | 10 days |
| 23-cr-317 | Mai Loi Nhi Ngoc | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | N/A | 1.5 | 0.33 | 10 days |
| 22-cr-007 | Thomas Uberto | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | N/A | 0.5 | 0.33 | 10 days |
| 21-cr-281 | Elliot Bishai | 18USC1752(a)(1) | Plea | | Chutkan | 4 | | 2 | | | -2 | 4 | | | | | | N/A | | 0-6 | 4 | 1 | 0.5 | 14 days |
| 21-cr-165 | Donna Sue Bissey | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 1 | 0.5 | 14 days |
| 22-cr-232 | Leticia Ferreira | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 1 | 0.5 | 14 days |
| 21-cr-282 | Elias Irizarry | 18USC1752(a)(1) | Plea | | Chutkan | 4 | | 2 | | | -2 | 4 | | | | | | N/A | | 0-6 | 4 | 1 | 0.5 | 14 days |
| 22-cr-028 | Nicholas Lattanzi | 18USC1752(a)(1) 18USC1752(a)(2) 40USC5104(e)(2)(D) 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | I | 0-6 | N/A | 1 | 0.5 | 14 days |
| 22-cr-020 | Victor Martinez | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 0.5 | 0.5 | 14 days |
| 23-cr-710 | Michael McCormick | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 0.66 | 0.5 | 14 days |
| 21-cr-266 | Stephanie Miller | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | | 0.5 | 14 days |
| 22-cr-278 | Mark Nealy | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 0.5 | 0.5 | 14 days |
| 22-cr-124 | Stacy Lynn Stephens | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 0.5 | 0.5 | 14 days |
| 22-cr-245 | Derek Sulenta | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 0.66 | 0.5 | 14 days |
| 21-cr-244 | Brandon Miller | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | | 0.66 | 20 days |
| 22-cr-183 | Brian Korte | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 1 | 0.66 | 21 days |
| 21-cr-627 | Cory Brannan | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 1 | 1 | 30 days |
| 21-cr-520 | Nicholas Perretta | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 1 | 1 | 30 days |
| 22-cr-183 | Michael Pomeroy | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 1 | 1 | 30 days |
| 21-cr-379 | Mitchell Vukich | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 1 | 1 | 30 days |
| 21-cr-306 | Dennis Adams | 18USC1752(a)(1) | Plea | | Chutkan | 4 | 2 | | | | -2 | 4 | | | | | | N/A | | | 4 | 2 | 1.5 | 45 days |
| 21-cr-049 | Robert Bauer | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | | 1.5 | 45 days |
| 21-cr-054 | Edward Hemenway II | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | | 1.5 | 45 days |
| 21-cr-054 | Matthew Masocco | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | | 1.5 | 45 days |
| 22-cr-106 | Dillon Michael | 18USC1752(a)(1) | Plea | | Chutkan | 4 | 2 | | | | -2 | 4 | | | | | | N/A | I | 0-6 | 4 | 3 | 1.5 | 45 days |
| 22-cr-445 | Tony Gill | 18USC1752(a)(1) | Plea | | Chutkan | 4 | 2 | | | | -2 | 4 | | | | | | N/A | I | 0-6 | 6 | 2 | 1.5 | 45 days |
| 21-cr-337 | Benjamin LoRocca | 18USC1752(b)(1) | Plea | | Chutkan | | | | | | | N/A | 10 | | | | -2 | 8 | I | 0-6 | 8 | 1 | 2 | 60 days |
| 21-cr-529 | Jeffrey Finley | 18USC1752(a)(1) | Plea | | Chutkan | 4 | | 2 | 2 | | | 6 | | | | | | N/A | | 0-6 | 6 | 1.5 | 2.5 | 75 days |
| 22-cr-317 | Kasey Hopkins | 40USC5104(e)(2)(G) | Plea | | Chutkan | | | | | | | N/A | | | | | | N/A | | | N/A | 4 | 4 | 4 months |
| 21-cr-086 | William Blauser | 40USC5104(e)(2)(G) | Plea | | McFadden | | | | | | | N/A | | | | | | N/A | | | home det | 0 | $500 fine no probation |